**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Platform II Lawndale LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1005832** |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **600 Waukegan Road, Suite 129**<br>**Northbrook, IL 60062**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br>**1750 North Lawndale Avenue Chicago, IL 60647**<br>Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Platform II Lawndale LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4225___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Platform II Lawndale LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. | |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Platform II Lawndale LLC**
         Name                                                    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Platform II Lawndale LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **July 11, 2022**
             MM / DD / YYYY

**X /s/ Scott Krone**                                              **Scott Krone**
Signature of authorized representative of debtor                    Printed name

Title    **Manager**

---

| | |
|---|---|
| **18. Signature of attorney** | **X /s/ Gregory J. Jordan**                    Date    **July 11, 2022** |
| | Signature of attorney for debtor                              MM / DD / YYYY |

**Gregory J. Jordan**
Printed name

**Jordan & Zito LLC**
Firm name

**350 North LaSalle Drive, Suite 1100
Chicago, IL 60650**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 854-7181**        Email address    **gjordan@jz-llc.com**

**6205510 IL**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **Platform II Lawndale LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __July 11, 2022__         X /s/ Scott Krone
                                       Signature of individual signing on behalf of debtor

                                       **Scott Krone**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Platform II Lawndale LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A & S Masonry 9315 Osceola Avenue Morton Grove, IL 60053** | | **Trade debt** | | | | $5,525.00 |
| **Artur Construction Inc 21325 N. White Pine Rd Lake Zurich, IL 60047** | | **Trade debt** | | | | $19,150.00 |
| **Batavia Damp Proofing P.O. Box 239 Yorkville, IL 60560** | | **Trade debt** | | | | $5,890.00 |
| **Chicago Metro Fire Protection 820 North Addison Avenue Elmhurst, IL 60126** | | **Trade debt** | | | | $40,024.30 |
| **Coda Design + Build, LLC 600 Waukegan Rd, Suite 129 Northbrook, IL 60062** | | **Deferred Management Fees & Advances** | | | | $1,199,087.52 |
| **Cook County Treasurer 118 N. Clark St., Ste. 112 Chicago, IL 60602** | | **Real Estate Taxes** | | | | $390,340.46 |
| **Dortrak 28W580 High Lake Rd West Chicago, IL 60185** | | **Trade debt** | | | | $1,750.49 |

Debtor    **Platform II Lawndale LLC**                                          Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Greenlake Real Estate Fund, LLC 1416 El Centro Street, Suite 200 South Pasadena, CA 91030** | | **Self Storage Facility at 1470 N. Lawndale Avenue, Chicago, Illinois** | | $10,281,810.40 | $10,000,000.00 | $281,810.40 |
| **Landworks Landscaping, LLC 13950 West Blanchard Gurnee, IL 60031** | | **Trade debt** | | | | $2,700.00 |
| **Levin & Ginsburg 180 N. LaSalle St., Suite 3200 Chicago, IL 60601** | | **Legal Fees** | | | | $143,839.01 |
| **Margarito Sanchez** | | | | | | $8,500.00 |
| **Masters Drywall 1018 Sill Ave. Aurora, IL 60506** | | **Trade debt** | | | | $1,000.00 |
| **Metropolitan Fire Protection 175 Gordon St Elk Grove Village, IL 60007** | | **Trade debt** | | | | $19,200.00 |
| **Schindler Elevator Company 853 N. Church Court Elmhurst, IL 60126** | | **Trade debt** | | | | $17,197.40 |
| **SLS Electric 205 Beech Drive Lake Zurich, IL 60047** | | **Trade debt** | | | | $15,000.00 |
| **Super Remodeling Inc. 3008 N. 77th Avenue Elmwood Park, IL 60707** | | **Trade debt** | | | | $6,000.00 |
| **Tai Plumbing LLC 1410 Butterfield Rd Downers Grove, IL 60515-1031** | | **Trade debt** | | | | $14,320.50 |
| **TK Audio Visual, LLC 747 Miller St. PO Box 433 Suite B Beecher, IL 60401** | | **Trade debt** | | | | $45,822.70 |
| **VFJ 6658 W. 99th St Chicago Ridge, IL 60415** | | **Trade debt** | | | | $9,210.00 |

Debtor    **Platform II Lawndale LLC**
_____    Case number _(if known)_ _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WG Glass<br>1200 Estes Street<br>Gurnee, IL 60031** | | **Trade debt** | | | | **$11,950.00** |

Official form 204                 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                 page 3

**Fill in this information to identify the case:**

Debtor name    **Platform II Lawndale LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $    **10,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................    $    **167,956.38**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $    **10,167,956.38**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **10,281,810.40**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **390,340.46**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **1,567,002.92**

4.    **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $    **12,239,153.78**

**Fill in this information to identify the case:**

Debtor name    **Platform II Lawndale LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $54,845.38 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **North Shore Community Bank** | **Checking Account** | **8563** | $200.00 |
| 3.2. | **PNC Bank (Receiver's Account) as of May 31, 2022** | **Checking Account** | **6136** | $16,736.94 |
| 3.3. | **PNC Bank (CubeSmart controlled account)** | **Checking Account** | **7245** | $59,084.06 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $130,866.38 |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor  **Platform II Lawndale LLC**                                Case number *(If known)* _____
_____
Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **27,090.00**      -          **0.00**   = ....        **$27,090.00**
                    face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                      | **$27,090.00** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Carts, desks, office chairs, file cabinets, computers, and a copier.** | **Unknown** | | **$10,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

---

| Debtor | **Platform II Lawndale LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$10,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Self Storage Facility at 1470 N. Lawndale Avenue, Chicago, Illinois** | Fee simple | $0.00 | Comparable sale | $10,000,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$10,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

Debtor   **Platform II Lawndale LLC**_____   Case number *(If known)* _____
           Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Platform II Lawndale LLC**_____    Case number *(If known)* _____
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $130,866.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $27,090.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $10,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $167,956.38 | + 91b. $10,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,167,956.38 |

| Fill in this information to identify the case: |
|---|

Debtor name     **Platform II Lawndale LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Greenlake Real Estate Fund, LLC** | | |
|---|---|---|---|

Creditor's Name

**1416 El Centro Street, Suite 200**
**South Pasadena, CA 91030**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Self Storage Facility at 1470 N. Lawndale Avenue, Chicago, Illinois**

**Amount of claim** $10,281,810.40     **Value of collateral** $10,000,000.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,281,810.40 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Freeborn & Peters**<br>**311 South Wacker Drive, Suite 3000**<br>**Chicago, IL 60606-6677** | Line  **2.1** | |
| **Sandberg Phoenix & von Gontard**<br>**600 Washington Ave., 15th Floor**<br>**Saint Louis, MO 63101-1361** | Line  **2.1** | |

Debtor   **Platform II Lawndale LLC**
<sub>Name</sub>

Case number (<sub>if known</sub>)

**Fill in this information to identify the case:**

Debtor name   **Platform II Lawndale LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Cook County Treasurer**<br>**118 N. Clark St., Ste. 112**<br>**Chicago, IL 60602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$390,340.46** | **$390,340.46** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Real Estate Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Illinois Department of Employment**<br>**S**<br>**Benefit Payment Control Division**<br>**P O Box 4385**<br>**Chicago, IL 60680** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Platform II Lawndale LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue
Bankruptcy Unit
19035
Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | |
| | As of the petition filing date, the claim is: *Check all that apply.* | **$5,525.00** |

**A & S Masonry
9315 Osceola Avenue
Morton Grove, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.* | **$19,150.00** |

**Artur Construction Inc
21325 N. White Pine Rd
Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | |
|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.* | **$5,890.00** |

**Batavia Damp Proofing
P.O. Box 239
Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Platform II Lawndale LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chase Mechancial**
**46 Stonehill Rd Unit A**
**Oswego, IL 60543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,024.30 |
|---|---|---|---|

**Chicago Metro Fire Protection**
**820 North Addison Avenue**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199,087.52 |
|---|---|---|---|

**Coda Design + Build, LLC**
**600 Waukegan Rd, Suite 129**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Deferred Management Fees & Advances__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**Custom Tile & Stone**
**5129 W Barry Ave.**
**Chicago, IL 60641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.49 |
|---|---|---|---|

**Dortrak**
**28W580 High Lake Rd**
**West Chicago, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256.00 |
|---|---|---|---|

**Ferguson Enterprises**
**1410 Butterfield Rd.**
**Downers Grove, IL 60515-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

**Landworks Landscaping, LLC**
**13950 West Blanchard**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Platform II Lawndale LLC**
_____
        Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$143,839.01** |

**Levin & Ginsburg**
**180 N. LaSalle St., Suite 3200**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Legal Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$8,500.00** |
|---|---|---|

**Margarito Sanchez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$1,000.00** |
|---|---|---|

**Masters Drywall**
**1018 Sill Ave.**
**Aurora, IL 60506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$19,200.00** |
|---|---|---|

**Metropolitan Fire Protection**
**175 Gordon St**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$17,197.40** |
|---|---|---|

**Schindler Elevator Company**
**853 N. Church Court**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$15,000.00** |
|---|---|---|

**SLS Electric**
**205 Beech Drive**
**Lake Zurich, IL 60047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$6,000.00** |
|---|---|---|

**Super Remodeling Inc.**
**3008 N. 77th Avenue**
**Elmwood Park, IL 60707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Platform II Lawndale LLC**                                                    Case number (if known) _____
         _____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,320.50 |
|---|---|---|---|

**Tai Plumbing LLC**
**1410 Butterfield Rd**
**Downers Grove, IL 60515-1031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,822.70 |
|---|---|---|---|

**TK Audio Visual, LLC**
**747 Miller St.**
**PO Box 433 Suite B**
**Beecher, IL 60401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,210.00 |
|---|---|---|---|

**VFJ**
**6658 W. 99th St**
**Chicago Ridge, IL 60415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,950.00 |
|---|---|---|---|

**WG Glass**
**1200 Estes Street**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 390,340.46 |
| 5b. Total claims from Part 2 | 5b.  + $ | 1,567,002.92 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,957,343.38 |

**Fill in this information to identify the case:**

Debtor name        **Platform II Lawndale LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Aaliyah Chapman** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Aaron Davidson** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Alberto Medrano** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Alecia Ryan** |

Debtor 1   **Platform II Lawndale LLC**

                  First Name            Middle Name          Last Name

Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining

List the contract number of any government contract — Alex Benda

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining

List the contract number of any government contract — Alexandra Desorbo

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining

List the contract number of any government contract — Alexandra Schutz

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining

List the contract number of any government contract — Alexandria Richards

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining

List the contract number of any government contract — Alice Jasmine Crippa

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — Lease of storage unit.

State the term remaining — Alicia DeJesus

Debtor 1    **Platform II Lawndale LLC**
_____    Case number *(if known)* _____
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract  _____ | |

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract  _____

**Alisha Parks**
_____

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract  _____

**Allie Seeberg**
_____

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract  _____

**Alvina Cuevas**
_____

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract  _____

**Amanda Dones**
_____

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract  _____

**Amber McCulloch**
_____

| Debtor 1 | **Platform II Lawndale LLC** | | | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Amelia Vega** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Amethyst Dauksa** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Amy Howell** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Amy Konjevich** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ana Cackley** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Ana Vasilevska** |

Debtor 1    **Platform II Lawndale LLC**
    First Name           Middle Name         Last Name                Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | _____ |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Andrew Briner** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Angel Rodriguez** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Angel Ruiz** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Angelica Fields** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ankit Patel** |

| Debtor 1 | **Platform II Lawndale LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ann McNabb** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Annie Miller-Gibbs** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anthony Laureano** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anthony Padilla** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Anthony Roldan** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | **Antonio Milton** |

Debtor 1    **Platform II Lawndale LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Anurag Kaw** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **April Tolliver** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Arelys Landa** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ashley Henaine** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ashley Robinson** |

Debtor 1   **Platform II Lawndale LLC**

First Name | Middle Name | Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Asya Smith** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aubrey Caldwell** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austin Regan** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Austyn Estey-Ang** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Barney Bajkowski** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | **Barry Burman** |

Debtor 1    **Platform II Lawndale LLC**
          First Name              Middle Name              Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Beasley Academic Center** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Benjamin Pera** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Best Intentions, LLC** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bohdan Gajecky** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Brad Taylor** |

Debtor 1   **Platform II Lawndale LLC**

    First Name             Middle Name           Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bradley Taylor** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brandon Dilworth** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brayden Egelhoff** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brenda Dominguez** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brenda Teruel** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | **Brenden Brankin** |

Debtor 1    **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Brian Williams |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Bryan Kraus |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Calderon Alexander |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Calvin Baptiste |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Carla Browning |

| Debtor 1 | **Platform II Lawndale LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carleton Smith** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carlos Delgado** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carly Strait** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carole Felsenstein** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carolyn Coutts** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Carrie Smith** |

Debtor 1    **Platform II Lawndale LLC**

First Name                Middle Name                Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cayetano Siete** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Charlexia Stokes** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Chelsea Cochran** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Chris Mckelvin** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Christian Bonilla** |

Debtor 1   **Platform II Lawndale LLC**                                          Case number (*if known*) _____

　　　　First Name　　　　Middle Name　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christian Ege** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christopher Fellows** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christopher Reed** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Christy Clayborn** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chuka Nwizu** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | **Claire Gaffney** |

Debtor 1   **Platform II Lawndale LLC** _____

First Name        Middle Name       Last Name       Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Claire Moore** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Claire Piggott** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Clarissa Rodriquez** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Coyote Logistics, Llc** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Crystal Jordan** |

Debtor 1   **Platform II Lawndale LLC**
_____   Case number (*if known*) _____
First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.82.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **D2 Photography, Llc** |
| **2.83.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Daisy Cabrera** |
| **2.84.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Dale Narducci** |
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Dan Dubbeld** |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Daniel Brott** |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | **Dave Hughes** |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 16 of 57

Debtor 1   **Platform II Lawndale LLC**

    First Name          Middle Name         Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract _____

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract _____     **David Garcia**

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract _____     **David Lombardi**

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract _____     **David Ocana**

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract _____     **David Schlesinger**

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract _____     **Dawson O'Keefe**

| Debtor 1 | **Platform II Lawndale LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dayna Schmidt** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **De Jesus Rivera Rafael** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Deandrea Davis** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dejah Wellington** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Delilah Rivera** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Delores Spencer** |

Debtor 1    **Platform II Lawndale LLC**                                             Case number *(if known)*

          First Name                Middle Name               Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Derek Abbott** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Drew Sullivan** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dylan Shell** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ebony G Patterson LLC** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eduardo Salazar** |

Debtor 1   **Platform II Lawndale LLC**                                          Case number *(if known)*
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract          **Edwin Feliciano**

---

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract          **Elena Pushinsky**

---

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract          **Elizabeth Dominguez**

---

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract          **Elizabeth Figueroa**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining

List the contract number of any government contract          **Elizabeth Larson**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

     **Lease of storage unit.**

State the term remaining          **Ellisa Lotti**

---

Debtor 1    **Platform II Lawndale LLC**

Case number *(if known)*
<u>First Name            Middle Name            Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Elmer Fajardo |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emil Koulov |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Emma Cullimore |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Felicia Mitchell |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Filimon Rogel |

Debtor 1    **Platform II Lawndale LLC**
_____    Case number (*if known*)_____
First Name    Middle Name    Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fred Lenhoff** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gabrielle Sanson** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Garth Borovicka** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gerron Jones** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gideon Spykman** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Glenn William** |

Debtor 1    **Platform II Lawndale LLC**                                              Case number *(if known)*
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Greg Rainey** |

---

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Grissell Baez Reyna** |

---

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **H2 Public Relations** |

---

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hannah Riley** |

---

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hasna Mohamed** |

---

Debtor 1   **Platform II Lawndale LLC**                                    Case number (*if known*)
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.126.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | |
| List the contract number of any government contract | **Heather Christensen** |
| **2.127.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | |
| List the contract number of any government contract | **Hector De La Torra** |
| **2.128.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | |
| List the contract number of any government contract | **Hector Garcia** |
| **2.129.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | |
| List the contract number of any government contract | **Hector Santiago** |
| **2.130.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | |
| List the contract number of any government contract | **Heidy Moran** |
| **2.131.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.** | |
| State the term remaining | **Hong Cao** |

Debtor 1  **Platform II Lawndale LLC**
_____   Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hugo Casarez** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Humberto Hernandez** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hunter Dutton** |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ian Engels** |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ian Meyer** |

Debtor 1   **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ian Steckler** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Isabelle Collazo** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Israel Garcia** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ivan Rodriguez** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jacob Wheeler** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Jacqueline Sourvelis** |

| Debtor 1 | **Platform II Lawndale LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | Jaden Kuykendahl |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | Jalivah Lord |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | James Folker |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | James Krogh |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract _____ | | Jamie Bierman |

Debtor 1 **Platform II Lawndale LLC**
         First Name         Middle Name         Last Name         Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.148.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining

List the contract number of any government contract — **Janeida Rivera**

**2.149.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining

List the contract number of any government contract — **Jasmine Colon**

**2.150.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining

List the contract number of any government contract — **Jason Broaddus**

**2.151.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining

List the contract number of any government contract — **Jason Steve**

**2.152.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining

List the contract number of any government contract — **Jeffrey Rice**

**2.153.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of storage unit.**

State the term remaining — **Jeffrey Stafford**

Debtor 1   **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract

---

2.154.  State what the contract or lease is for and the nature of the debtor's interest   **Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Jennifer Dale**

---

2.155.  State what the contract or lease is for and the nature of the debtor's interest   **Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Jeremy Hoen**

---

2.156.  State what the contract or lease is for and the nature of the debtor's interest   **Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Jess Dobson**

---

2.157.  State what the contract or lease is for and the nature of the debtor's interest   **Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Jessica Bird**

---

2.158.  State what the contract or lease is for and the nature of the debtor's interest   **Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Jessica Cook**

---

Debtor 1   **Platform II Lawndale LLC**

        First Name          Middle Name         Last Name               Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.159.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Lease of storage unit.

Jessica Martinez

---

**2.160.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Lease of storage unit.

Joanne Louisa

---

**2.161.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Lease of storage unit.

John Size

---

**2.162.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Lease of storage unit.

John Stone

---

**2.163.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

Lease of storage unit.

Johnna Jackson

---

**2.164.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

Lease of storage unit.

Jonathan Cernak

---

Debtor 1   **Platform II Lawndale LLC**
_____                                    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jonathan Schrauger** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jonathan Sheffield** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jordan Mays** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jose Alvarez** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Jose Lopez** |

Debtor 1   **Platform II Lawndale LLC**

      First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.170.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Jose Rodriguez |
| **2.171.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Joseluis Ramire Ramirez |
| **2.172.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Joseph Fabal |
| **2.173.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Josh Katt |
| **2.174.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Josh Lipton |
| **2.175.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Lease of storage unit.**<br><br><br>Joshua Bullock |

Debtor 1   **Platform II Lawndale LLC**
_____     Case number *(if known)* _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Juan Diaz** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Juan Maldonado** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Juan Reyes** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Justin Cruz** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kailyn Hagerty** |

Debtor 1   **Platform II Lawndale LLC**
First Name          Middle Name          Last Name

Case number (*if known*)

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

**2.181.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lease of storage unit.

Kamille Garst

**2.182.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lease of storage unit.

Kehan Zhang

**2.183.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lease of storage unit.

Keith Waltrip

**2.184.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lease of storage unit.

Kelsey Hagan

**2.185.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Lease of storage unit.

Kevin Briggs

**2.186.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

Lease of storage unit.

Kevin Espinosa

Debtor 1    **Platform II Lawndale LLC**

        First Name        Middle Name        Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kevin O'Neill** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kieran Ford** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kimberly Shearer** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kipp Howe** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Kirstie Brenson** |

| Debtor 1 | **Platform II Lawndale LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laura Aparicio Mur** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laura Campillo** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laura Land** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Laurie Dunphy** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leslie Engle** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | **Lidia Aviles** |

Debtor 1  **Platform II Lawndale LLC**
_____  Case number *(if known)* _____
First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.198.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Liliana Santiago**

---

**2.199.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Linda Shekut**

---

**2.200.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Linx**

---

**2.201.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Littletreesinpots Nfp Fei# 85-64876**

---

**2.202.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of storage unit.**

State the term remaining

List the contract number of any government contract

**Lolita Productions LLC**

---

Debtor 1   **Platform II Lawndale LLC** _____   Case number *(if known)* _____
First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lorelei Gagnon** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lorenshay Hamilton** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Luis Garcia** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lydia Gonzalez** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lydia Hanna** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Madeline Nunez** |

Debtor 1    **Platform II Lawndale LLC**
     First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Madison Trubiano** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Majesty Umoye** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marcus Moore** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Maria Ramos** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Maria Ugarte** |

Debtor 1    **Platform II Lawndale LLC**                                          Case number *(if known)*
  _____
  First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mariah Del Valle** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mariana McCade** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Marisol Barajas** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Marisol Mella** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mark Burrows** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | **Mark Christopher** |

Debtor 1    **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
| | State the term remaining | |
| | List the contract number of any government contract | Martha Lambi |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
| | State the term remaining | |
| | List the contract number of any government contract | Martin Garza |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
| | State the term remaining | |
| | List the contract number of any government contract | Matt Blair |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
| | State the term remaining | |
| | List the contract number of any government contract | Matt Hutchison |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
| | State the term remaining | |
| | List the contract number of any government contract | Matthew Dahlberg |

Debtor 1   **Platform II Lawndale LLC**
_____   Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.225.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Matthew Lockerman |
| **2.226.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Matthew Moss |
| **2.227.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Matthew Pest |
| **2.228.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Maura Yusof |
| **2.229.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of storage unit.**<br><br><br>Max Holste |
| **2.230.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Lease of storage unit.**<br><br><br>Max Pedraza |

| Debtor 1 | **Platform II Lawndale LLC** | | Case number *(if known)* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Maximillian Unterhaslberger** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Chando** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Derose** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Micheal Lotti** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Micheal Mantel** |

Debtor 1   **Platform II Lawndale LLC**

        First Name            Middle Name           Last Name

Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.236.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Michelle Rodriguez** |
| **2.237.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Michelle Thomas** |
| **2.238.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Miguel Ochoa** |
| **2.239.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Miguel Pacheco** |
| **2.240.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | |
| List the contract number of any government contract | **Milton Martinez** |
| **2.241.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| State the term remaining | **Minh Nguyen** |

Official Form 206G         **Schedule G: Executory Contracts and Unexpired Leases**        Page 44 of 57

Debtor 1   **Platform II Lawndale LLC**                                          Case number *(if known)*
           First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mitchell Grant** |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Mojeed Lawal** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Myles Young** |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Nancy Carranza** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Natasha Demers** |

Debtor 1   **Platform II Lawndale LLC**                                           Case number (*if known*)
　　　　　　　First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nathalia Henry** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nav Singh** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nicholas Lucius** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nina Morales** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Noemi Ortiz** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Ofelia Rodriguez** |

Debtor 1    **Platform II Lawndale LLC**
        First Name          Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract | |

---

**2.253.** State what the contract or lease is for and the nature of the debtor's interest      Lease of storage unit.

State the term remaining

List the contract number of any government contract      **Omar Urena Jimenez**

---

**2.254.** State what the contract or lease is for and the nature of the debtor's interest      Lease of storage unit.

State the term remaining

List the contract number of any government contract      **Optional**

---

**2.255.** State what the contract or lease is for and the nature of the debtor's interest      Lease of storage unit.

State the term remaining

List the contract number of any government contract      **Orbit Group**

---

**2.256.** State what the contract or lease is for and the nature of the debtor's interest      Lease of storage unit.

State the term remaining

List the contract number of any government contract      **Owen Garcia**

---

**2.257.** State what the contract or lease is for and the nature of the debtor's interest      Lease of storage unit.

State the term remaining

List the contract number of any government contract      **Owen Mattingly**

---

Debtor 1   **Platform II Lawndale LLC**                                    Case number (*if known*) _____
          First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Patcha Intaraprasong** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Peter Anastos** |

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Peter Skudlarek** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Petru Amariei** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Philip Mooney** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Phyllis Grier** |

Debtor 1    **Platform II Lawndale LLC**

First Name            Middle Name            Last Name            Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Quincy Stanton** |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rachel Aluculesei** |

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ramirez Ramon** |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Reymundo Rivera** |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard Gong** |

Debtor 1   **Platform II Lawndale LLC**

First Name          Middle Name          Last Name          Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Roderic Fleming** |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rosaura A Garcia** |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ross Walker** |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ruben Aguilar** |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ryan Waligora** |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. | |
|---|---|---|---|
| | State the term remaining | | **Ryan Wendt** |

Debtor 1  **Platform II Lawndale LLC**
     First Name            Middle Name          Last Name                    Case number *(if known)*


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Saulio Infante** |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Scott Blessman** |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sean Bayard** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Serena Lander** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shahrzad Mohammadian** |

| Debtor 1 | **Platform II Lawndale LLC** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shakira Commander** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shanta Pitts** |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shantelle Hamilton** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shawn Harris** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sherilyn Venn** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | **Shinequa Owens** |

Debtor 1   **Platform II Lawndale LLC**
_____    Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

---

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Silvia Lopez** _____ |

---

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skyart** _____ |

---

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Skyler Mallahan** _____ |

---

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Stephanie Crissey** _____ |

---

| 2.290. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Stephen Pichler** _____ |

---

Debtor 1   **Platform II Lawndale LLC**
_____          Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.291. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Studio W.I.P. By Native 312 Events** |

| 2.292. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Super Coffee** |

| 2.293. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Taishi Neuman** |

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Taylor Hansen** |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Taylor Hunt** |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|
| | State the term remaining | **Tony Fitzpatrick** |

Debtor 1    **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Tony Perez |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Tracy King |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Truniekia Franklin |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Vadim Basin |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | Lease of storage unit. |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | Vanessa Martinez |

Debtor 1   **Platform II Lawndale LLC**                                    Case number (*if known*) _____
_____
First Name         Middle Name         Last Name

<div style="background:#3d0a3d;width:60px;height:30px;"></div>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Varun Shankar** |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Wanda Tartabu** |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Willam Kueller** |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **William Heublein** |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Yadhira Arroyo** |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** | |
|---|---|---|---|
| | State the term remaining | | **Yens Svider** |

Debtor 1   **Platform II Lawndale LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract  _____    **Yolanda Batiste**

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract  _____    **Yvonne Vazquez**

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract  _____    **Zach Newcomb**

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract  _____    **Zachary Taylor**

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of storage unit.** |
|---|---|---|

State the term remaining

List the contract number of any government contract  _____    **Zirimar Diaz**

**Fill in this information to identify the case:**

Debtor name **Platform II Lawndale LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Coda Design + Build, LLC** | **600 Waukegan Rd., Ste 129 Northbrook, IL 60062 Guarantor** | **Greenlake Real Estate Fund, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Martin Taradejna** | **600 Waukegan Rd., Ste 129 Northbrook, IL 60062 Guarantor** | **Greenlake Real Estate Fund, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Scott Krone** | **600 Waukegan Rd., Ste 129 Northbrook, IL 60062 Guarantor** | **Greenlake Real Estate Fund, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Platform II Lawndale LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$142,500.00** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$282,109.00** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$70,903.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Platform II Lawndale LLC** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Janus International**<br>**134 E. Luke Road**<br>**Temple, GA 30179** | **June 18, 2022 to satisfy a mechanics lien.** | **$55,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **CubeSmart**<br>**5 Old Lancaster Road**<br>**Malvern, PA 19355-2132** | | **$57,299.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Greenlake Real Estate Fund, LLC, v. Platform II Lawndale, LLC**<br>**2020 CH 02969** | **Foreclosure** | **Circuit Court of Cook County**<br>**50 W. Washington Street**<br>**Chicago, IL 60603** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

| Debtor | **Platform II Lawndale LLC** | Case number *(if known)* |
|---|---|---|

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Howard Samuels**<br>**350 North LaSalle Drive, Suite 1100**<br>**Chicago, IL 60654** | **Howard Samuels serves as the prepetition receiver appoint in the lawsuit Greenlake Real Estate Fund, LLC filed against the debtor.** | **$10,000,010.00** |

| Case title | Court name and address |
|---|---|
| **Greenlake Real Estate Fund, LLC, v. Plat** | **Circuit Court of Cook County** |
| **Case number** | **50 W. Washington St.** |
| **2020 CH 02969** | **Chicago, IL 60603** |
| **Date of order or assignment** | |
| **September 18, 2020** | |

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage to garage door that was not submitted to insurance** | | | **$16,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

Debtor    **Platform II Lawndale LLC**                                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jordan & Zito LLC**<br>**350 N. LaSalle Drive, Suite 1100**<br>**Chicago, IL 60654-5026** | | **July 7, 2022** | **$30,000.00** |
| | Email or website address<br>**www.jz-llc.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Debtor    **Platform II Lawndale LLC**                              Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **General** | | **The Debtor's business involves storing the property owned by third parties. Refer to the list of executory contracts.** | **Unknown** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor    **Platform II Lawndale LLC**                                     Case number *(if known)*

---

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Baker Tilly CPA's** <br> **777 E. Wisconsin, 32nd Floor** <br> **Milwaukee, WI 53202** | **Preparation of 2020 and 2021 tax returns** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **6**

Debtor   **Platform II Lawndale LLC**                                          Case number *(if known)*

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Cube Smart**<br>**5 Old Lancaster Road**<br>**Malvern, PA 19355** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Scott Krone** | **600 Waukegan Rd., Ste 129**<br>**Northbrook, IL 60062** | **Manager and member** | **23.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Martin Taradejna** | **600 Waukegan Rd., Ste 129**<br>**Northbrook, IL 60062** | **Manager and member** | **23.3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Platform II Lawndale LLC**                                          Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 11, 2022__

__/s/ Scott Krone__                                          __Scott Krone__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   __Manager__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Platform II Lawndale LLC** _____   Case No. _____

_____   Debtor(s)   Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

| | |
|---|---|
| For legal services, I have agreed to accept | $ _____ |
| Prior to the filing of this statement I have received | $ _____ |
| Balance Due | $ _____ |

■   **RETAINER**

| | |
|---|---|
| For legal services, I have agreed to accept and received a retainer of | $   **30,000.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $   **500.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re   **Platform II Lawndale LLC** _____    Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **July 11, 2022** | **/s/ Gregory J. Jordan** |
| _Date_ | **Gregory J. Jordan** |
| | _Signature of Attorney_ |
| | **Jordan & Zito LLC** |
| | **350 North LaSalle Drive, Suite 1100** |
| | **Chicago, IL 60650** |
| | **(312) 854-7181** |
| | **gjordan@jz-llc.com** |
| | _Name of law firm_ |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Platform II Lawndale LLC** \
_____

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cama SDIRA LLC fbo C. Yan IRA 122 East Butler Ave, Suite 100 Ambler, PA 19002** | **Class B** | **1.79%** | **Membership** |
| **Cirius Partners LLC 20 S. Santa Cruz Ave #300 Los Gatos, CA 95030** | **Class C** | **3.65%** | **Membership** |
| **Coda Holding LLC 600 Waukegan Rd, Suite 129 Northbrook, IL 60062** | **Class A** | **58.52%** | **Membership** |
| **Dave Nickel 312 Rosewood Ave. Winnetka, IL 60093** | **Class B** | **3.65%** | **Membership** |
| **Eleven Vales Investing LLC 12705 England St Overland Park, KS 66213** | **Class B** | **3.65%** | **Membership** |
| **Folkman Living Trust 927 Lake St. San Francisco, CA 94118** | **Class B** | **3.65%** | **Membership** |
| **Hardy Hodges P.O. Box 345 Ross, CA 94957** | **Class B** | **2.9%** | **Membership** |
| **Kabatchnick Enterprise Holdings 18 Belmont St. White Plains, NY 10605** | **Class B** | **0.52%** | **Membership** |
| **Marble Leadership Partner Inc. 401k 200 S. Wacker Dr., Suite 3100 Chicago, IL 60606** | **Class B** | **3.65%** | **Membership** |
| **Martin Taradejna 600 Waukegan Rd, Suite 129 Northbrook, IL 60062** | **Class A** | **20.74%** | **Membership** |
| **Mercury Capital Management, LLC c/o Mercury Home Solutions 44 Hudson Point Lane Ossining, NY 10562** | **Class B** | **3.65%** | **Membership** |

Sheet 1 of 3 in List of Equity Security Holders

In re:   **Platform II Lawndale LLC** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael & Julie Gillespie**<br>**15323 SE 251st St**<br>**Covington, WA 98042** | **Class B** | **1.825%** | **Membership** |
| **NuView Trust Company**<br>**FBO Eric Geyer IRA #1924967**<br>**280 S. Ronald Reagan Blvd. Ste. 200** | **Class B** | **1.825%** | **Membership** |
| **Provident Trust Co fbo D.Eimerbrink**<br>**3000 Lava Ridge Court, Ste 130**<br>**Roseville, CA 95661** | **Class B** | **2.90%** | **Membership** |
| **Provident Trust Co fbo J.Eimerbrink**<br>**3000 Lava Ridge Court, Ste 130**<br>**Roseville, CA 95661** | **Class B** | **2.90%** | **Membership** |
| **Provident Trust Co fbo K.Eimerbrink**<br>**3000 Lava Ridge Court, Ste 130**<br>**Roseville, CA 95661** | **Class B** | **2.90%** | **Membership** |
| **Quest Trust Co. FBO Elizabeth**<br>**Ly ESA #2420661**<br>**17171 Park Row Dr. Suite 100**<br>**Houston, TX 77084** | **Class B** | **0.52%** | **Membership** |
| **Quest Trust Co. FBO Ken Ly**<br>**ESA #2420561**<br>**17171 Park Row Dr. Suite 100**<br>**Houston, TX 77084** | **Class B** | **0.52%** | **Membership** |
| **Richard Banach**<br>**Three Windle Park Apt #3**<br>**Tarrytown, NY 10591** | **Class B** | **2.37%** | **Membership** |
| **Richard Davis**<br>**645 Marino Rd.**<br>**Penn Valley, PA 19072** | **Class B** | **2.90%** | **Membership** |
| **Scott Krone**<br>**600 Waukegan, Suite 129**<br>**Antioch, IL 60002** | **Class A** | **20.74%** | **Membership** |
| **Yellow Hat Capital LLC**<br>**24654 N Lake Pleasant Pkwy #103833**<br>**Peoria, AZ 85383** | **Class B** | **7.30%** | **Membership** |

List of equity security holders consists of 3 total page(s)

In re:   **Platform II Lawndale LLC** _____      Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Yragtraders LLC**<br>**9331 (A) Neil Road**<br>**Philadelphia, PA 19115** | **Class B** | **3.65%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **July 11, 2022** _____      Signature   **/s/ Scott Krone** _____
                                                            **Scott Krone**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 3 total page(s)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Platform II Lawndale LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **343**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 11, 2022**                    **/s/ Scott Krone**

**Scott Krone/Manager**
Signer/Title

A & S Masonry
9315 Osceola Avenue
Morton Grove, IL 60053

Aaliyah Chapman

Aaron Davidson

Alberto Medrano

Alecia Ryan

Alex Benda

Alexandra Desorbo

Alexandra Schutz

Alexandria Richards

Alice Jasmine Crippa

Alicia DeJesus

Alisha Parks

Allie Seeberg

Alvina Cuevas

Amanda Dones

Amber McCulloch

Amelia Vega

Amethyst Dauksa

Amy Howell

Amy Konjevich

Ana Cackley

Ana Vasilevska

Andrew Briner

Angel Rodriguez

Angel Ruiz

Angelica Fields

Ankit Patel

Ann McNabb

Annie Miller-Gibbs

Anthony Laureano

Anthony Padilla

Anthony Roldan

Antonio Milton

Anurag Kaw

April Tolliver

Arelys Landa

Artur Construction Inc
21325 N. White Pine Rd
Lake Zurich, IL 60047

Ashley Henaine

Ashley Robinson

Asya Smith

Aubrey Caldwell

Austin Regan

Austyn Estey-Ang

Barney Bajkowski

Barry Burman

Batavia Damp Proofing
P.O. Box 239
Yorkville, IL 60560

Beasley Academic Center

Benjamin Pera

Best Intentions, LLC

Bohdan Gajecky

Brad Taylor

Bradley Taylor

Brandon Dilworth

Brayden Egelhoff

Brenda Dominguez

Brenda Teruel

Brenden Brankin

Brian Williams

Bryan Kraus

Calderon Alexander

Calvin Baptiste

Carla Browning

Carleton Smith

Carlos Delgado

Carly Strait

Carole Felsenstein

Carolyn Coutts

Carrie Smith

Cayetano Siete

Charlexia Stokes

Chase Mechancial
46 Stonehill Rd Unit A
Oswego, IL 60543

Chelsea Cochran


Chicago Metro Fire Protection
820 North Addison Avenue
Elmhurst, IL 60126

Chris Mckelvin


Christian Bonilla


Christian Ege


Christopher Fellows


Christopher Reed


Christy Clayborn


Chuka Nwizu


Claire Gaffney


Claire Moore


Claire Piggott

Clarissa Rodriquez


Coda Design + Build, LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062


Coda Design + Build, LLC
600 Waukegan Rd., Ste 129
Northbrook, IL 60062


Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602


Coyote Logistics, Llc


Crystal Jordan


Custom Tile & Stone
5129 W Barry Ave.
Chicago, IL 60641


D2 Photography, Llc


Daisy Cabrera


Dale Narducci


Dan Dubbeld


Daniel Brott


Dave Hughes

David Garcia

David Lombardi

David Ocana

David Schlesinger

Dawson O'Keefe

Dayna Schmidt

De Jesus Rivera Rafael

Deandrea Davis

Dejah Wellington

Delilah Rivera

Delores Spencer

Derek Abbott

Dortrak
28W580 High Lake Rd
West Chicago, IL 60185

Drew Sullivan

Dylan Shell

Ebony G Patterson LLC

Eduardo Salazar

Edwin Feliciano

Elena Pushinsky

Elizabeth Dominguez

Elizabeth Figueroa

Elizabeth Larson

Ellisa Lotti

Elmer Fajardo

Emil Koulov

Emma Cullimore

Felicia Mitchell

Ferguson Enterprises
1410 Butterfield Rd.
Downers Grove, IL 60515-1031

Filimon Rogel


Fred Lenhoff


Freeborn & Peters
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677


Gabrielle Sanson


Garth Borovicka


Gerron Jones


Gideon Spykman


Glenn William


Greenlake Real Estate Fund, LLC
1416 El Centro Street, Suite 200
South Pasadena, CA 91030


Greg Rainey


Grissell Baez Reyna


H2 Public Relations


Hannah Riley

Hasna Mohamed

Heather Christensen

Hector De La Torra

Hector Garcia

Hector Santiago

Heidy Moran

Hong Cao

Hugo Casarez

Humberto Hernandez

Hunter Dutton

Ian Engels

Ian Meyer

Ian Steckler

Illinois Department of Employment S
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Unit
19035
Springfield, IL 62794-9035


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isabelle Collazo


Israel Garcia


Ivan Rodriguez


Jacob Wheeler


Jacqueline Sourvelis


Jaden Kuykendahl


Jalivah Lord


James Folker


James Krogh


Jamie Bierman

Janeida Rivera

Jasmine Colon

Jason Broaddus

Jason Steve

Jeffrey Rice

Jeffrey Stafford

Jennifer Dale

Jeremy Hoen

Jess Dobson

Jessica Bird

Jessica Cook

Jessica Martinez

Joanne Louisa

John Size

John Stone

Johnna Jackson

Jonathan Cernak

Jonathan Schrauger

Jonathan Sheffield

Jordan Mays

Jose Alvarez

Jose Lopez

Jose Rodriguez

Joseluis Ramire Ramirez

Joseph Fabal

Josh Katt

Josh Lipton

Joshua Bullock

Juan Diaz

Juan Maldonado

Juan Reyes

Justin Cruz

Kailyn Hagerty

Kamille Garst

Kehan Zhang

Keith Waltrip

Kelsey Hagan

Kevin Briggs

Kevin Espinosa

Kevin O'Neill

Kieran Ford

Kimberly Shearer

Kipp Howe

Kirstie Brenson

Landworks Landscaping, LLC
13950 West Blanchard
Gurnee, IL 60031

Laura Aparicio Mur

Laura Campillo

Laura Land

Laurie Dunphy

Leslie Engle

Levin & Ginsburg
180 N. LaSalle St., Suite 3200
Chicago, IL 60601

Lidia Aviles

Liliana Santiago

Linda Shekut

Linx

Littletreesinpots Nfp Fei# 85-64876

Lolita Productions LLC

Lorelei Gagnon

Lorenshay Hamilton

Luis Garcia

Lydia Gonzalez

Lydia Hanna

Madeline Nunez

Madison Trubiano

Majesty Umoye

Marcus Moore

Margarito Sanchez

Maria Ramos

Maria Ugarte

Mariah Del Valle

Mariana McCade

Marisol Barajas

Marisol Mella

Mark Burrows

Mark Christopher

Martha Lambi

Martin Garza

Martin Taradejna
600 Waukegan Rd., Ste 129
Northbrook, IL 60062

Masters Drywall
1018 Sill Ave.
Aurora, IL 60506

Matt Blair

Matt Hutchison

Matthew Dahlberg

Matthew Lockerman

Matthew Moss

Matthew Pest

Maura Yusof

Max Holste

Max Pedraza

Maximillian Unterhaslberger

Metropolitan Fire Protection
175 Gordon St
Elk Grove Village, IL 60007

Michael Chando

Michael Derose

Micheal Lotti

Micheal Mantel

Michelle Rodriguez

Michelle Thomas

Miguel Ochoa

Miguel Pacheco

Milton Martinez

Minh Nguyen

Mitchell Grant

Mojeed Lawal

Myles Young

Nancy Carranza

Natasha Demers

Nathalia Henry

Nav Singh

Nicholas Lucius

Nina Morales

Noemi Ortiz

Ofelia Rodriguez

Omar Urena Jimenez

Optional

Orbit Group

Owen Garcia

Owen Mattingly

Patcha Intaraprasong

Peter Anastos

Peter Skudlarek

Petru Amariei

Philip Mooney

Phyllis Grier

Quincy Stanton

Rachel Aluculesei

Ramirez Ramon

Reymundo Rivera

Richard Gong

Roderic Fleming

Rosaura A Garcia

Ross Walker

Ruben Aguilar

Ryan Waligora

Ryan Wendt

Sandberg Phoenix & von Gontard
600 Washington Ave., 15th Floor
Saint Louis, MO 63101-1361

Saulio Infante

Schindler Elevator Company
853 N. Church Court
Elmhurst, IL 60126

Scott Blessman

Scott Krone
600 Waukegan Rd., Ste 129
Northbrook, IL 60062

Sean Bayard

Serena Lander

Shahrzad Mohammadian

Shakira Commander

Shanta Pitts

Shantelle Hamilton

Shawn Harris

Sherilyn Venn

Shinequa Owens

Silvia Lopez

Skyart

Skyler Mallahan

SLS Electric
205 Beech Drive
Lake Zurich, IL 60047


Stephanie Crissey



Stephen Pichler



Studio W.I.P. By Native 312 Events



Super Coffee



Super Remodeling Inc.
3008 N. 77th Avenue
Elmwood Park, IL 60707


Tai Plumbing LLC
1410 Butterfield Rd
Downers Grove, IL 60515-1031


Taishi Neuman



Taylor Hansen



Taylor Hunt



TK Audio Visual, LLC
747 Miller St.
PO Box 433 Suite B
Beecher, IL 60401


Tony Fitzpatrick



Tony Perez

Tracy King

Truniekia Franklin

Vadim Basin

Vanessa Martinez

Varun Shankar

VFJ
6658 W. 99th St
Chicago Ridge, IL 60415

Wanda Tartabu

WG Glass
1200 Estes Street
Gurnee, IL 60031

Willam Kueller

William Heublein

Yadhira Arroyo

Yens Svider

Yolanda Batiste

Yvonne Vazquez

Zach Newcomb

Zachary Taylor

Zirimar Diaz

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Platform II Lawndale LLC_____      Case No. _____

                                                    Debtor(s)      Chapter   __11_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Platform II Lawndale LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cama SDIRA LLC fbo C. Yan IRA**
**122 East Butler Ave, Suite 100**
**Ambler, PA 19002**

**Cirius Partners LLC**
**20 S. Santa Cruz Ave #300**
**Los Gatos, CA 95030**

**Coda Holding LLC**
**600 Waukegan Rd, Suite 129**
**Northbrook, IL 60062**

**Dave Nickel**
**312 Rosewood Ave.**
**Winnetka, IL 60093**

**Eleven Vales Investing LLC**
**12705 England St**
**Overland Park, KS 66213**

**Folkman Living Trust**
**927 Lake St.**
**San Francisco, CA 94118**

**Hardy Hodges**
**P.O. Box 345**
**Ross, CA 94957**

**Kabatchnick Enterprise Holdings**
**18 Belmont St.**
**White Plains, NY 10605**

**Marble Leadership Partner Inc. 401k**
**200 S. Wacker Dr., Suite 3100**
**Chicago, IL 60606**

**Martin Taradejna**
**600 Waukegan Rd, Suite 129**
**Northbrook, IL 60062**

**Mercury Capital Management, LLC**
**c/o Mercury Home Solutions**
**44 Hudson Point Lane**
**Ossining, NY 10562**

**Michael & Julie Gillespie**
**15323 SE 251st St**
**Covington, WA 98042**

**NuView Trust Company**
**FBO Eric Geyer IRA #1924967**
**280 S. Ronald Reagan Blvd. Ste. 200**

**Provident Trust Co fbo D.Eimerbrink**
**3000 Lava Ridge Court, Ste 130**
**Roseville, CA 95661**

**Provident Trust Co fbo J.Eimerbrink**
**3000 Lava Ridge Court, Ste 130**
**Roseville, CA 95661**

**Provident Trust Co fbo K.Eimerbrink**
**3000 Lava Ridge Court, Ste 130**
**Roseville, CA 95661**

**Quest Trust Co. FBO Elizabeth**
**Ly ESA #2420661**
**17171 Park Row Dr. Suite 100**
**Houston, TX 77084**

**Quest Trust Co. FBO Ken Ly**
**ESA #2420561**
**17171 Park Row Dr. Suite 100**
**Houston, TX 77084**

**Richard Banach**
**Three Windle Park Apt #3**
**Tarrytown, NY 10591**

**Richard Davis**
**645 Marino Rd.**
**Penn Valley, PA 19072**

**Scott Krone**
**600 Waukegan, Suite 129**
**Antioch, IL 60002**

**Yellow Hat Capital LLC**
**24654 N Lake Pleasant Pkwy #103833**
**Peoria, AZ 85383**

**Yragtraders LLC**
**9331 (A) Neil Road**
**Philadelphia, PA 19115**

☐ None [*Check if applicable*]

**July 11, 2022**                                                    **/s/ Gregory J. Jordan**

Date                                                                    **Gregory J. Jordan**

Signature of Attorney or Litigant
Counsel for    **Platform II Lawndale LLC**

**Jordan & Zito LLC**
**350 North LaSalle Drive, Suite 1100**
**Chicago, IL 60650**
**(312) 854-7181**
**gjordan@jz-llc.com**