# EXHIBIT C

# Certificate of Occupancy

DATE: 02/20/2020

## CITY OF CHICAGO

Lori E Lightfoot, Mayor



DEPARTMENT BUILDINGS
OFFICE OF THE BUILDING COMMISSIONER
Judith Frydland

COMMON ADDRESS OF PREMISES:
1750 N LAWNDALE AVE
CHICAGO, IL 60647-

DESCRIPTION OF WORK: **INTERIOR RENOVATIONS OF SELF-STORAGE FACILITY PER PLANS. MECHANICAL, ELECTRICAL, PLUMBING INCLUDED PER PLANS.**

NUMBER OF DWELLING UNITS:                    NUMBER OF PAVED PARKING SPACES:

THE CITY OF CHICAGO HEREBY CERTIFIES THAT AS OF THE ABOVE REFERENCED DATE ALL CONSTRUCTION AND OTHER WORK HAVING BEEN COMPLETE IN ACCORDANCE WITH APPROVED PLANS AND ALLOWED BY PERMIT # 100784490 ISSUED ON 4/3/2019 12:27:22PM CONFORMS TO THE GENERAL, SPECIFIC, AND STRUCTURAL REQUIREMENTS OF THE APPLICABLE PROVISIONS OF THE MUNICIPAL CODE OF THE CITY OF CHICAGO, PERMISSION IS HEREBY GRANTED TO OCCUPY THIS BUILDING, STRUCTURE, OR INDICATED PORTION THEREOF CONSISTENT WITH THE PROVISIONS OF TITLE 13, SECTIONS 36-040 AND 050 (BUILDING CODE) AND TITLE 17, SECTION 11.6 (ZONING ORDINANCE) OF THE MUNICIPAL CODE. THIS CERTIFICATE SHALL BE DISPLAYED IN A CONSPICUOUS LOCATION OF THE BUILDING OR PORTION THEREOF TO BE OCCUPIED OR USED

Judith Frydland
Commissioner
Department of Buildings