# EXHIBIT G

Doc#. 2102204272 Fee: $98.00
Karen A. Yarbrough
Cook County Clerk
Date: 01/22/2021 02:28 PM Pg: 1 of 4

**PREPARED BY**
**RECORDING REQUESTED BY,**
**AND WHEN RECORDED MAIL**
**TO:**

Anthony Soukenik
Sandberg Phoenix & von Gontard, P.C.
600 Washington Ave., Suite 1500
St. Louis, Missouri 63101

---

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**FIRST AMENDMENT TO OPEN-END MORTGAGE, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING**

by and from

**PLATFORM II LAWNDALE, LLC**, an Illinois limited liability company
("Mortgagor")

for the benefit of

**GreenLake Real Estate Fund LLC,**
a California limited liability company and/or
Assignees ("Mortgagee")

Dated as of November 30, 2020

| | |
|---|---|
| Address: | 1750 N. Lawndale Ave. |
| Municipality/City: | Chicago |
| County | Cook County |
| State: | Illinois |

**THIS OPEN-END MORTGAGE**
**SECURES A PROMISSORY NOTE WHICH REQUIRES A BALLOON PAYMENT ON MATURITY**

**ATTENTION: RECORDER OF DEEDS OR REGISTRAR OF TITLES:** This Open-End Mortgage covers goods which are or are to become affixed to or fixtures on the land described in **Exhibit A** attached hereto and is to be filed for record in the records where real estate mortgages are recorded. Additionally, this instrument should be appropriately indexed, not only as an Open-End Mortgage, but also as a Financing Statement covering goods that are or are to become fixtures on the real property described herein. The mailing addresses of the Mortgagor (Debtor) and Mortgagee (Secured Party) are set forth in the **Preamble** of this Open-End Mortgage. This Open-End Mortgage secures a Promissory Note and all indebtedness, obligations and liabilities of any kind whatsoever related thereto, which is secured by the Mortgaged Property.

### FIRST AMENDMENT TO OPEN-END MORTGAGE, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING

THIS FIRST AMENDMENT TO OPEN-END MORTGAGE, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING (this "First Amendment") is dated as the date written above by and from **PLATFORM II LAWNDALE, LLC**, an Illinois limited liability company, having an address at 600 WAUKEGAN ROAD SUITE 129, NORTHBROOK, IL 60062, Attn: Scott Krone, Co-Manager (the "Mortgagor") for the benefit of **GREENLAKE REAL ESTATE FUND LLC**, a California Limited Liability Company and its successors and assigns ("Mortgagee"), having an address at 1416 El Centro Street, Suite 200, South Pasadena, California 91030.

## ARTICLE 1
### Amendment

**Section 1.1   Amendment to Mortgage.** This First Amendment amends that certain Open-End Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated May 18, 2018 and recorded May 22, 2018 as Document # 1814206153 in the Official Records of Cook County, Illinois (the "Mortgage").

**Section 1.2   Amendment to Promissory Note.** As used in the Mortgage, the term "Promissory Note" shall refer, collectively, to that certain Promissory Note Secured by Mortgage dated May 18, 2018, as amended by that certain First Amendment to Promissory Note Secured by Mortgage dated of even date herewith, with a total loan amount of $6,956,000.00. All references to the tem "Promissory Note" in the Mortgage shall refer to the Promissory Note as herein defined and as such may be amended, supplemented or otherwise modified in the future.

**Section 1.3   Reaffirmation.** The Mortgage remains in full force and effect in accordance with its terms as amended by this First Amendment. This First Amendment shall not be deemed to constitute an alteration, waiver, annulment or variation of any of the terms and conditions of any Obligation of the Mortgage as heretofore amended except as expressly set forth herein. Any term or condition of any Obligation of the Mortgage that is inconsistent with this First Amendment is deemed modified to be consistent herewith. If for any reason this First Amendment is invalid, any Obligation and the Mortgage shall be enforceable according to their original terms as heretofore amended. All representations, warranties and covenants made by Mortgagor in the Mortgage are hereby confirmed by Mortgagor as of the date hereof.

**Section 1.4   Release.** Mortgagor hereby releases Mortgagee and all officers, directors, agents and employees of Mortgagee from any claims, damages or causes of action of any kind relating to the terms of or the administration of any indebtedness secured by the Mortgage which occurred on or before to the date hereof.

**Section 1.5   Binding.** This First Amendment shall be binding upon and inure to the benefit of the Mortgagor and Mortgagee and their respective successors, assigns, heirs and representatives.

**[SIGNATURE PAGE TO FOLLOW]**

IN WITNESS WHEREOF, this Mortgage has been executed by Mortgagor's duly authorized representative as of the date set forth above.

**PLATFORM II LAWNDALE, LLC,**
an Illinois limited Liability Company

By: _____
Scott Krone, Manager

**_BLACK INK ONLY_**

THIS DOCUMENT MUST BE NOTARIZED

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF __IL__ )
 ) §
COUNTY OF __Cook__ )

On __12/1__, 2020, before me, __James Lehmann__ a Notary Public, personally appeared Scott Krone, the Manager of **PLATFORM II LAWNDALE, LLC**, an Illinois limited liability company, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __IL__ that the foregoing paragraph is true and correct

WITNESS my hand and official seal.

_____
Signature of Notary

> OFFICIAL SEAL
> JAMES LEHMANN
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:11/18/22

(Affix seal here)

## Exhibit A
Legal Description

Legal Description: Parcel 1:
All of Lots 2 to 8, both inclusive; Lot 40 (except the South 16.00 feet thereof), Lots 41 to 45 (except that part of said Lots 42, 43, 44, and 45 conveyed to Chicago and Pacific Railroad Company); also the North-South vacated alley, lying East of adjoining Lot 40 (except the South 16.00 feet thereof) and Lots 41 to 45 and West of and adjoining Lots 2 to 6 and Lot 7 (except the South 16.00 feet thereof), all in Block 3, in Subdivision of the Southeast Quarter of the Southwest Quarter of Section 35, Township 40 North, Range 13, East of the Third Principal Meridian, (except the East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of said section and except railroad), in Cook County, Illinois.

Parcel 2:
All that part of the Subdivision of the Southeast Quarter of the Southwest Quarter of Section 35, Township 40 North, Range 13, East of the Third Principal Meridian (except the East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of said section) and (except railroad) which is described as follows:

Commencing at the Northwest corner of Lot 2 in Block 3 in said subdivision, which corner is the beginning of 14 degree curve, to the left with its tangent along the North line of said Lot 2; thence Westerly along said 14 degree curve, a distance of 11.00 feet to a point in the Southeasterly boundary line of the property of the Grantors: Henry A. Scandrett, Walter J. Cummings, and George I. Haight, not as individuals but solely as Trustees of the property of the Chicago, Milwaukee, St. Paul, and Pacific Railroad Company, as shown on a Plat marked "Exhibit A" attached to and made a part of Warranty Deed dated October 21, 1891, from Mary A. Reid to the Chicago and Pacific Company, a predecessor of said grantors, which Deed was filed for record in the Recorder's Office of Cook County, Illinois on October 24, 1891 and recorded in Book 3856 of record on Page 91 and the true point of beginning of the land to be described; thence continuing Westerly along said 14 degree curve for a distance of 86.86 feet to the beginning of an 11 degrees 28 minutes curve to the left and tangent to said 14 degree curve at said last mentioned point; thence Westerly on said 11 degrees 28 minutes curve to the left, a distance of 117.56 feet to a point in the North prolongation of the West line of North Ridgeway Avenue, distant 518.72 feet North of intersection of said street line with the North line of Wabansia Avenue; thence South along the North prolongation of the West line of said North Ridgeway Avenue, a distance of 91.52 feet to a point in the aforementioned Southeasterly boundary line of said grantors property; thence Northeasterly along said boundary line to the point of beginning, all in Cook County, Illinois.

Permanent Index #'s: 13-35-319-002-0000 (Vol. 374) and 13-35-319-015-0000 (Vol. 374) and 13-35-319-039-0000 (Vol. 374)

Property Address: 1750 North Lawndale Avenue, Chicago, Illinois 60647

Loan No. 1744LawndaleIL (First Amendment)
GreenLake/Platform II Lawndale
First Amendment to Mortgage
13695042.v1