# EXHIBIT K

20 CH 2969

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

FILED
6/1/2022 9:49 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2020CH02969
Calendar, 62
18108485

GREENLAKE REAL ESTATE FUND, LLC; )
           Plaintiff,) 20 CH 2969
vs. )
PLATFORM II LAWNDALE, LLC; CODA DESIGN+BUILD, )
LLC; SCOTT KRONE, MARTIN TARADEJNA AND )
UNKNOWN OWNERS AND OCCUPANTS AND NONRECORD )
CLAIMANTS;         Defendants,)

## NOTICE OF SALE

PUBLIC NOTICE IS HEREBY GIVEN that pursuant to a Judgment of Foreclosure and Sale entered in the above entitled cause Intercounty Judicial Sales Corporation will on Tuesday, July 12, 2022 at the hour of 11 a.m. in their office at 120 West Madison Street, Suite 718A, Chicago, Illinois, sell at public auction to the highest bidder for cash, as set forth below, the following described mortgaged real estate:

Parcel 1: All of Lots 2 to 8, both inclusive; Lot 40 (except the South 16.00 feet thereof), Lots 41 to 45 (except that part of said Lots 42, 43, 44, and 45 conveyed to Chicago and Pacific Railroad Company); also the North-South vacated alley, lying East of adjoining Lot 40 (except the South 16.00 feet thereof) and Lots 41 to 45 and West of and adjoining Lots 2 to 6 and Lot 7 (except the South 16.00 feet thereof), all in Block 3, in Subdivision of the Southeast Quarter of the Southwest Quarter of Section 35, Township 40 North, Range 13, East of the Third Principal Meridian, (except the East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of said section and except railroad), in Cook County, Illinois.
Parcel 2: All that part of the Subdivision of the Southeast Quarter of the Southwest Quarter of Section 35, Township 40 North, Range 13, East of the Third Principal Meridian (except the East Half of the Southeast Quarter of the Southeast Quarter of the Southwest Quarter of said section) and (except railroad) which is described as follows: Commencing at the Northwest corner of Lot 2 in Block 3 in said subdivision, which corner is the beginning of 14 degree curve, to the left with its tangent along the North line of said Lot 2; thence Westerly along said 14 degree curve, a distance of 11.00 feet to a point in the Southeasterly boundary line of the property of the Grantors: Henry A. Scandrett, Walter J. Cummings, and George I. Haight, not as individuals but solely as Trustees of the property of the Chicago, Milwaukee, St. Paul, and Pacific Railroad Company, as shown on a Plat marked "Exhibit A" attached to and made a part of Warranty Deed dated October 21, 1891, from Mary A. Reid to the Chicago and Pacific Company, a predecessor of said grantors, which Deed was filed for record in the Recorder's Office of Cook County, Illinois on October 24, 1891 and recorded in Book 3856 of record on Page 91 and the true point of beginning of the land to be described; thence continuing Westerly along said 14 degree curve for a distance of 86.86 feet to the beginning of an 11 degrees 28 minutes curve to the left and tangent to said 14 degree curve at said last mentioned point; thence Westerly on said 11 degrees 28 minutes curve to the left, a distance of 117.56 feet to a point in the North prolongation of the West line of North Ridgeway Avenue, distant 518.72 feet North of intersection of said street line with the North line of Wabansia Avenue; thence South along the North prolongation of the West line of said North Ridgeway Avenue, a distance of 91.52 feet to a point in the aforementioned Southeasterly boundary line of said grantors property; thence Northeasterly along said boundary line to the point of beginning, all in Cook County, Illinois.  P.I.N. 13-35-319-002-000, 13-35-319-015-000 and 13-35-319-039-000.

Commonly known as 1750 North Lawndale Avenue, Chicago, Illinois 60647.

The mortgaged real estate is improved with a commercial building/storage facility which may be made available for inspection by contacting Howard Samuels, Rally Capital Advisors at (312) 494-3627.  Sale terms: 10% down by certified funds, balance, by certified funds, within 24 hours.  No refunds.

For information call Adam C. Toosley at Plaintiff's Attorney, Hirzel Law, PLC, 1001 Bay Street, Traverse City, Michigan, 49684.  (231) 486-5600 x 203.

INTERCOUNTY JUDICIAL SALES CORPORATION
intercountyjudicialsales.com

SALE DATE: July 12, 2022, 20 CH 2969, Cook County

PROOF OF SERVICE BY MAIL

    I, Frederick S. Lappe, an attorney with Intercounty Judicial Sales Corporation, certify that I served a copy of the attached Notice of Sale at the address(es) listed below by a one page electronic mail from notices@intercountyjudicialsales.com where an e-mail address has been provided, and/or by depositing them in a United States post office box at 120 West Madison Street, Chicago, Illinois 60602, enclosed in an envelope, plainly addressed to the below named attorney(s)/party(s) with postage fully prepaid, prior to 5:00 p.m. May 31, 2022.

*Frederick S. Lappe*
Frederick S. Lappe
Attorney at Law ARDC Number 3125152
Intercounty Judicial Sales Corporation

Martin Syvertsen, Freeborn & Peters LLP 311 S. Wacker Drive, Suite 3000 Chicago, IL 60606

Martin Syvertsen, Freeborn & Peters LLP msyvertsen@freeborn.com

Keith D. Price, Sandberg Phoenix & von Gontard P.C. 600 Washington Avenue, 15th Floor St. Louis, MO 63101

Keith D. Price, Sandberg Phoenix & von Gontard P.C. kprice@sandbergphoenix.com

Benjamin R. Wesselschmidt, Sandberg Phoenix & von Gontard P.C. 600 Washington Avenue, 15th Floor St. Louis, MO 63101

Benjamin R. Wesselschmidt, Sandberg Phoenix & von Gontard P.C. bwesselschmidt@sandbergphoenix.com

Bardia Fard , The Law Center Counsel for Defendants Platform II Lawndale, LLC, Coda Design + Build, LLC, Scott Krone, and Martin Taradejna 79 West Monroe Street Chicago, Illinois 60603

Bardia Fard , The Law Center Counsel for Defendants Platform II Lawndale, LLC, Coda Design + Build, LLC, Scott Krone, and Martin Taradejna bfard@lawcenterllc.com

FILED DATE: 6/1/2022 9:49 AM   2020CH02969