**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | **Case No. 22-07668** |
| | ) | |
| | ) | **Hon. Deborah L. Thorne** |
| **Debtor.** | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 11, 2022, at 9:00 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, either in courtroom 613 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or electronically as described below, and present the application of Platform II Lawndale LLC for an Order Authorizing Employment and Retention of Professionals from Jordan & Zito LLC as Counsel, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government**.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode. Meeting ID and passcode. The meeting ID for this hearing is 160 9362 1728 and no passcode is required. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**PLATFORM II LAWNDALE LLC**

By: /s/ Gregory J. Jordan
One of Its Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 4, 2022 at 5:00 p.m.

      /s/ Gregory J. Jordan

### SERVICE LIST

**Electronic Service List**

| | | |
|---|---|---|
| Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov | Anthony Soukenik<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>asoukenik@sandbergphoenix.com | Anthony Soukenik<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>asoukenik@sandbergphoenix.com |
| Clayton Kuhn<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>ckuhn@sandbergphoenix.com | Adam Toosley<br>Hirzel Law, PLC<br>1001 Bay St., Suite E<br>Traverse City, MI 49684<br>atoosley@hirzellaw.com | |

**Mail Service List**

| | | |
|---|---|---|
| A & S Masonry<br>9315 Osceola Avenue<br>Morton Grove, IL 60053 | Artur Construction Inc<br>21325 N. White Pine Rd<br>Lake Zurich, IL 60047 | Batavia Damp Proofing<br>P.O. Box 239<br>Yorkville, IL 60560 |
| Chicago Metropolitan Fire Prevention Co.<br>820 North Addison Avenue<br>Elmhurst, IL 60126 | Coda Design + Build, LLC<br>600 Waukegan Rd, Suite 129<br>Northbrook, IL 60062 | Cook County Treasurer<br>118 N. Clark St., Ste. 112<br>Chicago, IL 60602 |
| Dortrak<br>28W580 High Lake Rd<br>West Chicago, IL 60185 | Landworks Landscaping, LLC<br>13950 West Blanchard<br>Gurnee, IL 60031 | Levin Ginsburg, Ltd.<br>180 N. LaSalle St., Suite 3200<br>Chicago, IL 60601 |

Margarito Sanchez
846 N St. Louis Ave
Chicago, IL 60651

Masters Drywall
1018 Sill Ave.
Aurora, IL 60506

Metropolitan Fire Protection
175 Gordon St
Elk Grove Village, IL 60007

Schindler Elevator Company
853 N. Church Court
Elmhurst, IL 60126

SLS Electric
205 Beech Drive
Lake Zurich, IL 60047

Super Remodeling Inc.
3008 N. 77th Avenue
Elmwood Park, IL 60707

Tai Plumbing LLC
1410 Butterfield Rd
Downers Grove, IL 60515-1031

TK Audio Visual, LLC
747 Miller St.
P.O. Box 433 Suite B
Beecher, IL 60401

VFJ Drywall LLC
6658 W. 99th St
Chicago Ridge, IL 60415

Waukegan Gurnee Glass Co.
1200 Estes Street
Gurnee, IL 60031

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: PLATFORM II LAWNDALE LLC, )<br>)<br>)<br>Debtor. )<br>)<br>) | Chapter 11 Proceeding<br><br>Case No. 18-21890<br><br>Hon. James R. Ahler |

**APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND
RETENTION OF PROFESSIONALS FROM JORDAN & ZITO LLC AS COUNSEL**

Platform II Lawndale LLC (the "Debtor") under §§ 327, 328, and 1107(b) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), requests that the Court enter an Order authorizing the Debtor to employ Gregory J. Jordan and Mark R. Zito of the law firm of Jordan & Zito LLC and the associates, independent contractors and paraprofessionals of that firm ("JZ") as its counsel in this bankruptcy case (the "Application") effective as of July 11, 2022. In support, the Debtor states:

**JURISDICTION**

1. This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334.

2. Venue of the Debtor's chapter 11 bankruptcy case (the "Case") and this motion is proper in this Judicial District under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. The predicates for the relief requested are §§ 105(a), 327(a), 328(a), and 1107(b) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules.

**BACKGROUND**

4. The Debtor is an Illinois limited liability company that owns a self-storage facility at 1750 North Lawndale Avenue in Chicago's West Logan Square neighborhood.

5. On July 11, 2022 (the "Petition Date"), the Debtor filed the Case seeking relief under Chapter 11 of the Bankruptcy Code. The Debtor is in possession of its assets and operating its business as Debtor in Possession under §§1107 and 1108 of the Bankruptcy Code. The United States Trustee has not appointed a trustee, examiner, or statutory committee in the Case.

6. Before the Petition Date, the Debtor engaged JZ to provide advice and representation in preparation for its filing of the Case. The Debtor is aware that it requires further representation to prosecute the Case.

## THE DEBTOR'S SELECTION OF JORDAN & ZITO LLC

7. The Debtor desires to retain JZ as counsel to represent it in connection with the Case and in all matters related to the Case other than as delineated in this Application. JZ will have attorneys perform work in the Case duly admitted to practice in this Court.

8. JZ's professionals have represented debtors, creditors, and committees in Chapter 11 proceedings and have extensive experience in such proceedings and corporate, litigation, tax, and insolvency matters, are familiar with the business and financial affairs of cases of similar complexity, and are qualified to represent the Debtor's interests in the Case.

9. The Debtor requires the assistance of bankruptcy counsel and desires to employ JZ to provide, primarily, the following professional services:

   a. Providing advice to the Debtor regarding its rights, duties, and powers as a debtor and debtor in possession in the continued management and operation of its business;

   b. Attending meetings and negotiating with representatives of creditors and other parties in interest;

   c. Taking all necessary actions to protect and preserve the Debtor's bankruptcy estate, including the prosecution and defense of actions on its behalf, and the representation of the

-2-

Debtor's interests in negotiations concerning litigation involving the Debtor, except as delineated in this Application, including objections to claims against its bankruptcy estate;

d. Preparing and submitting on behalf of the Debtor's bankruptcy estate, among other things, various applications, motions, answers, pleadings, orders, notices, schedules, and other legal papers to be prepared and submitted in the Case and to assist in the preparation of and review of financial and other reports to be filed in this Application;

e. Taking all actions necessary on the Debtor's behalf in connection with the formulation, negotiation, drafting, and promulgation of a disclosure statement and plan of reorganization and related documents;

f. Appearing before this Court, any appellate court and the otherwise protect the interests of the Debtor's bankruptcy estate before such court;

g. Appearing at statutory meetings of creditors and with the United States Trustee to represent the interests of the Debtor's bankruptcy estate;

h. Consulting with the Debtor and special counsel to be engaged regarding tax matters;

i. Investigating the nature and validity of any liens asserted against the Debtor's assets and advising its estate concerning the enforceability of any such liens;

j. Investigating and providing advice to the Debtor's bankruptcy estate concerning the taking of such actions as may be necessary to collect and, under the applicable law, recover property for the benefit of the estate; and

k. Representing the Debtor and performing all other legal services for the Debtor's bankruptcy estate that may be necessary in connection with the Case except as delineated in this Application.

10. JZ, as the Debtor's counsel, will coordinate and work collaboratively to prevent unnecessary duplication of efforts and work. JZ intends to apply for compensation for professional services rendered in connection with the Case and seek reimbursement of actual, necessary expenses and other charges incurred in compliance with applicable provisions of the Bankruptcy Code, the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules") and subject to the Court's approval.

11. Subject to this Court's approval, JZ will charge for its legal services hourly following its ordinary and customary hourly rates on the date JZ provides the services. JZ's hourly rates vary based on the experience and seniority of the individuals assigned. These hourly rates are consistent with those rates charged to other JZ clients. For representation in connection with the matters identified above, fees will be charged at the hourly rates of JZ as follows:

| Name of Individual | Title | Hourly Rate |
|---|---|---|
| Gregory J. Jordan | Manager | $500.00 |
| Mark R. Zito | Manager | $425.00 |

12. These hourly rates are subject to periodic adjustments, generally occurring on January 1st of each year, to reflect economic and other conditions and to reflect the individual attorneys' and paralegals' increased experience and expertise in their respective areas of law.

13. The Debtor has met telephonically with counsel and discussed the proposed rates and the terms of JZ's engagement. The Debtor believes that the proposed rates and terms are reasonable.

14. It is JZ's policy to charge its clients for certain non-overhead expenses incurred in connection with the Case that JZ would not have incurred except for the representation of that particular client. It is also JZ's policy to charge its clients only the amount incurred by JZ in

-4-

connection with such items, which include, but are not limited to, postal and express mail charges, messenger delivery, travel expenses, and photocopying charges.

15. JZ will maintain detailed and itemized records of all professional services rendered and any actual and necessary expenses incurred on the Debtor's behalf in connection with the rendering of legal services for which it may seek reimbursement.

16. Before the Petition Date, the Debtor provided a $30,000 retainer to JZ.

### JZ'S DISINTERESTEDNESS

17. To the best of the Debtor's knowledge, information, and belief, and in reliance upon the Affidavit of Gregory J. Jordan (the "Declaration"), attached as Exhibit A, the Debtor believes that JZ does not hold or represent any interest adverse to the Debtor or the estate in matters for which it seeks retention. Accordingly, the Debtor believes JZ is a "disinterested person" within the meaning of Bankruptcy Code § 101(14). The Debtor's knowledge, information, and belief regarding the matters outlined in this paragraph are based and made in reliance upon the Declaration.

18. Under the engagement letter attached as Exhibit B, the Debtor has agreed to compensate JZ according to JZ's standard rates for cases of the size and complexity as the Case. JZ will also request reimbursement for expenses incurred concerning its representation of the Debtor.

19. As set forth in the Declaration, JZ, including its members and managers, has not received a promise as to payment or compensation in connection with the Case other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. JZ has no agreement with any other entity to share with such entity any compensation received by JZ in connection with the Case.

20. No JZ attorney is related to Deborah L. Thorne, the bankruptcy judge presiding in the Case, or any other judge sitting in the United States Bankruptcy Court for the Northern District of Illinois or any other bankruptcy court, as prescribed by Fed. R. Bankr. P. 5002(a).

21. No JZ attorney is related to the United States trustee in the region where the Case pends.

22. JZ's employment is necessary and in the best interests of the Debtor and the Debtor's estate.

### NOTICES

23. The Debtor has given notice of this Application to (a) the United States Trustee, counsel for Green Lake Real Estate Fund LLC, and (c) all parties included on the list required by Fed. R. Bankr. P. 1007(d).

### NO PRIOR REQUEST

24. JZ has not made a prior application for the relief requested in this Application to this or any other court.

WHEREFORE, Platform II Lawndale LLC requests that the Court (i) enter an Order authorizing its employment of Gregory J. Jordan and Mark Zito of the law firm of Jordan & Zito LLC and the associates, independent contractors, and paraprofessionals of that firm as counsel for the bankruptcy estate of Platform II Lawndale LLC under the terms specified in the Application; and (2) granting it such other just relief.

Date: July 23, 2022

                                                         Respectfully submitted,
                                                         **PLATFORM II LAWNDALE LLC**

                                      By:  /s/ Gregory J. Jordan
                                                  One of Its Proposed Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

PROPOSED COUNSEL TO PLATFORM II LAWNDALE LLC