**Exhibit B**

**Engagement Letter**

# JORDAN & ZITO LLC
ATTORNEYS & COUNSELORS AT LAW

350 North LaSalle Street
Suite 1100
Chicago, Illinois 60654

312.854.7181

Direct E-mail:
gjordan@jz-llc.com

July 6, 2022

Via Electronic Mail: skrone@codamg.com

Scott Krone
Manager
Platform II Lawndale LLC
600 Waukegan Road, Suite 129
Northbrook, IL. 60062

Dear Scott:

  Re: **Representation of Platform II Lawndale LLC in Chapter 11 Bankruptcy Case**

  This letter confirms that Platform II Lawndale LLC ("you" and "your") has requested that Jordan & Zito LLC ("JZ" and "our firm") render certain legal services to you concerning the prosecution of a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois. The representation will include prosecuting and defending various motions, appearing before the Court, as required, assisting you in obtaining financing, prosecuting and defending one or more adversary proceedings, preparing and prosecuting a plan of reorganization, and, if necessary, working with you regarding the sale of assets, and generally serving as counsel in the bankruptcy case.

  Our firm's obligation, as your counsel, is to represent the bankruptcy estate, including your creditors. Accordingly, our firm cannot and does not represent the individual interest of your members, managers, representatives, or agents ("Management"). If a conflict between Management's interests and the interests of your bankruptcy estate arises, your bankruptcy estate's interests will take precedence.

  By written direction, you may, with our firm's agreement, expand or contract the engagement to best serve your interests.

  JZ's professionals bill for services on an hourly basis and generally record time in six-minute increments. The hourly rates for the attorneys working on your matter vary depending on several factors, including the attorney's experience, expertise, and subject area. Gregory Jordan, the primary attorney working on your behalf, will bill his time at $500 per hour. Mark Zito, who will assist in the representation, will bill his time at $425 per hour.

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 2

Our firm will bill all travel time at the regular hourly rate. In addition, our firm will charge a minimum of one hour for all court appearances. You agree to pay expenses incurred in connection with the handling of this matter, including, but not limited to, the following items: filing fees, service, and witness fees; investigative and expert witness fees; court reporter expenses; travel expenses; and actual computer research charges (such as Westlaw related charges; etc.). These charges shall be promptly paid upon being billed to you. When possible, billings from third parties, such as court reporters and expert witnesses, will be sent to you for payment directly to the billing party, rather than having us advance costs on your behalf.

You have agreed to provide a retainer to allow our firm to commence representation in the sum of Thirty Thousand Dollars ($30,000.00) (the "Initial Retainer"). An advance payment retainer consists of a present payment to the lawyer in exchange for the commitment to provide legal services in the future. Ownership of this retainer passes to the lawyer immediately upon payment, and our firm will not hold the funds in a client trust account. However, you shall have a right to a refund of any part of a fee that is unearned when JZ's representation ends.

You should be aware that other kinds of retainer arrangements exist, including security retainers. Under a security retainer agreement, the lawyer's funds are not present payment for future services; instead, the retainer remains the client's property until the lawyer applies it to charges for services rendered. The purpose of a security retainer is to secure payment of fees for future services that you expect the lawyer to perform. As with advance payment retainers, counsel must refund any unearned funds provided under a security retainer.

You should also be aware that the decision about the type of retainer, that is, an advance payment retainer or a security retainer, is yours alone. In your matter, an advance retainer arrangement is advantageous to you. If a court enters a judgment against you and one of your creditors seeks to collect its judgment, a party may require that JZ deliver monies held as a retainer to satisfy that debt. If that were to occur, you would need to find an alternative means to pay legal fees, which may not be available. Paying a security retainer means the funds remain your property and may, therefore, be subject to the claims of your creditors. This situation may make it difficult for you to hire legal counsel. On the other hand, with an advance payment retainer – the kind of arrangement our firm requires here – the retainer payment would belong to JZ as of the date it is made and would, therefore, typically not be subject to a creditor's collection. As a result, JZ is unwilling to represent you without receiving an advance payment retainer to avoid controversies with the above creditors concerning the title to the retainer and reduce the burden and expense of defending the law firm's right to receive payment for services out of the retainer balance.

By signing this engagement letter, you understand that JZ may file a motion with the bankruptcy court requesting that you provide an additional sum to allow our firm to represent your interests. If JZ's fees approach the retainer amount, our firm may request that the bankruptcy court authorize you to deliver an additional retainer. If the bankruptcy court approves the request, JZ will deposit any additional retainer into our firm's client funds bank account at PNC Bank.

Jordan & Zito LLC

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 3

    Our firm will, from time to time, file with the Court an itemized statement of attorneys' fees and expenses incurred by our firm in representing you. You should review our invoices when you receive them so that JZ can answer any questions you may have in a timely fashion. Contemporaneously with filing our firm's fee application, JZ will serve an itemized statement by electronic filing or mail upon all creditors and parties in interest entitled to notice of the same. The bankruptcy court's approval will authorize our firm to receive payment from you of one hundred percent (100%) of the approved attorneys' fees and expenses.

    As a part of our firm's representation, there will be complete disclosure of all matters relating to the above-referenced matter that we may receive, including information our firm receives from other parties.

    JZ looks forward to representing you in this matter. When you request that JZ change or expand the scope of the engagement, JZ will open a new file or files and issue a new engagement letter for any such assignment or assignments.

    At all times, you will have the right, with or without cause, to terminate our firm's services upon written notice to that effect. Subject to the fulfillment of our firm's obligations to maintain proper standards of professional conduct, JZ may terminate its services at any time, with or without cause, and JZ will withdraw if (i) you fail to cooperate with JZ in any reasonable request; (ii) continuing to act on your behalf would be unethical; or (iii) you fail to pay an account statement when rendered.

    JZ hopes this letter and the attached Terms of Representation adequately explain the scope of JZ's services and the payment terms of our firm's fees. If this letter and the Terms of Representation do, and provided you agree with them, please indicate affirmation by signing the enclosed copy of this letter and returning it to me for our firm's files.

    Our firm appreciates the opportunity to work with you and looks forward to a mutually beneficial relationship.

    Very truly yours,

    JORDAN & ZITO LLC

    Gregory J. Jordan

GJJ/rwj
Enc.

Jordan & Zito LLC

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 4

Platform II Lawndale LLC accepts the terms of this engagement letter and the attached Terms of Representation, effective July 5, 2022.

**Platform II Lawndale LLC**

By: _____
Scott Krone, Manager

## TERMS OF REPRESENTATION

**Confirmation of Services.** Jordan & Zito LLC is pleased to have this opportunity to serve you. JZ has found from experience that our firm's relationship with clients will be stronger and more effective when, at the beginning of the representation, there is a clear understanding of the scope of services JZ will perform, the fees JZ intends to charge for such services, and the payment thereof. The letter accompanying these Terms of Representation sets forth that information. If what JZ outlined in the attached letter or these Terms of Representation does not accurately describe your understanding of the services JZ is to perform or the terms for billing fees and expenses, please advise Gregory Jordan, the attorney sending this letter. Unless you notify Mr. Jordan promptly, JZ will assume that these Terms of Representation and the attached letter are acceptable.

**Scope of Representation.** The scope of our firm's representation is currently limited to providing only those services described in the attached letter. Unless otherwise noted, JZ will render those legal services necessary to the representation. No other services are intended to be provided without our firm and your agreement. Later, if you determine to change materially the scope of our firm's representation, JZ will need to document that in additional correspondence. Our firm's representation is also limited to working on your behalf, as is identified in the attached letter. JZ does not represent any other entity or individuals unless explicitly stated in the attached letter.

**Attorneys and Others to Assist in Providing Services.** When appropriate for a particular matter and when it will serve to reduce costs, JZ intends to assign parts of your work to other lawyers, paralegals, law clerks, and document clerks. Often, these individuals focus on specific areas, and JZ has found that allocating work to them allows JZ to produce the best legal product efficiently. However, JZ designates Gregory Jordan as your primary contact. Gregory Jordan will supervise the work and will endeavor to be responsive to you for the entire matter. Mr. Jordan will serve in that capacity for the work indicated in the first paragraph of this letter.

**Billing and Hourly Rates.** JZ bases its fees primarily on time spent. JZ generally bills professional services on an hourly basis. Each of JZ's attorneys and other professionals has an hourly billing rate based on that individual's expertise and experience. Generally, JZ adjusts its fee rates periodically in January of each year, and bills for fees will reflect any such adjustments.

Hourly time charges will reflect the time spent on your matter, including, as appropriate, litigation due diligence investigation, legal research, document drafting, transaction closing, and travel in connection with this representation. However, JZ does not charge for attorney administrative time or for maintaining general, current knowledge of the law. JZ bills on a per-item basis for computerized legal research (LEXIS and Westlaw services), filing fees and related litigation expenses, telephone charges, delivery and fax charges, special database storage when established at your request, photocopying, and travel expenses. Unless circumstances prompt a different schedule, you will periodically receive a computer-generated statement showing a description of the services performed and itemizing costs paid by JZ for your work.

**Fees Not Contingent and Due Within 30 Days.** Our firm's fees are not contingent, and payment is due within 30 days of the receipt of the statement. If JZ has not received any comment about

Jordan & Zito LLC

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 2

the statement within 30 days of its receipt, JZ will understand that you found it acceptable. To encourage timely payment of our firm's invoices, JZ will impose a late charge of 1.5% per month on past due bills, i.e., statements that remain unpaid for more than 30 days. Payment is to be made by check or draft payable to "Jordan & Zito LLC."

If any statements remain unpaid for more than 90 days, JZ may, consistent with JZ's ethical and court-imposed obligations, cease to perform services until you make satisfactory arrangements to pay the unpaid statements and future fees. In fairness to our firm's many clients who promptly pay their invoices each month, JZ reserves the right to take appropriate action concerning delinquent accounts.

**Attorney-Client Communication.** Statements made by one of our firm's attorneys generally contain information protected by the attorney-client privilege. As the privilege could be deemed waived if someone other than you see the privileged material, JZ recommends that you keep all of our firm's statements in a separate file marked "Attorney-Client Privileged Materials" and keep the file in a secure place.

**Payment of Third-Party Expenses.** JZ prefers that you pay directly any significant outside expense items related to your work, and, when possible, JZ will direct such expenses to you for payment. For example, JZ often asks its vendors to bill its clients directly rather than having our firm incur an expense and subsequently include the same amount on our firm's statement to the client.

**Termination of Services and Representation.** You may terminate our firm's services at any time. Termination of our firm's representation does not relieve you from the responsibility of paying those fees and expenses incurred through the date you notify JZ of our termination. Similarly, JZ may withdraw from this representation for many reasons, including failure to promptly pay the amounts indicated in our firm's statements; failure to disclose all facts material to our firm's representation; failure to act following our firm's advice; or development of one or more circumstances which, in our firm's judgment, impair our firm's ability to maintain a productive attorney-client relationship. Upon termination of our firm's services and representation of you or our firm's withdrawal from representing your interest, JZ will be entitled to be paid for all services rendered and costs and expenses paid or incurred on your behalf to the date of termination or withdrawal. JZ also will be entitled to payment at our firm's standard billing rates for any work required of JZ in connection with the turnover of files to you or new counsel and the orderly transition of pending matters to new counsel, and JZ also will be entitled to reimbursement of all expenses incurred by JZ in connection with such work. At your request, JZ will return all papers and property belonging to you upon payment of all amounts owed to JZ. JZ reserves the right to make, at your expense, and retain copies of all documents generated or received by JZ in representing your interests. If you request documents from JZ, either during our firm's representation, in connection with or following termination or withdrawal from

Chicago Illinois

Jordan & Zito LLC

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 3

representation, our firm will provide the documents at your expense, including both reproduction costs and professional fees for time expended in reviewing files to locate requested documents.

**Estimates of the Cost of Services to be Performed.** From time to time, you may ask JZ to estimate the cost of completing all or part of our representation of it. Because it is often difficult to estimate at the beginning of a project how much time it will take to complete it, JZ treats any estimate as an "educated guess" and not as an assurance that JZ will be able to do the work for the estimated price. When JZ provides an estimate, our firm will advise you when JZ is nearing the estimated amount, and JZ will also notify you if JZ becomes aware that it may exceed the estimate. At that time, you can decide whether to terminate our firm's representation on the project, modify the project, or proceed to completion with a different cost estimate.

**Completion of Matter.** After our firm completes a particular matter, JZ does not (unless you specifically request in writing that JZ do so) undertake to continue to review that matter and update you concerning legal developments, such as changes in applicable laws or regulations. If you ask JZ to review a specific matter on which JZ has previously worked, JZ will consider that a new representation. Thus, while JZ may, from time to time, call to your attention issues or legal developments that might be relevant to your business, JZ is not undertaking to do so as a part of this representation.

Unless previously terminated, our firm's representation will end upon sending a final statement for services rendered concerning the representation discussed in the first paragraph of the engagement letter. If, upon any termination or completion of a matter, you wish to have your documents in our firm's possession returned to you, please advise us. Otherwise, our firm will transfer all such documents to the person responsible for administering our firm's records retention program. After a reasonable time, JZ will destroy the files following our firm's established policy. For several reasons, including minimizing unnecessary storage expenses, JZ reserves the right to destroy or otherwise dispose of any documents retained by JZ after our firm's representation of you ceases.

**Client Confidences/Description of Client/Future Conflicts.** Our firm's clients are engaged in a wide variety of businesses worldwide. From time to time, JZ represents clients who are industry competitors. To ensure confidentiality, JZ will not (unless you specifically grant JZ the authority to do so) discuss or otherwise make available to anyone, including other clients, any information about you, your business, or our firm's work on your behalf and will not discuss or otherwise make available to you any information about any of our firm's other clients (if any), their business, or any work on their behalf.

*Subject to Court approval, if necessary, JZ represents many other clients and individuals. It is possible that when JZ is representing you, some of our firm's present or future clients will have disputes or transactions with you. You agree that, subject to disclosure and no objection, JZ may continue to represent or may undertake in the future to represent existing or new clients in any*

Jordan & Zito LLC

Scott Krone
Manager
Platform II Lawndale LLC
July 6, 2022
Page 4

*matter that is not substantially related to our firm's work for you, even if the interests of such clients in those other matters are directly adverse. Your signature on this letter will constitute your consent to any such conflicting representations. JZ agrees, however, that your prospective consent to conflicting representation contained in the preceding sentence shall not apply in any instance where, as a result of our firm's representation of you, JZ has obtained proprietary or other confidential information of a non-public nature that, if known to such other client, could be used in any such other matter by such client to your material disadvantage. (You should know that in similar engagement letters with many of our firm's other clients, JZ has asked for similar agreements to preserve our firm's ability to represent you.)*

**No Guarantee.** JZ will perform professional services on your behalf to the best of our firm's ability, but JZ cannot make and has not made any guarantees regarding the outcome of our firm's work on this project. Any expressions by JZ about the outcome of this project are our firm's best professional views only and are limited by our firm's factual knowledge when our firm expresses them.

**No Third-Party Beneficiaries**. This agreement does not confer any right on any third party.

**Questions or Additional Information.** JZ hopes this explanation will be helpful to you and invite you to discuss any concern with Gregory Jordan at any time or to inquire about the fees or costs incurred. We believe in the importance of proceeding in a manner that provides JZ with a clear and satisfactory understanding of the work to be performed. JZ will strive to keep you fully informed during the course of this engagement and anticipate that you, likewise, will keep JZ informed of pertinent developments.

**Acceptance of Terms of Representation.** If these Terms of Representation and the attached letter wholly and correctly set forth the parties' mutual understanding of the terms of our firm's engagement, please sign a copy of the attached letter and return it to Gregory J. Jordan for inclusion in your file.