# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| PLATFORM II LAWNDALE LLC, | ) | Case No. 22-07668 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 11, 2022, at 9:00 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, either in courtroom 613 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or electronically as described below, and present the motion of Platform II Lawndale LLC to Authorize the Debtor to Pay Pre-Petition Wages, Salaries, and Benefits, and (II) Authorize the Debtor to Continue Employee Benefit Programs in The Ordinary Course of Business, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government**.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode. Meeting ID and passcode. The meeting ID for this hearing is 160 9362 1728 and no passcode is required. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**PLATFORM II LAWNDALE LLC**

By: /s/ Gregory J. Jordan
One of Its Proposed Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 4, 2022 at 5:00 p.m.

    /s/ Gregory J. Jordan

### SERVICE LIST

Electronic Service List

| | | |
|---|---|---|
| Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov | Anthony Soukenik<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>asoukenik@sandbergphoenix.com | Anthony Soukenik<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>asoukenik@sandbergphoenix.com |
| Clayton Kuhn<br>Sandberg Phoenix<br>120 S. Central Ave., Ste 1600<br>Clayton, MO 63105<br>ckuhn@sandbergphoenix.com | Adam Toosley<br>Hirzel Law, PLC<br>1001 Bay St., Suite E<br>Traverse City, MI 49684<br>atoosley@hirzellaw.com | |

### MAIL SERVICE LIST

| | | |
|---|---|---|
| A & S Masonry<br>9315 Osceola Avenue<br>Morton Grove, IL 60053 | Artur Construction Inc<br>21325 N. White Pine Rd<br>Lake Zurich, IL 60047 | Batavia Damp Proofing<br>P.O. Box 239<br>Yorkville, IL 60560 |
| Chicago Metropolitan Fire Prevention Co.<br>820 North Addison Avenue<br>Elmhurst, IL 60126 | Coda Design + Build, LLC<br>600 Waukegan Rd, Suite 129<br>Northbrook, IL 60062 | Cook County Treasurer<br>118 N. Clark St., Ste. 112<br>Chicago, IL 60602 |
| Dortrak<br>28W580 High Lake Rd<br>West Chicago, IL 60185 | Landworks Landscaping, LLC<br>13950 West Blanchard<br>Gurnee, IL 60031 | Levin Ginsburg, Ltd.<br>180 N. LaSalle St., Suite 3200<br>Chicago, IL 60601 |

| | | |
|---|---|---|
| Margarito Sanchez<br>846 N St. Louis Ave<br>Chicago, IL 60651 | Masters Drywall<br>1018 Sill Ave.<br>Aurora, IL 60506 | Metropolitan Fire Protection<br>175 Gordon St<br>Elk Grove Village, IL 60007 |
| Schindler Elevator Company<br>853 N. Church Court<br>Elmhurst, IL 60126 | SLS Electric<br>205 Beech Drive<br>Lake Zurich, IL 60047 | Super Remodeling Inc.<br>3008 N. 77th Avenue<br>Elmwood Park, IL 60707 |
| Tai Plumbing LLC<br>1410 Butterfield Rd<br>Downers Grove, IL 60515-1031 | TK Audio Visual, LLC<br>747 Miller St.<br>P.O. Box 433 Suite B<br>Beecher, IL 60401 | VFJ Drywall LLC<br>6658 W. 99th St<br>Chicago Ridge, IL 60415 |
| Waukegan Gurnee Glass Co.<br>1200 Estes Street<br>Gurnee, IL 60031 | | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:** ) | **Chapter 11 Proceeding** |
| ) | |
| **PLATFORM II LAWNDALE LLC,** ) | **Case No. 22-07668** |
| ) | |
| **Debtor.** ) | **Hon. Deborah L. Thorne** |
| ) | |

**APPLICATION TO EMPLOY SPECIAL COUNSEL**

Platform II Lawndale LLC, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), seeks the entry of an order under §§ 105(a), 327(e), 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to employ David S. Martin and the partners, associates, paralegals, and staff of Neal, Gerber & Eisenberg LLP, and William C. Graft and the partners, associates, paralegals, and staff of Graft & Jordan as special counsel for the prosecution of the Debtor's real estate tax appeal or appeals. In support, the Debtor states:

### JURISDICTION

1. This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334.

2. Venue of the Debtor's chapter 11 bankruptcy case (the "Case") and this motion is proper in this Judicial District under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. The predicates for the relief requested are §§ 105(a), 327(e), 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules.

**BACKGROUND**

4. The Debtor is an Illinois limited liability company that owns a self-storage facility at 1750 North Lawndale Avenue in Chicago's West Logan Square neighborhood.

5. On July 11, 2022 (the "Petition Date"), the Debtor filed its bankruptcy case (the "Case") seeking relief under Chapter 11 of the Bankruptcy Code. The Debtor is in possession of its assets and operating its business as Debtor in Possession under §§1107 and 1108 of the Bankruptcy Code. The United States Trustee has not appointed a trustee, examiner, or statutory committee in the Debtor's case.

6. The Debtor's facility includes a 91 year old, three story commercial building with a single story addition that comprises a total gross building area of approximately 64,200 square feet. The property underwent rehabilitation from January 29, 2018 to February 20, 2020 to convert the improvement into a self-storage facility. The self-storage facility includes 612 storage units ranging in size from 5'x5' to 10'x25'. The building improvement is situated on 44,773 square feet of land.

7. Before the Petition Date, the Debtor engaged David S. Martin and his law firm, Neal, Gerber & Eisenberg LLP and William C. Graft and the partners, associates, paralegals, and staff of Graft & Jordan (collectively "Proposed Special Counsel") to provide representation in its 2021 Cook County, Illinois appeal of real estate taxes.

8. Although the initial appeal to the Cook County Board of Review proved unsuccessful, the Debtor, through Proposed Special Counsel, filed an appeal seeking tax relief at the State Property Tax Appeal Board (PTAB).

9. The Debtor will investigate whether the appeal of real estate taxes for additional years may benefit the bankruptcy estate. If the Debtor determines that the facts warrant such an appeal, the Debtor will engage Proposed Special Counsel for that purpose.

10. Accordingly, the Debtor seeks authority to employ Proposed Special Counsel on behalf of the bankruptcy estate to pursue an appeal with the PTAB to obtain a reduction of its 2021 real estate taxes and any other real estate taxes whose reduction the Debtor believes may warrant an appeal.

### DISCUSSION

11. § 327(e) of the Bankruptcy Code provides that the Debtor may, subject to court approval, employ an attorney that has represented a debtor for a "special purpose" when it is in the best interests of the bankruptcy estate.

12. Proposed Special Counsel has agreed to represent the bankruptcy estate on a contingent fee basis as follows:

> a. 12.5% of the annual triennial savings resulting from any assessment reduction granted by the Cook County Assessor or Cook County Board of Review; 30% of any tax refund ordered by the Illinois courts, the Property Tax Appeal Board, or pursuant to a Certificate of Error proceeding; and
>
> b. 30% of any tax refund ordered by the Illinois courts in connection with a tax rate objection.
>
> The tax savings are calculated with reference to the difference between the assessment proposed by the Cook County Assessor and the assessment as finally reduced by the Cook County Assessor or the Cook County Board of Review. The difference in assessment is multiplied by the most recently ascertainable equalization factor and tax rate to indicate annual

3

savings. The yearly savings multiply by the number of years remaining in the triennial sequence.

    c. In addition to fees, Proposed Special Counsel would be entitled to payment or reimbursement of costs and expenses incurred on the bankruptcy estate's behalf. Proposed Special Counsel has agreed that it will not incur a significant expense without the Debtor's prior approval.

13. In this case, the Debtor seeks authority to retain the Proposed Special Counsel on a total, combined, contingent fee basis plus costs on the terms contained in ¶ 12.

14. The Debtor believes that the Proposed Special Counsel's representation of the Debtor would benefit the bankruptcy estate. Proposed Special Counsel has particular expertise and experience in real estate tax litigation. Additionally, the real estate tax litigation has the potential to bring substantial savings for the bankruptcy estate at no significant direct cost. Because the Debtor seeks to engage Proposed Special Counsel on a contingent fee basis, the Debtor believes that the retention of Proposed Special Counsel represents a sound exercise of its business judgment.

15. Proposed Special Counsel understands that all compensation for legal services rendered on behalf of the bankruptcy estate, including contingent fees and expense reimbursements, are subject to the Court's approval.

16. The Debtor has attached the declaration of David S. Martin in support of this Application as Exhibit A and the declaration of William C. Graft in support of this Application as Exhibit B.

**NO PRIOR REQUEST**

17. The Debtor has made no prior request for the relief sought in this Application to this Court or any other court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief sought herein and such other just relief.

Dated: August 4, 2022                 Respectfully submitted,

**PLATFORM II LAWNDALE LLC**

By: /s/ Gregory J. Jordan
One of its Proposed Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

PROPOSED COUNSEL TO PLATFORM II LAWNDALE LLC