**Exhibit A**

**Declaration of David S. Martin**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 Proceeding |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | Case No. 22-07668 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |

### DECLARATION OF DAVID S. MARTIN IN SUPPORT OF
### THE DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL

David S. Martin states under penalty of perjury as follows:

1. I am an attorney duly licensed and authorized to practice law, and I am a member in good standing of the Bar of the State of Illinois and have been so since 1982.

2. I submit this declaration in support of the entry of an order authorizing the retention of myself and the law firm of Neal, Gerber & Eisenberg LLP (collectively, the "Firm") as Special Counsel for Platform II Lawndale LLC, as debtor in its chapter 11 bankruptcy case and its bankruptcy estate in the above-captioned Chapter 11 case (the "Case") under 11 U.S.C. § 327(a) and Bankruptcy Rule 2014.

3. I have experience and knowledge in real estate tax law and appellate practice and believe the Firm is well qualified to serve as the Debtor's special counsel.

4. In connection with representing the Debtor, I have reviewed the list of the Debtor's creditors attached as Exhibit 1.

5. Based upon that review, to the best of my knowledge, information, and belief, the Firm does not represent any other party in interest in the Case.

6. To the best of my knowledge, the Firm does not have any connections with the United States Trustee or any person employed in the office of the United States Trustee, nor is any person

connected with the Firm a relative of Deborah L. Thorne, the United States Bankruptcy Judge assigned to the Case.

7. The Firm has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under § 504(b) of the Bankruptcy Code.

8. The Firm's compensation shall be on a contingent fee plus costs basis as contained in the Application and subject to approval by this Court.

Dated: July 22, 2022

/s/ David S. Martin
David S. Martin

**EXHIBIT 1**

**CREDITORS OF PLATFORM II LAWNDALE LLC**

| | | |
|---|---|---|
| A & S Masonry<br>9315 Osceola Avenue<br>Morton Grove, IL 60053 | Artur Construction Inc<br>21325 N. White Pine Rd<br>Lake Zurich, IL 60047 | Batavia Damp Proofing<br>P.O. Box 239<br>Yorkville, IL 60560 |
| Chicago Metro Fire Protection<br>820 North Addison Avenue<br>Elmhurst, IL 60126 | Coda Design + Build, LLC<br>600 Waukegan Rd, Suite 129<br>Northbrook, IL 60062 | Cook County Treasurer<br>118 N. Clark St., Ste. 112<br>Chicago, IL 60602 |
| Dortrak<br>28W580 High Lake Rd<br>West Chicago, IL 60185 | Green Lake Real Estate Fund LLC<br>1416 El Centro Street, Suite 200<br>South Pasadena, California 91030 | Landworks Landscaping, LLC<br>13950 West Blanchard<br>Gurnee, IL 60031 |
| Levin & Ginsburg<br>180 N. LaSalle St., Suite 3200<br>Chicago, IL 60601 | Margarito Sanchez<br>846 N St. Louis Ave<br>Chicago, IL 60651 | Masters Drywall<br>1018 Sill Ave.<br>Aurora, IL 60506 |
| Metropolitan Fire Protection<br>175 Gordon St<br>Elk Grove Village, IL 60007 | Schindler Elevator Company<br>853 N. Church Court<br>Elmhurst, IL 60126 | SLS Electric<br>205 Beech Drive<br>Lake Zurich, IL 60047 |
| Super Remodeling Inc.<br>3008 N. 77th Avenue<br>Elmwood Park, IL 60707 | Tai Plumbing LLC<br>1410 Butterfield Rd<br>Downers Grove, IL 60515-1031 | TK Audio Visual, LLC<br>747 Miller St.<br>P.O. Box 433 Suite B<br>Beecher, IL 60401 |
| VFJ<br>6658 W. 99th St<br>Chicago Ridge, IL 60415 | WG Glass<br>1200 Estes Street<br>Gurnee, IL 60031 | |