**Exhibit B**

**Declaration of Willam C. Graft**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| PLATFORM II LAWNDALE LLC, | Case No. 22-07668 |
| Debtor. | Hon. Deborah L. Thorne |

### DECLARATION OF WILLIAM C. GRAFT IN SUPPORT OF THE DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL

William C. Graft states under penalty of perjury as follows:

1. I am an attorney duly licensed and authorized to practice law, and I am a member in good standing of the Bar of the State of Illinois and have been so since January of 1987.

2. I submit this declaration in support of the entry of an order authorizing the retention of myself and the law firm of Graft & Jordan (collectively, the "Firm") as co-counsel with Neal, Gerber & Eisenberg LLP as Special Counsel for Platform II Lawndale LLC, as debtor in its chapter 11 bankruptcy case and its bankruptcy estate in the above-captioned Chapter 11 case (the "Case") under 11 U.S.C. § 327(a) and Bankruptcy Rule 2014.

3. I have experience and knowledge in real estate tax law and appellate practice and believe the Firm is well qualified to serve as the Debtor's co-counsel with Neal, Gerber & Eisenberg as special counsel.

4. In connection with representing the Debtor, I have reviewed the list of the Debtor's creditors attached as Exhibit 1.

5. Based upon that review, to the best of my knowledge, information, and belief, the Firm does not represent any other party in interest in the Case.

6. To the best of my knowledge, the Firm does not have any connections with the United States Trustee or any person employed in the office of the United States Trustee, nor is any person

connected with the Firm a relative of Deborah L. Thorne, the United States Bankruptcy Judge assigned to the Case. In addition, the proposed debtor's counsel, Gregory Jordan, is not related to any attorney or other employee of Graft & Jordan.

7. The Firm has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under § 504(b) of the Bankruptcy Code.

8. The Firm's compensation shall be on a contingent fee plus costs basis as contained in the Application and subject to approval by this Court.

Dated: July 22, 2022

/s/ William C. Graft
William C. Graft

## EXHIBIT 1

## CREDITORS OF PLATFORM II LAWNDALE LLC

A & S Masonry
9315 Osceola Avenue
Morton Grove, IL 60053

Artur Construction Inc
21325 N. White Pine Rd
Lake Zurich, IL 60047

Batavia Damp Proofing
P.O. Box 239
Yorkville, IL 60560

Chicago Metro Fire Protection
820 North Addison Avenue
Elmhurst, IL 60126

Coda Design + Build, LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602

Dortrak
28W580 High Lake Rd
West Chicago, IL 60185

Green Lake Real Estate Fund LLC
1416 El Centro Street, Suite 200
South Pasadena, California 91030

Landworks Landscaping, LLC
13950 West Blanchard
Gurnee, IL 60031

Levin & Ginsburg
180 N. LaSalle St., Suite 3200
Chicago, IL 60601

Margarito Sanchez
846 N St. Louis Ave
Chicago, IL 60651

Masters Drywall
1018 Sill Ave.
Aurora, IL 60506

Metropolitan Fire Protection
175 Gordon St
Elk Grove Village, IL 60007

Schindler Elevator Company
853 N. Church Court
Elmhurst, IL 60126

SLS Electric
205 Beech Drive
Lake Zurich, IL 60047

Super Remodeling Inc.
3008 N. 77th Avenue
Elmwood Park, IL 60707

Tai Plumbing LLC
1410 Butterfield Rd
Downers Grove, IL 60515-1031

TK Audio Visual, LLC
747 Miller St.
P.O. Box 433 Suite B
Beecher, IL 60401

VFJ
6658 W. 99th St
Chicago Ridge, IL 60415

WG Glass
1200 Estes Street
Gurnee, IL 60031