# Corporate Business Account Statement



Page 1 of 3
Account Number:  86-1206-7245

**For the period    08/01/2022 to 08/31/2022**

PLATFORM II LAWNDALE LLC #22-07668
CUBESMART 6241
DEBTOR IN POSSESSION
5 OLD LANCASTER RD
MALVERN PA 19355-2132

Number of enclosures:    0
Tax ID Number: 82-1005832
For Client Services:
    Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to:  Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 101,071.24 | 120,307.14 | 181,061.77 | 40,316.61 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 7 | 672.53 | Checks | 9 | 65,884.29 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 20 | 51,463.55 | ACH Debits | 2 | 599.82 |
| Funds Transfers In | 5 | 68,171.06 | Funds Transfers Out | 1 | 114,462.10 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 115.56 |
| Total | 32 | 120,307.14 | Total | 13 | 181,061.77 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 101,418.24 | 08/11 | 59,517.37 | 08/24 | 80,749.01 |
| 08/03 | 101,498.24 | 08/12 | 59,578.12 | 08/25 | 86,920.38 |
| 08/04 | 101,499.24 | 08/16 | 62,887.46 | 08/26 | 48,933.17 |
| 08/05 | 59,486.46 | 08/17 | 66,811.96 | 08/29 | 50,516.37 |
| 08/08 | 59,561.51 | 08/18 | 71,801.71 | 08/30 | 55,047.75 |
| 08/09 | 59,838.67 | 08/19 | 76,292.48 | 08/31 | 40,316.61 |
| 08/10 | 59,538.42 | 08/22 | 75,571.48 | | |

## Deposits and Other Credits

### Deposits    7 transactions for a total of $672.53

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 80.00 | Deposit 6241 | 038328365 |
| 08/04 | 1.00 | Deposit 6241 | 034977247 |
| 08/10 | 266.00 | Deposit 6241 | 037451575 |
| 08/12 | 60.75 | Deposit 6241 | 035330445 |
| 08/16 | 66.00 | Deposit 6241 | 033914209 |
| 08/17 | 70.00 | Deposit 6241 | 035025943 |

Deposits continued on next page

# Corporate Business Account Statement

PLATFORM II LAWNDALE LLC #22-07668  
CUBESMART 6241

For the period   08/01/2022  to  08/31/2022  
Account number:   86-1206-7245  
Page 2 of 3

## Deposits and Other Credits - continued

### Deposits - continued
**7 transactions for a total of $672.53**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/24 | 128.78 | Deposit 6241 | 038945705 |

### ACH Credits
**20 transactions for a total of $51,463.55**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/01 | 347.00 | Corporate ACH Settlement<br>American Express 0000006241 | 00022213003128708 |
| 08/05 | 151.91 | Corporate ACH Settlement<br>American Express 0000006241 | 00022217006445175 |
| 08/08 | 75.05 | Corporate ACH Settlement<br>American Express 0000006241 | 00022220010180430 |
| 08/09 | 277.16 | Corporate ACH Settlement<br>American Express 0000006241 | 00022221009678531 |
| 08/11 | 128.95 | Corporate ACH Settlement<br>American Express 0000006241 | 00022223003196095 |
| 08/17 | 406.72 | Corporate ACH Settlement<br>American Express 0000006241 | 00022229002059869 |
| 08/18 | 4,989.75 | ACH Credit Transfer 08/17/22<br>Northern Trust Pp #xxxxxx7245 | 00022228903969685 |
| 08/24 | 59.00 | Corporate ACH Settlement<br>American Express 0000006241 | 00022236004246722 |
| 08/25 | 4,989.75 | ACH Credit Sender 08/24/22<br>J Eimerbrink PNC Bank | 00022235903600848 |
| 08/25 | 1,281.62 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022236007292415 |
| 08/26 | 30,296.45 | Corporate ACH Return<br>Tsys/Transfirst 543684555909482 | 00022237014303044 |
| 08/26 | 645.74 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022237014304011 |
| 08/26 | 65.00 | Corporate ACH Settlement<br>American Express 0000006241 | 00022238007433319 |
| 08/29 | 1,503.70 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022241010682126 |
| 08/29 | 79.50 | Corporate ACH Settlement<br>American Express 0000006241 | 00022241014871051 |
| 08/30 | 1,798.23 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022241017531604 |
| 08/30 | 1,238.19 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022241017548336 |
| 08/30 | 1,226.96 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022241017531755 |
| 08/30 | 268.00 | Corporate ACH Settlement<br>American Express 0000006241 | 00022242011543278 |
| 08/31 | 1,634.87 | Corporate ACH Bkcd Stlmt<br>Tsys/Transfirst 543684555909482 | 00022242014942262 |

# Corporate Business Account Statement

PLATFORM II LAWNDALE LLC #22-07668
CUBESMART 6241

For the period   08/01/2022  to  08/31/2022
Account number:  86-1206-7245
Page 3 of 3

## Deposits and Other Credits - continued

### Funds Transfer In — 5 transactions for a total of $68,171.06

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/16 | 3,243.34 | Wire Transfer In 228Ga10204177T1K | W228GA10204177T1K |
| 08/17 | 9,979.50 | Wire Transfer In 228Hc18421P48Cv1 | W228HC18421P48CV1 |
| 08/19 | 4,490.77 | Wire Transfer In 228Jc0044Fa60Fye | W228JC0044FA60FYE |
| 08/24 | 4,989.75 | Wire Transfer In 228Oj34508865Jv3 | W228OJ34508865JV3 |
| 08/26 | 45,467.70 | Wire Transfer In 228Qh16036O7B04J | W228QH16036O7B04J |

## Checks and Other Debits

### Checks and Substitute Checks — 9 transactions for a total of $65,884.29

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05 | Sum. 3 | 42,131.12 | Summary | 08/17 | Sum. 2 | 6,531.72 | Summary | 08/25 | Sum. 1 | 100.00 | Summary |
| 08/11 | Sum. 1 | 150.00 | Summary | 08/22 | Sum. 1 | 721.00 | Summary | 08/31 | Sum. 1 | 16,250.45 | Summary |

### ACH Debits — 2 transactions for a total of $599.82

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/05 | 33.57 | Corporate ACH Axp Discnt<br>American Express 0000006241 | 00022217006445640 |
| 08/10 | 566.25 | Corporate ACH Discount<br>Tsys/Transfirst 543684555909482 | 00022221012355707 |

### Funds Transfers Out — 1 transaction for a total of $114,462.10

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/26 | 114,462.10 | Wire Transfer Out 228Qh3424Fg683R9 | W228QH3424FG683R9 |

### Other Debits — 1 transaction for a total of $115.56

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/31 | 115.56 | Corporate Account Analysis Charge | 0000000000000016645 |

Member FDIC                                                          Equal Housing Lender