**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | **Case No. 22-07668** |
| | ) | |
| **Debtor.** | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on November 22, 2023, at 10:30 am, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, either in courtroom 613 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or electronically as described below, and present Platform II Lawndale LLC's Application to Employ Special Counsel, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is _____, and the passcode is _____. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**PLATFORM II LAWNDALE LLC**

By: /s/ Gregory J. Jordan
One of Its Attorneys

1

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on November 15, 2023 at 5:00 p.m.

    /s/ Gregory J. Jordan

### SERVICE LIST

### Service List

### Electronic Service List

| | | |
|---|---|---|
| Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov | Anthony Soukenik<br>asoukenik@sandbergphoenix.com | Clayton Kuhn<br>ckuhn@sandbergphoenix.com |
| Adam Toosley<br>atoosley@sgrlaw.com | Konstantine T. Sparagis<br>gus@konstantinelaw.com | Dan Wen<br>dwen@hmblaw.com,<br>ecfnotices@hmblaw.com |

Mail Service List

| | | |
|---|---|---|
| A & S Masonry<br>9315 Osceola Avenue<br>Morton Grove, IL 60053 | Artur Construction Inc<br>21325 N. White Pine Rd<br>Lake Zurich, IL 60047 | Batavia Damp Proofing<br>P.O. Box 239<br>Yorkville, IL 60560 |
| Chicago Metropolitan Fire Prevention Co.<br>820 North Addison Avenue<br>Elmhurst, IL 60126 | Coda Design + Build, LLC<br>600 Waukegan Rd, Suite 129<br>Northbrook, IL 60062 | Cook County Treasurer<br>118 N. Clark St., Ste. 112<br>Chicago, IL 60602 |
| Custom Tile & Stone<br>5129 W Barry Ave.<br>Chicago, IL 60641 | Dortrak<br>28W580 High Lake Rd<br>West Chicago, IL 60185 | Ferguson Enterprises<br>1410 Butterfield Rd.<br>Downers Grove, IL 60515 |
| Illinois Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, IL 62794−9035 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Landworks Landscaping, LLC<br>13950 West Blanchard<br>Gurnee, IL 60031 |
| Levin Ginsburg, Ltd.<br>180 N. LaSalle St., Suite 3200 | Margarito Sanchez<br>846 N St. Louis Ave | Masters Drywall<br>1018 Sill Ave. |

2

| | | |
|---|---|---|
| Chicago, IL 60601 | Chicago, IL 60651 | Aurora, IL 60506 |
| Metropolitan Fire Protection<br>175 Gordon St<br>Elk Grove Village, IL 60007 | Schindler Elevator Company<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143 | SLS Electric<br>205 Beech Drive<br>Lake Zurich, IL 60047 |
| Super Remodeling Inc.<br>3008 N. 77th Avenue<br>Elmwood Park, IL 60707 | Tai Plumbing LLC<br>1410 Butterfield Rd<br>Downers Grove, IL 60515-1031 | TK Audio Visual, LLC<br>747 Miller St.<br>P.O. Box 433, Suite B<br>Beecher, IL 60401 |
| VFJ Drywall LLC<br>6658 W. 99th St<br>Chicago Ridge, IL 60415 | Waukegan Gurnee Glass Co.<br>1200 Estes Street<br>Gurnee, IL 60031 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | **Case No. 22-07668** |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |

### APPLICATION TO EMPLOY SPECIAL COUNSEL

Platform II Lawndale LLC, as debtor and debtor in possession (the "Debtor") in the above-captioned Chapter 11 case (the "Chapter 11 Case"), seeks the entry of an order under §§ 105(a), 327(e), 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to employ Jeffrey M. Galkin, Morris R. Saunders, Camila R. Kaplunov, and Eric B. Gillece and the partners, associates, paralegals, and staff of Levin & Ginsburg Ltd., (collectively "LG"), as special counsel for the review and negotiation of loan documents, the closing of the loan, and related matters concerning the proposed loan for which the Debtor has received a commitment from Red Oak Capital Holdings to fund the initial payment to GreenLake Real Estate Fund, LLC on its Class 1 – Secured Claim. In support, the Debtor states:

#### JURISDICTION

1. This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334.

2. Venue of the Debtor's Chapter 11 bankruptcy case (the "Case") and this motion is proper in this Judicial District under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

3. The predicates for the relief requested are §§ 105(a), 327(e), 328(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules.

**BACKGROUND**

4. The Debtor is an Illinois limited liability company that owns a self-storage facility at 1750 North Lawndale Avenue in Chicago's West Logan Square neighborhood.

5. On July 11, 2022 (the "Petition Date"), the Debtor filed its bankruptcy case (the "Case") seeking relief under Chapter 11 of the Bankruptcy Code. The Debtor is in possession of its assets and operating its business as Debtor in Possession under §§1107 and 1108 of the Bankruptcy Code. The United States Trustee has not appointed a trustee, examiner, or statutory committee in the Debtor's case.

6. The Debtor's facility includes a 91 year old, three story commercial building with a single story addition that comprises a total gross building area of approximately 64,200 square feet. The property underwent rehabilitation from January 29, 2018 to February 20, 2020 to convert the improvement into a self-storage facility. The self-storage facility includes 612 storage units ranging in size from 5'x5' to 10'x25'. The building improvement is situated on 44,773 square feet of land.

7. The Debtor has arranged for a proposed loan from Red Oak Capital Holdings to fund a portion of the Class 1 Secured Claim held by GreenLake Real Estate Fund LLC. To complete the proposed transaction, the Debtor seeks to retain LG as its special counsel regarding the review of loan documents, including the negotiation of terms, the closing of the loan, and related matters. LG is well qualified and able to represent the Debtor concerning those matters. Within the scope of its employment as special counsel for the Debtor, LG will be responsible for:

    a. Providing advice to the Debtor regarding the loan transaction and documents;

    b. Communicating and negotiating with Red Oak Capital Holdings' counsel;

    c. Dealing with any matters disclosed on the loan title commitment prepared concerning the loan; and

    d. Participating in the loan closing.

8. The Court has confirmed the Debtor's plan of reorganization, which will become effective on the delivery of the initial payment GreenLake Real Estate Fund LLC from Red Oak's loan proceeds.

## DISCUSSION

9. § 327(e) of the Bankruptcy Code provides that the Debtor may, subject to court approval, employ an attorney that has represented a debtor for a "special purpose" when it is in the best interests of the bankruptcy estate.

10. The professionals who are presently expected to have primary responsibility for providing service to the Debtor will charge the following hourly rates:

| NAME OF INDIVIDUAL | TITLE | HOURLY RATE |
| --- | --- | --- |
| Jeffrey M. Galkin | Partner | $525.00 |
| Morris R. Saunders | Shareholder | $625.00 |
| Camila R. Kaplunov | Associate | $350.00 |
| Eric B. Gillece | Paralegal | $200.00 |

11. It is LG's policy to charge its clients for certain non-overhead expenses incurred in connection with the client's case that LG would not have incurred except for the representation of that particular client. It is also LG's policy to charge its clients only the amount incurred by LG in connection with such items, which include, but are not limited to, postal and express mail charges, messenger delivery, travel expenses, and photocopying charges.

12. LG will maintain detailed and itemized records of all professional services rendered. Any actual and necessary expenses incurred on the Debtor's behalf in connection with the rendering of legal services for which it may seek reimbursement.

13. The Debtor met telephonically with LG and discussed the proposed rates and the terms of JZ's engagement. The Debtor believes that the proposed rates and terms are reasonable.

14. The Debtor believes that the LG's representation of the Debtor would benefit the bankruptcy estate. LG has particular expertise and experience in financing transactions. Because of LG's experience, the Debtor believes that the retention of LG represents a sound exercise of its business judgment.

15. LG understands that all compensation for legal services rendered on behalf of the bankruptcy estate, including expense reimbursements, are subject to the Court's approval.

16. The Debtor has attached the declaration of Jeffrey M. Galkin in support of this Application as Exhibit A.

## NO PRIOR REQUEST

17. The Debtor has made no prior request for the relief sought in this Application to this Court or any other court.

WHEREFORE, the Debtor respectfully requests that the Court enter an order granting the relief sought herein and such other just relief.

Dated: November 15, 2023　　　　　　　　　Respectfully submitted,

**PLATFORM II LAWNDALE LLC**

By:　/s/ Gregory J. Jordan
　　　One of Its Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
350 N. LaSalle Drive., Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

COUNSEL TO PLATFORM II LAWNDALE LLC