# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceeding |
| | ) | |
| PLATFORM II LAWNDALE LLC, | ) | Case No. 22-07668 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |

### AFFIDAVIT OF JEFFREY M. GALKIN

I, Jeffrey M. Galkin, being first duly sworn on oath, depose and state as follows:

1. Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently to such matters.

2. I am an attorney at law admitted to practice in Illinois and a partner with the law firm of Levin & Ginsburg Ltd. ("LG").

3. I submit this Affidavit in connection with the Application for an Order Authorizing Employment and Retention of Professionals from Levin & Ginsburg Ltd. as special counsel (the "Application").[1]

4. I am competent to make this Affidavit under § 327(a) of the Bankruptcy Code and Rule 2014(a) of the Bankruptcy Rules. I am also authorized to make this Affidavit on LG's behalf.

### TERMS OF RETENTION

5. Platform II Lawndale LLC, the debtor and debtor in possession, (the "Debtor") seeks to retain LG as its special counsel regarding the review of loan documents, including the

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Application. All references to the Bankruptcy Code are references to Title 11 of the United States Code. All references to the Bankruptcy Rules are references to the Federal Rules of Bankruptcy Procedure. All references to the Local Rules are references to the Local Rules published by the United States Bankruptcy Court for the Northern District of Indiana.

negotiation of terms, the closing of the loan, and related matters. LG is well qualified and able to represent the Debtor concerning those matters. Within the scope of its employment as special counsel for the Debtor, LG will be responsible for:

    a. Providing advice to the Debtor regarding the loan transaction and documents;

    b. Communicating and negotiating with Red Oak Capital Holdings' counsel;

    c. Dealing with any matters disclosed on the loan title commitment prepared concerning the loan; and

    d. Participating in the loan closing.

6. LG, as the Debtor's special counsel, will coordinate and work collaboratively with the Debtor's counsel to prevent unnecessary duplication of efforts and work. LG intends to apply for compensation for professional services rendered in connection with its services as special counsel, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Local Rules, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges that LG incurs.

7. I will submit a supplemental affidavit to the extent that any information disclosed herein requires amendment or modification due to LG's completion of further analysis or additional creditor information becoming available.

8. Each of LG's attorneys who will work on the matter is duly admitted to practice in the state of Illinois.

9. Each of LG's attorneys who will work on the matter have experience and knowledge in financing transactions of the same type as the matter on which LG is engaged and believe the LG is well qualified to serve as the Debtor's special counsel.

10. In connection with representing the Debtor, I have reviewed the list of the Debtor's creditors attached as Exhibit 1.

11. LG is listed as a creditor and is entitled to payment under the Debtor's plan of reorganization. Based upon that review and other than LG, to the best of my knowledge, information, and belief, LG does not represent any other party in interest in the Case.

12. To the best of my knowledge, LG does not have any connections with the United States Trustee or any person employed in the office of the United States Trustee, nor is any person connected with LG a relative of Deborah L. Thorne, the United States Bankruptcy Judge assigned to the Case.

13. The Firm has not entered into any arrangement to share any compensation that may be awarded by the Court, except as permitted under § 504(b) of the Bankruptcy Code.

## LG's Rates and Billing Practices

14. Subject to the Court's approval, LG will charge for its legal services hourly under its ordinary and customary hourly rates in effect on the date services are rendered.

15. LG intends to apply for compensation for professional services rendered and for reimbursement of expenses incurred, in connection with this case at its standard hourly rates, under the Bankruptcy Code, Rules, and the local rules and orders of this Court (the "Local Rules"). LG hourly rates vary with the experience and seniority of the individuals assigned and are consistent with the rates charged elsewhere and to other LG clients. Accordingly, for representation in connection with the matters identified above, the professionals who are presently expected to have primary responsibility for providing service to the Debtor will charge the following hourly rates:

| Name of Individual | Title | Hourly Rate |
|---|---|---|
| Jeffrey M. Galkin | Partner | $525.00 |
| Morris R. Saunders | Shareholder | $625.00 |

3

| Camila R. Kaplunov | Associate | $350.00 |
| Eric B. Gillece | Paralegal | $200.00 |

16. These rates may change from time to time under LG's established billing practices and procedures, generally on January 1st each year.

17. It is LG's policy to charge its clients for certain non-overhead expenses incurred in connection with the client's case that LG would not have incurred except for the representation of that particular client. It is also LG's policy to charge its clients only the amount incurred by LG in connection with such items, which include, but are not limited to, postal and express mail charges, messenger delivery, travel expenses, and photocopying charges.

18. LG will maintain detailed and itemized records of all professional services rendered. Any actual and necessary expenses incurred on the Debtor's behalf in connection with the rendering of legal services for which it may seek reimbursement.

19. LG, including its shareholders and partners, has not received a promise of payment or compensation in connection with this case other than under the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. LG has no agreement with any other entity to share with such entity any compensation received by LG in connection with this Chapter 11 case.

20. I have reviewed the Application, which is supported by this Declaration, with the Debtor.

21. The preceding constitutes the statement of LG under Code §§ 327, 328, and 1107 and Rules 2014(a) and 2016(b).

Under 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that my statements are true and correct.

4

Further Affiant Saith Naught.

Date: November 15, 2023

_____
Jeffrey M. Galkin

## Service List

A & S Masonry
9315 Osceola Avenue
Morton Grove, IL 60053

Artur Construction Inc
21325 N. White Pine Rd
Lake Zurich, IL 60047

Batavia Damp Proofing
P.O. Box 239
Yorkville, IL 60560

Chicago Metropolitan Fire Prevention Co.
820 North Addison Avenue
Elmhurst, IL 60126

Coda Design + Build, LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602

Custom Tile & Stone
5129 W Barry Ave.
Chicago, IL 60641

Dortrak
28W580 High Lake Rd
West Chicago, IL 60185

Ferguson Enterprises
1410 Butterfield Rd.
Downers Grove, IL 60515

Illinois Dept. of Revenue
Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Landworks Landscaping, LLC
13950 West Blanchard
Gurnee, IL 60031

Levin Ginsburg, Ltd.
180 N. LaSalle St., Suite 3200
Chicago, IL 60601

Margarito Sanchez
846 N St. Louis Ave
Chicago, IL 60651

Masters Drywall
1018 Sill Ave.
Aurora, IL 60506

Metropolitan Fire Protection
175 Gordon St
Elk Grove Village, IL 60007

Schindler Elevator Company
c/o NCS
729 Miner Road
Highland Heights, OH 44143

SLS Electric
205 Beech Drive
Lake Zurich, IL 60047

Super Remodeling Inc.
3008 N. 77th Avenue
Elmwood Park, IL 60707

Tai Plumbing LLC
1410 Butterfield Rd
Downers Grove, IL 60515-1031

TK Audio Visual, LLC
747 Miller St.
P.O. Box 433, Suite B
Beecher, IL 60401

VFJ Drywall LLC
6658 W. 99th St
Chicago Ridge, IL 60415

Waukegan Gurnee Glass Co.
1200 Estes Street
Gurnee, IL 60031

GreenLake Real Estate Fund LLC
1416 El Centro St., Suite 200
South Pasadena, CA 90130