**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | **Case No. 22-07668** |
| | ) | |
| Debtor. | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**NOTICE OF MOTION AND HEARING ON PROFESSIONALS'
SECOND INTERIM APPLICATION FOR ALLOWANCE AND
PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on January 3, 2024 at 10:45 am, Platform II Lawndale LLC will appear before the Honorable Deborah Thorne or any judge sitting in that judge's place, either in the Dirksen Federal Center, 219 S. Dearborn Street, Courtroom 682, or electronically as described below, and present the Second Interim Application for Compensation and Reimbursement of Costs and Expenses and Shortening of Notice filed by Debtor's Counsel, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government**.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode. The meeting ID for this hearing is 160 9362 1728. The meeting ID can also be found on the judge's page on the Court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion in advance without calling it.

**PLATFORM II LAWNDALE LLC**

By:   /s/ Gregory J. Jordan
          One of Its Attorneys

## CERTIFICATE OF SERVICE

I, Gregory J. Jordan, certify that on December 18, 2023, I served this Notice of Motion and the document referred to above by electronically filing it with the United States Bankruptcy Court and by mailing it to the remaining persons on the Service List by it in the United States Postal Box at 350 N. LaSalle Street, Chicago, Illinois.

/s/ Gregory J. Jordan

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
350 North LaSalle St., Suite 1100
Chicago IL 60603
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com
COUNSEL FOR PLATFORM II LAWNDALE LLC

### SERVICE LIST

#### Electronic Service List

| | | |
|---|---|---|
| Patrick S Layng<br>USTPRegion11.ES.ECF@usdoj.gov | Anthony Soukenik<br>asoukenik@sandbergphoenix.com | Clayton Kuhn<br>ckuhn@sandbergphoenix.com |
| Adam Toosley<br>atoosley@hirzellaw.com | Konstantine T. Sparagis<br>gus@konstantinelaw.com | Dan Wen<br>dwen@hmblaw.com,<br>ecfnotices@hmblaw.com |

#### Mail Service List

| | | |
|---|---|---|
| A & S Masonry<br>9315 Osceola Avenue<br>Morton Grove, IL 60053 | Artur Construction Inc<br>21325 N. White Pine Rd<br>Lake Zurich, IL 60047 | Batavia Damp Proofing<br>P.O. Box 239<br>Yorkville, IL 60560 |
| Chicago Metropolitan Fire<br>Prevention Co.<br>820 North Addison Avenue<br>Elmhurst, IL 60126 | Coda Design + Build, LLC<br>600 Waukegan Rd, Suite 129<br>Northbrook, IL 60062 | Cook County Treasurer<br>118 N. Clark St., Ste. 112<br>Chicago, IL 60602 |
| Custom Tile & Stone<br>5129 W Barry Ave.<br>Chicago, IL 60641 | Dortrak<br>28W580 High Lake Rd<br>West Chicago, IL 60185 | Ferguson Enterprises<br>1410 Butterfield Rd.<br>Downers Grove, IL 60515 |
| Illinois Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 19035<br>Springfield, IL 62794−9035 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Landworks Landscaping, LLC<br>13950 West Blanchard<br>Gurnee, IL 60031 |
| Levin Ginsburg, Ltd. | Margarito Sanchez | Masters Drywall |

180 N. LaSalle St., Suite 3200
Chicago, IL 60601

Metropolitan Fire Protection
175 Gordon St
Elk Grove Village, IL 60007

Super Remodeling Inc.
3008 N. 77th Avenue
Elmwood Park, IL 60707

VFJ Drywall LLC
6658 W. 99th St
Chicago Ridge, IL 60415

846 N St. Louis Ave
Chicago, IL 60651

Schindler Elevator Company
c/o NCS
729 Miner Road
Highland Heights, OH 44143

Tai Plumbing LLC
1410 Butterfield Rd
Downers Grove, IL 60515-1031

Waukegan Gurnee Glass Co.
1200 Estes Street
Gurnee, IL 60031

1018 Sill Ave.
Aurora, IL 60506

SLS Electric
205 Beech Drive
Lake Zurich, IL 60047

TK Audio Visual, LLC
747 Miller St.
P.O. Box 433, Suite B
Beecher, IL 60401

Scott Krone
Platform II Lawndale
LLC
600 Waukegan Road,
Suite 129
Northbrook, IL 60062

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLATFORM II LAWNDALE LLC,** | ) | **Case No. 22-07668** |
| | ) | |
| Debtor, | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**SUMMARY COVER SHEET FOR SECOND INTERIM APPLICATION OF DEBTOR'S
COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

A.  Name of Applicant: <u>Jordan & Zito LLC ("JZ").</u>

B.  Authorized to Provide Professional Services to: <u>Platform II Lawndale LLC as Debtor and</u>
<u>Debtor in Possession (the "Debtor").</u>

C.  Date of Order Authorizing Employment: <u>August 11, 2022 appointing JZ as counsel for the</u>
<u>Debtor effective as of April 13, 2023.</u>

D.  Period for Which Compensation and Reimbursement Are Sought: <u>April 13, 2023 through</u>
<u>and including December 18, 2023.</u>

E.  Amount of Fees Sought: <u>$47,615.00.</u>

F.  Amount of Expense Reimbursement Sought: <u>$389.78.</u>

G.  This is an: <u>Interim Fee Application.</u>

H.  Prior Fee Applications: <u>None.</u>

Respectfully submitted,

**JORDAN & ZITO LLC,**

Date: December 18, 2023                    By: /s/ Gregory J. Jordan
                                                One of Its Managers

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
350 North LaSalle St., Suite 1100
Chicago IL 60603
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com
COUNSEL FOR PLATFORM II LAWNDALE LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re PLATFORM II LAWNDALE LLC,** | ) | **Chapter 11 Proceeding** |
| | ) | |
| | ) | **Case No. 22-07668** |
| **Debtor,** | ) | |
| | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**SECOND INTERIM APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF COSTS AND
EXPENSES OF SPECIAL COUNSEL AND SHORTENING OF NOTICE**

Platform II Lawndale LLC (the "Debtor") applies to this Court for approval of the second interim compensation of Gregory J. Jordan and the law firm of Jordan & Zito LLC (the "Application") under 11 U.S.C. §§ 328, 330, 331, 503(b)(1), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois for allowance and payment of (i) compensation in the amount of $49,850.00 for 99.70 hours of reasonable and necessary legal services that JZ has rendered for the period between April 13, 2023 and December 18, 2023 (the "Application Period") to the Debtor ("Fees"); (ii) the reimbursement of the actual and necessary expenses that JZ has incurred (the "Expenses") in the amount of $389.78 for the Application Period; (iii) immediate payment of allowed fees and expenses pending further order of this Court; and shortening notice of this application to sixteen (16) days instead of twenty-one (21). In support of the Application, JZ states:

**BACKGROUND**

1. The Debtor is an Illinois limited liability company and owner of a self-storage facility at 1750 North Lawndale Avenue in Chicago's West Logan Square neighborhood (the "Property").

2.  On April 13, 2023 (the "Petition Date"), the Debtor commenced the above-captioned bankruptcy case (the "Case") by filing a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code. The Debtor is in possession of its assets and operating its business as Debtor in Possession under §§1107 and 1108 of the Bankruptcy Code. The United States Trustee has not appointed a trustee, examiner, or statutory committee in the Debtor's case.

3.  Before the Petition Date, the onset of the pandemic interfered with the Debtor's efforts to lease the self-storage facility. Due to the Debtor's inability to generate sufficient rental revenue, it could not service its debt. As a result, Greenlake Real Estate Fund, LLC, the Debtor's lender, filed a foreclosure lawsuit with a scheduled sale leading to the filing of the Chapter 11 Case.

4.  The Debtor commenced the Chapter 11 Case to restructure operations to maximize value for creditors and other constituents. The contemplated reorganization should allow the Debtor to emerge quickly from bankruptcy as a stronger and healthier enterprise, generating a meaningful recovery for creditors.

5.  The Debtor hired JZ as its counsel. The Court, through its August 11, 2022 order, authorized JZ's retention effective as of April 13, 2023 (CM/ECF 27), under 11 U.S.C. §§327 and 1103.

6.  The Debtor continues to operate its business as a Debtor in possession under Bankruptcy Code §§ 1107 and 1108. No Official Committee of Unsecured Creditors of the Debtor has been appointed.

7.  The Debtor with Counsel's assistance,  prosecuted its plan of reorganization through confirmation; however, the Debtor has not completed the financing of the initial plan payment.

8.  This request concerns JZ's second interim Application for the payment of fees and expenses submitted under the Federal Rules of Bankruptcy Procedure and all applicable local rules.

9.   The fees and expenses sought for the Application Period are included as part of this Application. JZ has attached detailed records concerning the fees and expenses as **Exhibits A - E**. JZ has incurred a total of $49,850 for legal services rendered and $389.78 for actual and necessary out-of-pocket expenses incurred on behalf of the Debtor.

### PROFESSIONAL SERVICES RENDERED

10.  JZ assisted the Debtor in the performance of its duties under Bankruptcy Code §521, including preparation for the bankruptcy filing, preparation of its petition and first-day motions, participating in court hearings, filing various pleadings, participating in meetings, consulting with the Debtor, the Debtor's professionals and other parties in interest, drafting of the Debtor's disclosure statement and plan of reorganization, obtaining confirmation of the plan, and generally represented the Debtor and its estate's interests in this chapter 11 case.

11.  During the Application Period, JZ billed a total of 99.70 hours.

12.  To assist the Court, creditors, and other parties in interest in evaluating this fee application and determine the reasonableness of the requested compensation and cost reimbursement, JZ assigned a matter number for each of the five categories of services. **Exhibits A-E.** (a) identifies the individuals that rendered services in each category; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

### SERVICES RENDERED BY MATTER CATEGORIES

13.  The professional services that JZ rendered are grouped into titled categories of the subject matters described below.

a) <u>Administration</u>

Time spent in this category relates to the administrative tasks related to the state court housing court lawsuit filed against the Debtor, communication with the Office of the United States Trustee, and working with creditors and their questions. The final area covered in this category relates to the Debtor's operating reports.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Gregory J. Jordan (Manager) | 3.60 | $500.00 | $1,800.00 |
| TOTAL: | 3.60 | | $1,800.00 |

b) <u>Motion Practice</u>

JZ attorneys dealt with issues concerning the authorizing the use of cash collateral, and prosecuting matters that arose during the case.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Gregory Jordan (Manager) | 20.80 | $500.00 | $10,400.00 |
| TOTAL: | 20.80 | $500.00 | $10,400.00 |

c) <u>Employment Application</u>

Time spent in this category relates to drafting, preparing, and reviewing employment applications for JZ and special counsel employed to assist in plan financing.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Gregory Jordan (Manager) | 2.50 | $500.00 | $1,250.00 |
| TOTAL: | 2.50 | | $1,250.00 |

d) <u>Fee Applications</u>

Time spent in this category relates to the drafting, preparing, and reviewing JZ and special counsel's fee applications.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Gregory Jordan (Manager) | 1.70 | $500.00 | $850.00 |
| TOTAL: | 1.70 | | $850.00 |

e) <u>Disclosure Statement and Plan</u>

JZ's attorneys spent time drafting the Debtor's disclosure statement and plan, communicating with the Debtor concerning the documents, and dealing with creditor concerns.

| Professional/Position | Hours | Rate | Fee |
|---|---|---|---|
| Gregory Jordan (Manager) | 71.10 | $500.00 | $35,550.00 |
| TOTAL: | 71.10 | $500.00 | $35,550.00 |

## ACTUAL AND NECESSARY EXPENSES

1. It is JZ's policy to charge its clients for certain non-overhead expenses incurred in connection with the case that would not have been incurred except for the representation of that particular client. It is also JZ's policy to charge its clients only the amount incurred by JZ in connection with its representation, including filing the Debtor's petition and other court filings.

2. The expense reimbursement JZ requests are those customarily billed to the firm's clients in other cases. Billing for these expenses is the standard practice for the law firms involved with advising unsecured creditors and debtors. The expenses and disbursements for which allowance is set forth by date and description on **<u>Exhibit F</u>** totaling $389.78.

## STANDARDS FOR APPROVAL OF APPLICATION

3. United States Bankruptcy Code § 330(a) sets forth the applicable standards for compensating retained professionals.

4. The rates charged by JZ in this Application are the usual and customary hourly rates charged by JZ to other clients. These rates are comparable with, or lower than, the rates generally

charged by other Chicago law firms that provide legal services concerning the representation of Debtors. The amounts requested are fair and reasonable given (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

5.   Without the filing of this bankruptcy case and the efforts of JZ, any recovery for unsecured creditors would be extremely unlikely.

6.   JZ submits that an award of its compensation and expense reimbursement as requested, which is requested to be paid from the $24,850.00 advance made by the Debtor and held in Trust at PNC Bank, is appropriate in the circumstances of this case. Further, the payment of the remaining amounts from the Debtor is proper.

7.   No agreement exists between JZ and any third party for the sharing of compensation received by JZ in connection with this case, except as allowed by United States Bankruptcy Code § 504 and Bankruptcy Rule 2016 concerning the sharing of compensation among the Managers of JZ.

8.   This application represents JZ's second interim fee Application in this case. JZ has not previously sought compensation.

### NOTICE

9.   Under Bankruptcy Rule 2002(a)(6), JZ has provided twenty-day notice to parties in interest by mail to (a) the United States Trustee; and (b) the Debtor's creditors.

### NO PRIOR RELIEF

10. No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, Gregory J. Jordan and the law firm of Jordan & Zito LLC respectfully request that the Court enter an order:

1. granting JZ an allowance of interim compensation for professional fees in the amount of $49,850.00 incurred during this Application Period;

2. allowing expense reimbursement of the $389.78 incurred during this Application Period;

3. the entry of an order authorizing and directing payment of the allowed fees and costs by the Debtor, including the release of funds from the Debtor's bank account to pay the unpaid balance of fees from JZ's first application and the fees and expenses requested in this application. The total amount owing under the two fee applications being $64,663.26; and

4. granting JZ other just relief.

Date: December 18, 2023                    Respectfully submitted,

                                           **JORDAN & ZITO LLC**

                                    By:____/s/ Gregory J. Jordan_____
                                           One of Its Managers

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
350 North LaSalle St., Suite 1100
Chicago IL 60603
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

COUNSEL FOR PLATFORM II LAWNDALE LLC