# Exhibit A

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1081**
Invoice Period: 05-23-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Administration**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-23-2023 | Gregory Jordan | Communications with Glenn Angel, counsel for the City of Chicago, regarding scheduling a continued hearing on the water tower issue. (0.2) Discussion with Mr. Scott Krone regarding his availability for a hearing. (0.2) | 0.40 | 500.00 | 200.00 |
| 06-13-2023 | Gregory Jordan | Review bank statements and draft March and April Operating Reports and provide to Mr. Scott Krone for comment. | 0.50 | 500.00 | 250.00 |
| 07-13-2023 | Gregory Jordan | Draft the June 2023 operating report. (0.3) Discussion with Mr. Scott Krone regarding the reports to be filed. (0.6) | 0.60 | 500.00 | 300.00 |
| 07-21-2023 | Gregory Jordan | Review Ms. Gretchen Silver's email posing questions regarding the debtor's operating reports. (0.3) Review State court documents, the debtor's budget, and respond to Ms. silver concerning the expense related to the debtor's removal of its water tower. (0.3) | 0.60 | 500.00 | 300.00 |
| 07-24-2023 | Gregory Jordan | Discussion with Mr. Scott Krone concerning the US Trustee's questions regarding the debtor's operating reports. (0.3) Draft an email to Ms. Gretchen Silver to explain the reports. (0.2) | 0.50 | 500.00 | 250.00 |
| 09-26-2023 | Gregory Jordan | Prepare revised operating reports for July and August 2023. | 0.50 | 500.00 | 250.00 |
| 10-18-2023 | Gregory Jordan | Draft the September operating report and confirm information with Mr. Scott Krone. | 0.50 | 500.00 | 250.00 |
| | | | **Total** | | **1,800.00** |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Gregory Jordan | 3.60 | 1,800.00 |

| Professional | Hours | Amount |
|---|---|---|
| **Total** | | 1,800.00 |

| | |
|---|---|
| **Total for this Invoice** | 1,800.00 |
| **Previous Balance** | 78,656.30 |
| **Total Amount to Pay as of 12-18-2023** | **80,456.30** |