# Exhibit B

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1086**
Invoice Period: 04-13-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Motion Practice**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-13-2023 | Gregory Jordan | Discussion with Mr. Gus Sparagis concerning the 2004 exam. (0.3) Plan and prepare for and participate in the hearing on the 2004 motion. (0.3) | 0.60 | 500.00 | 300.00 |
| 04-27-2023 | Gregory Jordan | Discussion with Mr. Adam Toosley in advance of the cash collateral hearing. (0.2). Participate in a conversation with Mr. Scott Krone regarding the cash collateral hearing, documents responsive to the 2004 requests, and the condition of Platform's property. (0.4) Plan and prepare for and participate in the cash collateral hearing. (0.4) | 1.00 | 500.00 | 500.00 |
| 05-04-2023 | Gregory Jordan | Review CommercialLendingX.com's engagement letter and draft motion to employ. | 1.00 | 500.00 | 500.00 |
| 05-19-2023 | Gregory Jordan | Discussion with Ms. Colby Kingsbury regarding the Housing Court issues concerning Platform's water tower. | 0.30 | 500.00 | 150.00 |
| 05-25-2023 | Gregory Jordan | Prepare a proposed order concerning the use of cash collateral. (0.3) Plan and prepare for and participate in a hearing on the continued use of cash collateral. (1.1) Revise the proposed order for May 2023 and email it to the Court. (0.3) | 1.70 | 500.00 | 850.00 |
| 06-13-2023 | Gregory Jordan | Discussion with Ms. Colby Kingsbury, Ulysses' counsel, regarding T-Mobile's inspection of the premises. (0.3) Participate in a conversation with Mr. Scott Krone regarding the inspection. (0.3) Follow up with Ms. Kingsbury concerning an access agreement. (0.2) Draft the access agreement. (1.0) Review and integrate Mr. Krone's comments. (0.4) Deliver the proposed agreement to Ms. Kingsbury. (0.1) | 2.50 | 500.00 | 1,250.00 |
| 06-16-2023 | Gregory Jordan | Discussion with Mr. Ehren Fournier, TMobile counsel, regarding work to resolve the housing court case. Review TMobile's certificate of insurance and identify the deficiency. Tex Mr. Fournier and email Ms. | 0.60 | 500.00 | 300.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Kingsbury regarding the certificate of insurance. | | | |
| 06-22-2023 | Gregory Jordan | Plan and prepare for and participate in a conference call with Mr. Scott Krone and representatives of TMobile and American Tower, including their counsel, concerning the removal of the water tower. | 0.60 | 500.00 | 300.00 |
| 06-27-2023 | Gregory Jordan | Plan and prepare for and participate in a hearing in the housing court case. Review and approve the proposed order. | 0.50 | 500.00 | 250.00 |
| 06-29-2023 | Gregory Jordan | Review Mr. Adam Toosley's email concerning the use of cash collateral. (0.1) Prepare the proposed order for use of cash collateral. (0.4) Plan and prepare for and participate in the hearing on the use of cash collateral. (0.4) Draft a redline version of the proposed order and email the order to the Court. (0.3) | 1.20 | 500.00 | 600.00 |
| 07-07-2023 | Gregory Jordan | Discussion with Scott Krone regarding the open issue in the housing court case concerning permits. (0.2). Conversation with Mr. John Gloss regarding permitting. 0.3). | 0.50 | 500.00 | 250.00 |
| 08-30-2023 | Gregory Jordan | Review the proposed budget. (0.3) Draft the proposed cash collateral order. (0.4) Draft an email to GreenLake's counsel and Ms. Gretchen Silver regarding the proposed order and comments on the budget, including a summary of the plan negotiations for Ms. Silver. (0.3). Plan and prepare for and participate in the cash collateral hearing. (0.4) | 1.40 | 500.00 | 700.00 |
| 09-26-2023 | Gregory Jordan | Discussion with Mr. Scott Krone concerning the cash collateral dispute. | 1.00 | 500.00 | 500.00 |
| 10-03-2023 | Gregory Jordan | Plan and prepare for cash collateral hearing, including review cases and preparing an outline. (2.0) Draft an email to Mr. Adam Toosley regarding conducting the hearing by proffer and review Mr. Toosley's reply. (0.3) Draft an email to Mr. Lester Smith regarding conducting the hearing by proffer. (0.2) | 2.50 | 500.00 | 1,250.00 |
| 10-17-2023 | Gregory Jordan | Discussion with Ms. Gretchen Silver regarding the application to employ CommercialLendingX.com. (0.3) Participate in a conversation with Mr. Brad Hettich of CommercialLendingX.com concerning his maintenance of time records and the engagement letter. (0.3) Follow up with Ms. Silver to answer questions she posed. (0.3) | 0.90 | 500.00 | 450.00 |
| 10-18-2023 | Gregory Jordan | Plan and prepare for and participate in the hearing on the motion to employ CommercialLendingX.com. | 1.20 | 500.00 | 600.00 |
| 11-16-2023 | Gregory Jordan | Discussion with Mr. Jeffrey Galkin regarding GreenLake's comments on his firm's retention and the status of the loan closing. | 0.40 | 500.00 | 200.00 |
| 11-29-2023 | Gregory Jordan | Contact Mr. Brad Hettich from Commercial Lending X.com concerning the Red Oak loan closing. (0.1) Discussion with Mr. Scott Krone regarding the status | 1.40 | 500.00 | 700.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of the Red Oak loan transaction and the Debtor's October operating report. (0.3) Plan and prepare for and participate in the hearing on the use of cash collateral. (0.5) Participate in a conversation with Mr. Adam Toosley regarding the terms of the cash collateral order. (0.3) Follow top with Mr. Krone concerning the order. (0.2) Draft the proposed order. (0.5) | | | |
| 11-30-2023 | Gregory Jordan | Draft the cash collateral order. | 0.60 | 500.00 | 300.00 |
| 12-18-2023 | Gregory Jordan | Review GreenLake motion to dismiss or convert Platform's bankruptcy case. (0.4) Discussion with Mr. Scott Krone regarding GreenLake's motion and cash collateral. (0.2) Conversation with Mr. Joseph Ransdell regarding funding. (0.3) | 0.90 | 500.00 | 450.00 |
| | | | | Total | 10,400.00 |

**Time Summary**

| Professional | Hours | Amount |
|---|---|---|
| Gregory Jordan | 20.80 | 10,400.00 |
| | Total | 10,400.00 |

| | | |
|---|---|---|
| | **Total for this Invoice** | 10,400.00 |
| | **Previous Balance** | 70,056.30 |
| | **Total Amount to Pay as of 12-18-2023** | 80,456.30 |