# Exhibit C

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1087**
Invoice Period: 11-10-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Employment**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 11-10-2023 | Gregory Jordan | Draft the application and affidavit to employ Levin & Ginsburg as counsel. | 1.50 | 500.00 | 750.00 |
| 11-15-2023 | Gregory Jordan | Review Mr. Jeff Galkin's comments on his employment affidavit. (0.2) Revise the affidavit to confirm with Mr. Galkin's directions. (0.3) | 0.50 | 500.00 | 250.00 |
| 11-22-2023 | Gregory Jordan | Plan and prepare for and participate in hearing on Levin Ginsberg employment and plan status. | 0.50 | 500.00 | 250.00 |
| | | | **Total** | | 1,250.00 |

## Time Summary

| Professional | Hours | Amount |
|--------------|-------|--------|
| Gregory Jordan | 2.50 | 1,250.00 |
| **Total** | | 1,250.00 |

| | |
|---|---|
| **Total for this Invoice** | 1,250.00 |
| **Previous Balance** | 79,456.30 |
| **Total Amount to Pay as of 12-18-2023** | 80,706.30 |

We appreciate your business