# Exhibit D

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1085**
Invoice Period: 12-18-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Fee Application**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-18-2023 | Gregory Jordan | Draft Jordan & Zito LLC Fee application. (1.5) Reach out to Mr. Jeff Galkin by phone and text regarding Levin & Ginsburg's fee application. (0.2) | 1.70 | 500.00 | 850.00 |
| | | | **Total** | | 850.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Gregory Jordan | 1.70 | 850.00 |
| **Total** | | 850.00 |

| | |
|---|---|
| **Total for this Invoice** | 850.00 |
| **Previous Balance** | 79,606.30 |
| **Total Amount to Pay as of 12-18-2023** | 80,456.30 |