# Exhibit E

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1083**
Invoice Period: 05-03-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Plan of Reorganization**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-03-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding a resolution to Platform's dispute with GreenLake. (0.3) Draft an email and follow up with a text to Mr. Joseph Ransdell. (0.2) | 0.50 | 500.00 | 250.00 |
| 05-04-2023 | Gregory Jordan | Review and revise the amended disclosure statement. | 2.00 | 500.00 | 1,000.00 |
| 05-09-2023 | Gregory Jordan | Discussion with Mr. Joseph Ransdell regarding plan negotiations. (0.4) Participate in a conversation with Mr. Scott Krone concerning the plan. (0.3) Discussion with Mr. Krone's attorney concerning the guaranty portion of the plan negotiations. (0.3) | 1.00 | 500.00 | 500.00 |
| 05-10-2023 | Gregory Jordan | Discussion with Mr. Anthony Soukenik, GreenLake's attorney, concerning cash collateral and the plan. (0.3) Participate in a conversation with Mr. Scott Krone regarding the cash collateral budget and scheduling a call with GreenLake. | 0.50 | 500.00 | 250.00 |
| 05-15-2023 | Gregory Jordan | Review GreenLake's settlement demand. (0.4) Draft an outline of questions concerning GreenLake's settlement demand to obtain clarification and a spreadsheet to determine the amounts demanded. (0.7) Discussion with Mr. Scott Krone and Joseph Ransdell regarding the demand and to clarify the questions. (0.9) | 2.00 | 500.00 | 1,000.00 |
| 05-16-2023 | Gregory Jordan | Draft an email to Mr. Anthony Soukenik, GreenLake's attorney, to follow up on questions concerning GreenLake's settlement proposal. (0.2) Review and respond to Mr. Scott Krone's comments concerning negotiations. (0.2) Draft an email to Messrs. Krone, Joseph Ransdell, and Bardia Farda regarding their availability for a Wednesday conference call with GreenLake. (0.1) | 0.50 | 500.00 | 250.00 |
| 05-19-2023 | Gregory Jordan | Review and edit Mr. Scott Krone's proposal to GreenLake Funding. (0.6) Participate in a conference | 2.40 | 500.00 | 1,200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | call with Messrs. (0.6) Joe Ransdell and Scott Krone concerning the offer. Provide further revisions to Mr. Krone's proposal. (0.5) Discussion with Scott Krone to negotiate terms between the debtor and the guarantors (0.4) Participate in a conversation with Mr. Ransdell regarding dealing with Mr. Paul Diamond. (0.3) | | | |
| 05-20-2023 | Gregory Jordan | Review Mr. Scott Krone's settlement proposal and provide comments and edits. | 1.00 | 500.00 | 500.00 |
| 05-22-2023 | Gregory Jordan | Review Mr. Scott Krone's email regarding the GreenLake settlement (0.2) and discuss the email with Mr. Joseph Ransdell. (0.2) | 0.40 | 500.00 | 200.00 |
| 05-22-2023 | Gregory Jordan | Discussion with Mr. Joseph Ransdell concerning his conversation with Mr. Paul Diamond, GreenLake Funding's CFO. | 0.30 | 500.00 | 150.00 |
| 05-23-2023 | Gregory Jordan | Discussion with Mr. Scott Krone concerning negotiations with GreenLake Funding. (0.7) Participate in a second conversation with Mr. Krone regarding the GreenLake situation. (0.3) Review Mr. Krone's proposed terms to submit to GreenLake and discuss the same with Mr. Krone. (0.5) Plan and prepare for and participate in a conference call with Messrs. Scott Krone and Joseph Ransdell to resolve issues with GreenLake Funding to complete the debtor's plan. (.6) | 1.70 | 500.00 | 850.00 |
| 05-26-2023 | Gregory Jordan | Plan and prepare for and participate in a conference call with Messrs. Scott Krone and Joseph Ransdell concerning settlement of the dispute with GreenLake. | 1.50 | 500.00 | 750.00 |
| 05-30-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding the status of the debtor's settlement proposal. | 0.30 | 500.00 | 150.00 |
| 06-13-2023 | Gregory Jordan | Review Mr. Paul Diamond's email regarding resolving the dispute with GreenLake. (0.2) Draft an email to Mr. Scott Krone providing my interpretation of the email. (0.3) Discussion with Mr. Krone regarding GreenLake's requirements. (0.2) | 0.70 | 500.00 | 350.00 |
| 06-14-2023 | Gregory Jordan | Review GreenLake's proposed settlement terms. (0.4) Discussion with Mr. Scott Krone and email GreenLake's counsel seeking clarification. (0.2). | 0.60 | 500.00 | 300.00 |
| 06-16-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding GreenLake's settlement proposal. | 0.30 | 500.00 | 150.00 |
| 06-27-2023 | Gregory Jordan | Review an email received from GreenLake Funding's inhouse counsel concerning the proposed plan. (0.2) Review the agreement between the debtor and GreenLake Funding. (0.4) Draft the portion of the disclosure agreement regarding GreenLake Funding's treatment and update the plan terms regarding payments to the unsecured creditors. (1.2) | 1.80 | 500.00 | 900.00 |
| 06-29-2023 | Gregory Jordan | Revise the disclosure statement and plan, including consultation with Mr. Scott Krone. | 3.00 | 500.00 | 1,500.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-07-2023 | Gregory Jordan | Draft an email to GreenLake's counsel concerning the plan after confirming with Mr. Scott Krone that he had no further edits. (0.4). Review Mr. Adam Toosley's comments on the plan. (0.4). Revise the plan and disclosure statement. (1.2) | 2.00 | 500.00 | 1,000.00 |
| 07-13-2023 | Gregory Jordan | Discussion with Mr. Scott Krone concerning the status of negotiations with GreenLake concerning the plan and disclosure statement. (0.3) Contact Mr. Adam Toosley, GreenLake's attorney, concerning the plan and disclosure statement. (0.1) Draft an email to the GreenLake team requesting an update on status. (0.2) | 0.60 | 500.00 | 300.00 |
| 07-18-2023 | Gregory Jordan | Review GreenLake's comments to the disclosure statement and plan. (0.7) Participate in a conversation with Mr. Scott Krone. (0.3). Revise the disclosure statement and plan (1.2). Discussion with Mr. Anthony Soukenik, GreenLake counsel. (0.2). Draft an email to the GreenLake parties and provide proposed changes with commentary. (0.4) | 2.60 | 500.00 | 1,300.00 |
| 08-02-2023 | Gregory Jordan | Review and make comments on the loan documents proposed by GreenLake. (1.2) Participate in a conference call with Messrs. Joseph Ransdell and Scott Krone (2.0). | 3.20 | 500.00 | 1,600.00 |
| 08-03-2023 | Gregory Jordan | Review and revise the GreenLake loan documents. | 1.50 | 500.00 | 750.00 |
| 08-04-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding the GreenLake loan documents. Revise the GreenLake loan documents. (0.5) | 1.00 | 500.00 | 500.00 |
| 08-08-2023 | Gregory Jordan | Discussion with to finalize comments on the proposed loan documents. | 0.30 | 500.00 | 150.00 |
| 08-09-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding the loan documents, the plan, and next steps. | 0.40 | 500.00 | 200.00 |
| 08-23-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding the loan documents and the anticipated response. (0.3) Review the revised loan documents. (0.5) Draft an email to GreenLake's counsel with questions regarding the documents. (0.2) Participate in a conversation with Mr. Scott Krone concerning the documents. (0.4) Discussion with Mr. Joseph Ransdell concerning the documents. (0.4) | 1.80 | 500.00 | 900.00 |
| 08-24-2023 | Gregory Jordan | Discussion with Messrs Scott Krone and Joseph Ransdell concerning the loan documents. (0.4) Draft and email to GreenLake's counsel and review her response. (0.3) | 0.30 | 500.00 | 150.00 |
| 08-30-2023 | Gregory Jordan | Participate in a conversation with Mr. Scott Krone concerning his position on the payment direction letter and proposed changes. (0.3) Discussion with Ms. Caroline Leritz, GreenLake's general counsel, to negotiate loan documents. (0.3) Participate in a conversation with Mr. Scott Krone, following the discussion with Ms. Leritz, to review GreenLake's | 0.90 | 500.00 | 450.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | position. Follow up with Ms. Leritz to finalize the payment direction letter. (0.3) | | | |
| 09-05-2023 | Gregory Jordan | Discussion with Mr. Scott Krone concerning the status of the plan filing. | 0.20 | 500.00 | 100.00 |
| 09-08-2023 | Gregory Jordan | Draft a form of agreed judgment to be attached to the plan. | 1.00 | 500.00 | 500.00 |
| 09-11-2023 | Gregory Jordan | Review proposed modifications to the GreenLake promissory note and proposed complaint in the event of default. (0.5) Discussion with Mr. Scott Krone concerning the changes. (0.3) | 0.80 | 500.00 | 400.00 |
| 09-12-2023 | Gregory Jordan | Participate in a conversation with Mr. Anthony Soukenik, counsel for GreenLake Funding. (0.1) Discussion with Mr. Scott Krone to review and provide edits to GreenLake Funding's promissory note. (1.0). Draft proposed revisions to the promissory note and share with Mr. Krone via email. (0.6) Participate in a conversation with Mr. Joseph Ransdell regarding the status of Red Oak Funding's loan and negotiations with GreenLake. (0.3) | 2.00 | 500.00 | 1,000.00 |
| 09-15-2023 | Gregory Jordan | Perform final review of the Debtor's disclosure statement, plan, and exhibits. (2.5) Discussion with Mr. Scott Krone regarding updating the Debtor's projections. (0.3) Finalize all matters relating to the documents. (0.4) | 3.20 | 500.00 | 1,600.00 |
| 09-18-2023 | Gregory Jordan | Review and respond to Mr. Adam Toosley's email concerning the confirmation process. (0.4) Review and respond to Ms. Gretchen Silver's email regarding the redlines of the plan and disclosure statement. (0.3). Draft a certificate of service of the disclosure statement. (0.4) | 1.10 | 500.00 | 550.00 |
| 09-19-2023 | Gregory Jordan | Discussion with Messrs. Adam Toosley and Anthony Soukenik concerning the timing of events leading to the confirmation hearing. (0.3) Review the status of the real estate tax debt projected to the closing of the Red Oak loan and create a spreadsheet. (0.5) Draft an email to Mr. Scott Krone providing the spreadsheet and comments regarding the need to pay administrative professional obligations at the time of the loan closing. (0.2) | 1.00 | 500.00 | 500.00 |
| 09-28-2023 | Gregory Jordan | Discussion with Mr. Scott Krone regarding the Red Oak Capital term sheet. (0.3) Review the Red Oak Capital term sheet. (0.3) | 0.60 | 500.00 | 300.00 |
| 10-17-2023 | Gregory Jordan | Review and respond to questions posed by GreenLake regarding the plan and loan closing. (0.4) Discussion with Mr. Scott Krone regarding the loan closing and funding of the plan. (0.3) | 0.70 | 500.00 | 350.00 |
| 10-19-2023 | Gregory Jordan | Review the objections to the Debtor's plan of reorganization. (1.2) Discussion with Mr. Scott Krone concerning the objections and information required to respond. ().3) | 1.50 | 500.00 | 750.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-20-2023 | Gregory Jordan | Review Cubesmart and Hardy Hodges' objections. (1.0) Research confirmation issues. (1.5) | 2.50 | 500.00 | 1,250.00 |
| 10-21-2023 | Gregory Jordan | Research confirmation issues. (2.0) Draft an email to Mr. Scott Krone with questions for the confirmation hearing. (0.3) Begin working on the response to the objections. (1.0) | 3.30 | 500.00 | 1,650.00 |
| 10-23-2023 | Gregory Jordan | Review the objections to the adequacy of the disclosure statement and plan confirmation. (1.2) Discussions with Mr. Scott Krone regarding the capital structure and efforts to raise capital. (0.7) Participate in a conversation with Mr. Joseph Ransdell concerning his efforts to raise capital. (0.3) Conduct research on the issues raised in the objections. (1.5) Draft the joint response to the objections. (2.0) Review Mr Krone's comments to the response. (0.4) Discussion with Mr. Krone concerning the response. (0.3) Revise and finalize the response. (1.0) | 6.40 | 500.00 | 3,200.00 |
| 10-25-2023 | Gregory Jordan | Draft a testimony outline for Mr. Joseph Ransdell's testimony at the confirmation hearing. (0.5) Review the plan, disclosure statement, objections, and the debtor's response to the objections in advance of the confirmation hearing. (1.2) Plan and prepare for and participate in the confirmation hearing. (1.4) | 3.10 | 500.00 | 1,550.00 |
| 10-27-2023 | Gregory Jordan | Prepare notice of effective date. (0.6). Draft an email to Mr. Scott Krone concerning the initial payment date for unsecured creditors. (0.2) | 0.80 | 500.00 | 400.00 |
| 11-01-2023 | Gregory Jordan | Review Red Oak's counsel's request for information regarding the loan document signatory (0.1) Discussion with Mr. Scott Krone confirming Platform's corporate address following reoganization. (0.1) Draft a response Red Oak's counsel. (0.1). Participate in a conversation with Mr. joseph Ransdell concerning funding. (0.3) | 0.60 | 500.00 | 300.00 |
| 11-14-2023 | Gregory Jordan | Discussion with Mr. Jordan Haas regarding the Platform loan documents and closing. (0.3) Draft an email to Messrs. Jeff Galkin and Scott Krone relating information. (0.3) Review and respond to Mr. Krone's comment on the loan closing. (0.3) | 0.90 | 500.00 | 450.00 |
| 12-06-2023 | Gregory Jordan | Draft a text to Mr. Brad Hettich and review his reply. (0.2) Discussion with Mr. Joseph Ransdell. (0.3) Review Messrs. Hettich and Krone's emails. (0.3) Draft an email too GreenLake's attorneys concerning the Red Oak loan. (0.3) Participate in a conversation with Mr. David Neiers, GreenLake counsel, regarding the Red Oak situation. (0.3) Draft a proposed email to Red Oak's attorney for comments from Messrs. Neiers and Jeff Galkin before sending. (0.4) | 1.80 | 500.00 | 900.00 |
| 12-07-2023 | Gregory Jordan | Review emails regarding the loan status. (0.3) Draft a text and email to Mr. Scott Krone after being unable to reach him by telephone. (0.2) Discussion with Mr. Jeffrey Galkin. (0.2) Participate in a conference call with Messrs. Krone and Galkin. (0.5) Contact Mr. Brad | 1.80 | 500.00 | 900.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hettich to review the status. (0.3) Draft an email concerning communications with Red Oak. (0.3) | | | |
| 12-08-2023 | Gregory Jordan | Discussion with Mr. Joseph Ransdell concerning his communications with Red Oak and GreenLake. | 0.30 | 500.00 | 150.00 |
| 12-08-2023 | Gregory Jordan | Discussion with Ms. Gretchen Silver to advise her of the status of the plan funding. | 0.30 | 500.00 | 150.00 |
| 12-14-2023 | Gregory Jordan | Discussion with Mr. Joseph Ransdell concerning the Red Oak loan status. (0.3) Participate in a conversation with Mr. Scott Krone regarding the loan. (0.3) Discussion with Mr. Adam Toosley, GreenLake counsel, requesting that GreenLake agree to eliminate the consent judgment and review the status of the Red Oak loan. (0.4) Participate in a conversation with Mr. David Neiers, GreenLake counsel, reviewing the Red Oak situation and attempting to convince GreenLake to give up consent judgment. (0.3) Draft an email to Messrs. Krone and Ransdell regarding the communications with GreenLake. (0.3) | 1.60 | 500.00 | 800.00 |
| 12-15-2023 | Gregory Jordan | Discussion with Mr. David Neiers regarding GreenLake's loan terms. (0.3) Draft an email to Mr. Scott Krone reciting key parts of the conversation. (0.2) | 0.50 | 500.00 | 250.00 |
| | | | **Total** | | 35,550.00 |

## Time Summary

| Professional | Hours | Amount |
|---|---|---|
| Gregory Jordan | 71.10 | 35,550.00 |
| **Total** | | 35,550.00 |

| | | |
|---|---|---|
| | Total for this Invoice | 35,550.00 |
| | Previous Balance | 44,906.30 |
| | **Total Amount to Pay as of 12-18-2023** | **80,456.30** |