# Exhibit F

**Jordan & Zito LLC**
312 Park Avenue
Suite 164
Clarendon Hills, IL 60514-0411
312-854-7181

December 18, 2023

**Scott Krone**
Platform II Lawndale LLC
600 Waukegan Rd, Suite 129
Northbrook, IL 60062

**Invoice Number: 1080**
Invoice Period: 04-25-2023 - 12-18-2023

Payment Terms: Upon Receipt

**RE: Expenses**

**Expenses**

| Expense | Description | Amount |
|---|---|---|
| E129 - Official Fees | E129 - Official Fees - Appearance in Cook County Housing Court Case. | 189.25 |
| E101 - Copying | E101 - Copying - Plan and Disclosure Statement at Staples | 124.31 |
| E108 - Postage | E108 - Postage for Plan and Disclosure Statement | 62.22 |
| E109 - Local travel | E109 - Local travel - Parking for Confirmation Hearing | 14.00 |
| | **Total Expenses** | 389.78 |
| | **Total for this Invoice** | 389.78 |
| | **Previous Balance** | 80,066.52 |
| | **Total Amount to Pay as of 12-18-2023** | 80,456.30 |