# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$508,493** |
| **Property Value:** | **$1,315,844** |
| **Total Debt % Attributed to Your Property Value:** | **38.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **13-35-319-015-0000**                BEGIN A NEW SEARCH

Scroll down for more information.



**Incorrect Image? Click Here.**

**Property Location:**
1750 N LAWNDALE AVE
CHICAGO, IL 60647-4716

**Volume:** 374

**Mailing Information:**
PLATFORM II LAWNDALE
600 WAUKEGAN RD
NORTHBROOK, IL 60062-1258

Update Your Information

## Are Your Taxes Paid?



# URGENT!

**YOUR DELINQUENT TAXES**
**HAVE BEEN SOLD** FOR TAX YEAR(S):  2020

**FOR TAXES THAT WERE SOLD OR FORFEITED, CONTACT** THE COUNTY CLERK **TO FIND OUT THE AMOUNT YOU OWE**

| **Tax Year 2021 (billed in 2022)** | | Total Amount Billed: $48,083.66 | |
|---|---|---|---|
| 1st INSTALLMENT - Tax Year 2021 | | 2nd INSTALLMENT - Tax Year 2021 | |
| **Original Billed Amount:** | $48,083.66 | **Original Billed Amount:** | $0.00 |

| | | | |
|---|---|---|---|
| Due Date: | 03/01/2022 | Due Date: | 12/30/2022 |
| Tax: | $0.00 | Tax: | $0.00 |
| Interest: | $0.00 | Interest: | $0.00 |
| Current Amount Due: | $0.00 | Current Amount Due: | $0.00 |

**Total Amount Due:**   **$0.00**

**Collapse Payment Details** ▲

| Installment | Date | Transaction Type | Tax | Interest | Total |
|---|---|---|---|---|---|
| 1st | 03/03/2023 | Tax Buyer Subsequent Payment | $48,083.66 | $9,376.25 | $57,459.91 |

**Tax Year 2022 (billed in 2023)**   Total Amount Billed: $67,661.43

**1st INSTALLMENT - Tax Year 2022**                **2nd INSTALLMENT - Tax Year 2022**

| | | | |
|---|---|---|---|
| Original Billed Amount: | $26,446.01 | Original Billed Amount: | $41,215.42 |
| Due Date: | 04/03/2023 | Due Date: | 12/01/2023 |
| Tax: | $0.00 | Tax: | $41,215.42 |
| Interest: | $0.00 | Interest: | $618.23 |
| Current Amount Due: | $0.00 | Current Amount Due: | $41,833.65 |

**Total Amount Due:**   **$41,833.65**

**Collapse Payment Details** ▲

| Installment | Date | Transaction Type | Tax | Interest | Total |
|---|---|---|---|---|---|
| 1st | 04/21/2023 | Tax Buyer Subsequent Payment | $26,446.01 | $396.69 | $26,842.70 |

[ Pay Now ]

**Tax Year 2023 (billed in 2024)**   Total Amount Billed: $37,213.79

**1st INSTALLMENT EARLY PAYMENT - Tax Year 2023**

| | |
|---|---|
| Original Billed Amount: | $37,213.79 |
| Due Date: | 03/01/2024 |
| Tax: | $37,213.79 |
| Interest: | $0.00 |
| Current Amount Due: | $37,213.79 |

**Total Amount Due:**   **$37,213.79**

**Expand Payment Details** ▼

[ Pay Now ]

About payments:

- Payments are recorded the date they are received. They appear on the website about three business days later.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

Tax Year 2021 Second Installment  Due Friday, December 30, 2022

Tax Year 2022 Second Installment  Due Friday, December 1, 2023

Tax Year 2023 First Installment Early Payment  Due Friday, March 1, 2024

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future tax bills via email.

## Are There Any Overpayments on Your PIN?

**Our records do not indicate a refund available on the PIN you have entered.**

## Have You Received Your Exemptions in These Tax Years?

|  | 2022 | 2021 | 2020 | 2019 | 2018 |
| --- | --- | --- | --- | --- | --- |
| **Homeowner Exemption:** | NO | NO | NO | NO | NO |
| **Senior Citizen Exemption:** | NO | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO | NO |

Tax Year 2023 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

| Tax Year 2003: | $8,395.71 |
| --- | --- |
| Tax Year 2022: | $67,661.43 |
| **Difference:** | **+ $59,265.72** |
| **Percent Change:** | **+ 705.90%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to Your Property

**Total Taxing District Debt Attributed to Your Property:**   $508,493

**Property Value:**   $1,315,844

**Total Debt % Attributed to Your Property Value:**   38.6%

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $4,170,650,000 | $587,864,512,338 | $1,315,844 | 0.0002238% | $9,335 |
| Chicago Park District | $2,931,436,000 | $315,619,536,007 | $1,315,844 | 0.0004169% | $12,221 |
| Board of Education Chicago | $31,743,453,000 | $315,619,536,007 | $1,315,844 | 0.0004169% | $132,341 |
| Chicago Community College Dist | $495,034,220 | $315,543,414,391 | $1,315,844 | 0.0004170% | $2,064 |
| City of Chicago | $73,965,305,000 | $315,619,536,007 | $1,315,844 | 0.0004169% | $308,367 |
| Cook County Forest Preserve District | $548,552,253 | $598,256,753,979 | $1,315,844 | 0.0002199% | $1,207 |
| County of Cook | $19,531,125,441 | $598,256,753,979 | $1,315,844 | 0.0002199% | $42,958 |

**Total Taxing District Debt Attributed to Your Property:**   $508,493

To read Treasurer Pappas' Debt Study and use the interactive map, click here.

## Highlights of Your Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,327,854,000 | $3,625,000,000 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| Chicago Park District | $1,239,907,000 | $2,096,450,000 | $1,741,894,000 | 2,904 | 2,775 | 129 |
| Board of Education Chicago | $13,815,094,000 | $29,286,255,000 | $18,349,193,000 | 43,828 | 64,140 | -20,312 |
| Chicago Community College Dist | $498,542,277 | $90,248,733 | $90,248,733 | 3,543 | 0 | 3,543 |
| City of Chicago | $41,006,546,000 | $46,652,035,168 | $35,696,602,003 | 37,601 | 49,360 | -11,759 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| County of Cook | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$116,181** |
| **Property Value:** | **$300,644** |
| **Total Debt % Attributed to Your Property Value:** | **38.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **13-35-319-039-0000**                          BEGIN A NEW SEARCH

Scroll down for more information.



**Property Location:**
1755 N RIDGEWAY AVE
CHICAGO, IL 60647-4728

**Volume:**  374

**Mailing Information:**
PLATFORM II LAWNDALE
600 WAUKEGAN RD SUITE
NORTHBROOK, IL 60062-1258

Update Your Information

Incorrect Image? Click Here.

## Are Your Taxes Paid?



# URGENT!

**YOUR DELINQUENT TAXES**
**HAVE BEEN SOLD** FOR TAX YEAR(S):  2020

**FOR TAXES THAT WERE SOLD OR FORFEITED, CONTACT** THE COUNTY CLERK **TO FIND OUT THE AMOUNT YOU OWE**

### Tax Year 2021 (billed in 2022)          Total Amount Billed: $11,500.76

| 1st INSTALLMENT - Tax Year 2021 | | 2nd INSTALLMENT - Tax Year 2021 | |
|---|---|---|---|
| **Original Billed Amount:** | $11,500.76 | **Original Billed Amount:** | $0.00 |

| | | | | |
|---|---|---|---|---|
| **Due Date:** | 03/01/2022 | **Due Date:** | | 12/30/2022 |
| **Tax:** | $0.00 | **Tax:** | | $0.00 |
| **Interest:** | $0.00 | **Interest:** | | $0.00 |
| **Current Amount Due:** | **$0.00** | **Current Amount Due:** | | **$0.00** |

**Total Amount Due:**       **$0.00**

**Collapse Payment Details** ▲

| Installment | Date | Transaction Type | Tax | Interest | Total |
|---|---|---|---|---|---|
| 1st | 03/02/2023 | Tax Buyer Subsequent Payment | $11,500.76 | $2,242.63 | $13,743.39 |

### Tax Year 2022 (billed in 2023)    Total Amount Billed: $15,459.27

**1st INSTALLMENT - Tax Year 2022**              **2nd INSTALLMENT - Tax Year 2022**

| | | | |
|---|---|---|---|
| **Original Billed Amount:** | $6,325.42 | **Original Billed Amount:** | $9,133.85 |
| **Due Date:** | 04/03/2023 | **Due Date:** | 12/01/2023 |
| **Tax:** | $0.00 | **Tax:** | $9,133.85 |
| **Interest:** | $0.00 | **Interest:** | $137.01 |
| **Current Amount Due:** | **$0.00** | **Current Amount Due:** | **$9,270.86** |

**Total Amount Due:**       **$9,270.86**

**Collapse Payment Details** ▲

| Installment | Date | Transaction Type | Tax | Interest | Total |
|---|---|---|---|---|---|
| 1st | 05/11/2023 | Tax Buyer Subsequent Payment | $6,325.42 | $189.76 | $6,515.18 |

[ Pay Now ]

### Tax Year 2023 (billed in 2024)    Total Amount Billed: $8,502.60

**1st INSTALLMENT EARLY PAYMENT - Tax Year 2023**

| | |
|---|---|
| **Original Billed Amount:** | $8,502.60 |
| **Due Date:** | 03/01/2024 |
| **Tax:** | $8,502.60 |
| **Interest:** | $0.00 |
| **Current Amount Due:** | **$8,502.60** |

**Total Amount Due:**       **$8,502.60**

**Expand Payment Details** ▼

[ Pay Now ]

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

📄 **Tax Year 2021 Second Installment**  Due Friday, December 30, 2022

📄 **Tax Year 2022 Second Installment**  Due Friday, December 1, 2023

📄 **Tax Year 2023 First Installment Early Payment**  Due Friday, March 1, 2024

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future tax bills via email.

## Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

## Have You Received Your Exemptions in These Tax Years?

|                                | 2022 | 2021 | 2020 | 2019 | 2018 |
|--------------------------------|------|------|------|------|------|
| **Homeowner Exemption:**       | NO   | NO   | NO   | NO   | NO   |
| **Senior Citizen Exemption:**  | NO   | NO   | NO   | NO   | NO   |
| **Senior Freeze Exemption:**   | NO   | NO   | NO   | NO   | NO   |
| **Returning Veteran Exemption:** | NO | NO   | NO   | NO   | NO   |
| **Disabled Person Exemption:** | NO   | NO   | NO   | NO   | NO   |
| **Disabled Veteran Exemption:** | NO  | NO   | NO   | NO   | NO   |

Tax Year 2023 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

| Tax Year 2003:   | $3,579.39      |
|------------------|----------------|
| Tax Year 2022:   | $15,459.27     |
| **Difference:**  | **+ $11,879.88** |
| **Percent Change:** | **+ 331.90%** |

See your complete property tax history.

- 📄 Read "The Pappas Study" 20-Year Property Tax History
- 📄 See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- 📄 Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- 🗺️ Cook County Suburbs - Interactive Map
- 🗺️ Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to <u>Your</u> Property

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$116,181** |
| **Property Value:** | **$300,644** |
| **Total Debt % Attributed to Your Property Value:** | **38.6%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $4,170,650,000 | $587,864,512,338 | $300,644 | 0.0000511% | $2,133 |
| Chicago Park District | $2,931,436,000 | $315,619,536,007 | $300,644 | 0.0000953% | $2,792 |
| Board of Education Chicago | $31,743,453,000 | $315,619,536,007 | $300,644 | 0.0000953% | $30,237 |
| Chicago Community College Dist | $495,034,220 | $315,543,414,391 | $300,644 | 0.0000953% | $472 |
| City of Chicago | $73,965,305,000 | $315,619,536,007 | $300,644 | 0.0000953% | $70,456 |
| Cook County Forest Preserve District | $548,552,253 | $598,256,753,979 | $300,644 | 0.0000503% | $276 |
| County of Cook | $19,531,125,641 | $598,256,753,979 | $300,644 | 0.0000503% | $9,815 |
| **Total Taxing District Debt Attributed to Your Property:** | | | | | **$116,181** |

**To read Treasurer Pappas' Debt Study and use the interactive map, click here.**

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,327,854,000 | $6,040,080,045 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| Chicago Park District | $1,239,907,000 | $2,096,450,000 | $1,741,894,000 | 2,904 | 2,775 | 129 |
| Board of Education Chicago | $13,815,094,000 | $29,286,255,000 | $18,349,193,000 | 43,828 | 64,140 | -20,312 |
| Chicago Community College Dist | $498,542,277 | $90,248,733 | $90,248,733 | 3,543 | 0 | 3,543 |
| City of Chicago | $41,006,546,000 | $46,652,035,168 | $35,696,602,003 | 37,601 | 49,360 | -11,759 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| County of Cook | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$376,430** |
| **Property Value:** | **$974,100** |
| **Total Debt % Attributed to Your Property Value:** | **38.6%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

See Details Here

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **13-35-319-002-0000**                    BEGIN A NEW SEARCH



**Incorrect Image? Click Here.**

**Property Location:**  
1750 N LAWNDALE AVE  
CHICAGO, IL 60647-4716

**Volume:**  374

**Mailing Information:**  
PLATFORM II LAWNDALE  
600 WAUKEGAN RD SUITE  
NORTHBROOK, IL 60062-1258

Update Your Information

Scroll down for more information.

---

## Are Your Taxes Paid?



### URGENT!
**YOUR DELINQUENT TAXES**  
**ARE OUTSTANDING** FOR TAX YEAR(S): 2020

---

**Tax Year 2021 (billed in 2022)**    Total Amount Billed: $34,516.61

| 1st INSTALLMENT - Tax Year 2021 | | 2nd INSTALLMENT - Tax Year 2021 | |
|---|---|---|---|
| **Original Billed Amount:** | $34,516.61 | **Original Billed Amount:** | $0.00 |
| **Due Date:** | 03/01/2022 | **Due Date:** | 12/30/2022 |
| **Tax:** | $34,516.61 | **Tax:** | $0.00 |
| **Interest:** | $11,390.50 | **Interest:** | $0.00 |

| | | | |
|---|---|---|---|
| Publication Fee: | $10.00 | | |
| Current Amount Due: | $45,917.11 | Current Amount Due: | $0.00 |

| | |
|---|---|
| Total Amount Due: | **$45,917.11** |

This Property Index Number (PIN) is listed in a petition for federal bankruptcy protection. Payments on this PIN are therefore restricted in accordance with federal law. For further information, please contact us.

Total Amount Due includes a $10 Publication Fee.

Expand Payment Details ▼

## Tax Year 2022 (billed in 2023)    Total Amount Billed: $50,088.78

**1st INSTALLMENT - Tax Year 2022**

| | | | |
|---|---|---|---|
| Original Billed Amount: | $18,984.14 | Original Billed Amount: | $31,104.64 |
| Due Date: | 04/03/2023 | Due Date: | 12/01/2023 |
| Tax: | $0.00 | Tax: | $31,104.64 |
| Interest: | $0.00 | Interest: | $466.57 |
| Current Amount Due: | $0.00 | Current Amount Due: | $31,571.21 |

**2nd INSTALLMENT - Tax Year 2022**

| | |
|---|---|
| Total Amount Due: | **$31,571.21** |

Expand Payment Details ▼

**ATTENTION:** Our records indicate that you have a delinquent balance due for tax year 2021. We urge you to pay your bill for tax year 2021, which has an unpaid delinquent tax balance and may be sold at Cook County's Annual Tax Sale auction. If sold, you may incur considerable costs to redeem your sold taxes, and any unredeemed taxes may result in loss of title to your property to the tax purchaser.

[ Pay Now ]

## Tax Year 2023 (billed in 2024)    Total Amount Billed: $27,548.83

**1st INSTALLMENT EARLY PAYMENT - Tax Year 2023**

| | |
|---|---|
| Original Billed Amount: | $27,548.83 |
| Due Date: | 03/01/2024 |
| Tax: | $27,548.83 |
| Interest: | $0.00 |
| Current Amount Due: | $27,548.83 |

| | |
|---|---|
| Total Amount Due: | **$27,548.83** |

Expand Payment Details ▼

**ATTENTION:** Our records indicate that you have a delinquent balance due for tax year 2021. We urge you to pay your bill for tax year 2021, which has an unpaid delinquent tax balance and may be sold at Cook County's Annual Tax Sale auction. If sold, you may incur considerable costs to redeem your sold taxes, and any unredeemed taxes may result in loss of title to your property to the tax purchaser.

Pay Now

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

 Tax Year 2021 Second Installment  Due Friday, December 30, 2022

 Tax Year 2022 Second Installment  Due Friday, December 1, 2023

 Tax Year 2023 First Installment Early Payment  Due Friday, March 1, 2024

**Tax Year 2021 General Property Taxes:**
This Property Index Number (PIN) is listed in a petition for federal bankruptcy protection for tax year 2021. This tax bill is not available online. For further information, please contact us.

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future tax bills via email.

## Are There Any Overpayments on Your PIN?

**Our records do not indicate a refund available on the PIN you have entered.**

## Have You Received Your Exemptions in These Tax Years?

|  | 2022 | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|---|
| **Homeowner Exemption:** | NO | NO | NO | NO | NO |
| **Senior Citizen Exemption:** | NO | NO | NO | NO | NO |
| **Senior Freeze Exemption:** | NO | NO | NO | NO | NO |
| **Returning Veteran Exemption:** | NO | NO | NO | NO | NO |
| **Disabled Person Exemption:** | NO | NO | NO | NO | NO |
| **Disabled Veteran Exemption:** | NO | NO | NO | NO | NO |

Tax Year 2023 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2003: | $5,653.26 |
| Tax Year 2022: | $50,088.78 |
| **Difference:** | **+ $44,435.52** |
| **Percent Change:** | **+ 786.02%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to <u>Your</u> Property

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$376,430** |
| **Property Value:** | **$974,100** |
| **Total Debt % Attributed to Your Property Value:** | **38.6%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---:|---:|---:|---:|---:|
| Metro Water Reclamation Dist of Chicago | $4,170,650,000 | $587,864,512,338 | $974,100 | 0.0001657% | $6,911 |
| Chicago Park District | $2,931,436,000 | $315,619,536,007 | $974,100 | 0.0003086% | $9,047 |
| Board of Education Chicago | $31,743,453,000 | $315,619,536,007 | $974,100 | 0.0003086% | $97,970 |
| Chicago Community College Dist | $495,034,220 | $315,543,414,391 | $974,100 | 0.0003087% | $1,528 |
| City of Chicago | $73,965,305,000 | $315,619,536,007 | $974,100 | 0.0003086% | $228,280 |
| Cook County Forest Preserve District | $548,552,253 | $598,256,753,979 | $974,100 | 0.0001628% | $893 |
| County of Cook | $19,531,125,441 | $598,256,753,979 | $974,100 | 0.0001628% | $31,801 |
| | | | **Total Taxing District Debt Attributed to Your Property:** | | **$376,430** |

**To read Treasurer Pappas' Debt Study and use the interactive map, click here.**

## Highlights of Your Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
| --- | --- | --- | --- | --- | --- | --- |
| Metro Water Reclamation Dist of Chicago | $3,327,854,000 | $3,020,080,000 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| Chicago Park District | $1,239,907,000 | $2,096,450,000 | $1,741,894,000 | 2,904 | 2,775 | 129 |
| Board of Education Chicago | $13,815,094,000 | $29,286,255,000 | $18,349,193,000 | 43,828 | 64,140 | -20,312 |
| Chicago Community College Dist | $498,542,277 | $90,248,733 | $90,248,733 | 3,543 | 0 | 3,543 |
| City of Chicago | $41,006,546,000 | $46,652,035,168 | $35,696,602,003 | 37,601 | 49,360 | -11,759 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| County of Cook | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for All Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data
- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.