# Exhibit A

| | |
|---|---|
| **From:** | Scott Krone |
| **To:** | Gregory Jordan; Joe Ransdell; Mark R. Zito |
| **Subject:** | Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation |
| **Date:** | Friday, January 5, 2024 4:40:07 PM |

Greg our responses below in CAPS

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group


Development | Sustainability | Management | Author


Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.


On Fri, Jan 5, 2024 at 11:09 AM Gregory Jordan <gjordan@jz-llc.com> wrote:

> Scott,
>
> JZ applied $5,426.52 against the retainer for work performed before filing the case. YOU HAVE NEVER PROVIDE ANY INVOICES TO DEMONSTRATE THIS TO EITHER THE COURT OR US.   This left a retainer balance of $24,573.48.  THE INVOICES ARE DATED 7.11.22.  WE SIGNED THE AGREEMENT ON WEDNESDAY 7.6.22.  HOW DO WE INCUR OVER $5,400 IN FEES IN TWO DAYS?
>
> On May 4, 2023, the Court entered an order granting Jordan & Zito's First Interim Application For Compensation. The fees awarded: $47615.00, and expenses awarded: $1808.48 for a total of $49,423.48.  AS I PREVIOUSLY STATED TO YOU, IT DOES

> NOT MATTER WHAT THE COURTS AWARDED, IT MATTERS WHAT THE CONTRACT STATES.  NOTHING YOU HAVE STATED EXPLAINS HOW THE FIRST INVOICE HAS A PREVIOUS BALANCE THAT IS CARRIED THROUGHOUT YOUR INVOICING.

> Our firm applied the $24,573.48 retainer to the first award leaving a balance of $24,850.00.  WHICH INVOICE IS THIS - WHERE IS THIS REFLECTED?

> The $24,850.00 is in addition to the amount sought in the Second Interim Application.  AGAIN, YOU HAVE FAILED TO ANSWER MY QUESTION AS TO WHY THE INVOICES HAVE VARIOUS PREVIOUS BALANCES.

> The Fee Application before the Court is the Second Interim Application . AND THERE ARE MANY QUESTIONS.  IN SUMMARY:

YOUR LAST INVOICE STATES THE BALANCE DUE AS:     $80,706.30
THE FIRST INVOICE STATES A PREVIOUS BALANCE OF: $23,030.00  WHICH IS NOT POSSIBLE AS NO INVOICE REFLECTS A PAYMENT FROM OUR RETAINER
SUBTRACTING THE PREVIOUS BALANCE LEAVES;          $57,676.30   THAT IS OUR STARTING POINT IN EVALUATING YOUR INVOICES

WE HAVE ALREADY PAID YOU:                                              $31,738.00

NET TO BE EVALUATED:                                                         $25,941.30

QUESTIONS ON THE REMAINING AMOUNT

1.  I HAVE GONE THROUGH EVERY INVOICE LINE BY LINE.   YOU SUMMARY CALCULATES ~197 TOTAL HOURS

YET THE DESCRIPTIONS TOTAL ~175 HOURS.  THERE IS OVER 20 HOURS DISCREPANCY BETWEEN WHAT YOU DESCRIBE AND WHAT YOU CHARGE

2.  THERE ARE OVER 15 HOURS OF PREPARING AND PLANNING AFTER THE WORK HAS BEEN COMPLETE.

3.  FOR THE BOILER PLATE WORK OF CREATING THE PLAN, 2.0 HOURS TO PREPARE YOUR OWN MOTIONS TO GET PAID, THE EXTREMELY HIGH AMOUNT OF TIME ON REVISIONS, ETC, ETC.   A FAIR NUMBER IS OVER 57 HOURS.  WE CAN ACCEPT HALF OF THAT TIME.

4.  INVOICE 1083 THE BULK OF IT RELATES TO GREENLAKE RENEGOTIATION BECAUSE YOU ADVISED THEM "WE HAD MORE THAN ENOUGH MONEY TO CLOSE"  WE DO NOT ACCEPT FEES RELATED TO THE RENEGOTIATIONS.

5.  WE HAVE NOT BEEN PROVIDED ANY EXPENSE RECEIPTS

6.  WE FEEL AN ACCURATE REFLECTION IS ~60 HOURS TOTAL.

HAPPY TO FURTHER DISCUSS.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC