# Exhibit B

| | |
|---|---|
| **From:** | Gregory Jordan |
| **To:** | Scott Krone |
| **Cc:** | Joe Ransdell; Mark R. Zito |
| **Subject:** | Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation |
| **Date:** | Monday, January 8, 2024 5:34:42 PM |

Scott,

I only called you a liar because you are lying. You did not seek my counsel regarding where to deposit the money. You made a decision and you appear concerned now that you have failed to obtain the plan financing you led the Court and me to believe you had.

As far as your comments on the fee application, you threw together several disjointed thoughts that I cannot decipher. The billing software calculates totals.  The invoices, which are attached as exhibits, match the fee application narrative.

The difference between The amount of the first fee application and the retainer left a balance as you note.

The Court approves fees. Contrary to what you seem to believe, Judge Thorne is the arbiter.

I do not understand your comment regardless an existing balance or how you arrive at a different conclusion the amount of time expended.

Admitted in Illinois and Indiana

Gregory J. Jordan
Jordan & Zito LLC
350 North LaSalle Drive, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Monday, January 8, 2024 5:15:38 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Joe Ransdell <josephransdell@gmail.com>; Mark R. Zito <mzito@jz-llc.com>
**Subject:** Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

Greg,

This is the second time you have accused me of lying and attacking my character solely related to your invoices/fees.  On more than one occasion I sought your council regarding how to handle the investor's contribution, as recently as, when the plan was confirmed.

Instead of accusing me of lying, I am asking you to answer my specific questions which you have yet to do.  Both of your responses do not address any of the questions I have asked.  In our call today, you now claim there are previous invoices which don't pertain to any court orders - yet you have never provided those to me.  On the other hand, the invoices you finally provided, begin with the commencement of work.

Please address my questions other than stating, "You owe me what you owe me.  The numbers are what they are."  None of my questions attack your character.  They are straight forward questions related to your bookkeeping.

I spent a significant amount of time reviewing your invoices quickly so you would have ample time to respond prior to the hearing.  Yet, I continue to await your written response.  If you feel you have explained something to me, please provide that written explanation so I can review it.

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Mon, Jan 8, 2024 at 4:17 PM Gregory Jordan <gjordan@jz-llc.com> wrote:

> Scott,
>
> First, you misread the fee application. I tried to explain it to you, but you refused to listen.
>
> Second, I have spent far too much time and energy to feel anything other than devastation and disappointment that the case is on the precipice of dismissal. If the court dismisses, none of us will be happy.
>
> Third, the idea that I directed you, suggested to you, or even discussed with you where to deposit the investors' funds is a lie. You decided to place the funds in the debtor's accounts. You now appear interested in shifting the blame to me because you apparently cannot get Red Oak to appear at tomorrow's hearing.
>
> Fourth, I represent the debtor and its estate.

Admitted in Illinois and Indiana

Gregory J. Jordan
Jordan & Zito LLC
350 North LaSalle Drive, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)

---

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Monday, January 8, 2024 4:01:12 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Joe Ransdell <josephransdell@gmail.com>; Mark R. Zito <mzito@jz-llc.com>
**Subject:** Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

Greg,

I entered all those figures, and it is included in my summary.  Your response, "The numbers are what they are" is 1.  inaccurate and 2.  not per your contract.

You have not answered my questions.  I also got the impression from our call just now, that you don't seem particularly interested or concerned if the plan is dismissed - perhaps due to the fact you advised me to have our investors deposit money into the account knowing that if the case got dismissed your fees would be covered by submitting over-stated invoices.  Let me remind you, you have a fiduciary responsibility to the investors of Platform II Lawndale. They will not be happy to learn you directed me to deposit the funds into Platform II Lawndale versus a trust account as you represented in court.

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com
www.codamg.com
FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby

notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Mon, Jan 8, 2024 at 12:40 PM Gregory Jordan <gjordan@jz-llc.com> wrote:

I am resending our first application to assist your review.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Friday, January 5, 2024 4:40 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Joe Ransdell <josephransdell@gmail.com>; Mark R. Zito <mzito@jz-llc.com>
**Subject:** Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

Greg our responses below in CAPS

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com

www.codamg.com

FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Fri, Jan 5, 2024 at 11:09 AM Gregory Jordan <gjordan@jz-llc.com> wrote:

> Scott,
>
> JZ applied $5,426.52 against the retainer for work performed before filing the case. YOU HAVE NEVER PROVIDE ANY INVOICES TO DEMONSTRATE THIS TO EITHER THE COURT OR US.   This left a retainer balance of $24,573.48.  THE INVOICES ARE DATED 7.11.22.  WE SIGNED THE AGREEMENT ON WEDNESDAY 7.6.22.  HOW DO WE INCUR OVER $5,400 IN FEES IN TWO DAYS?
>
> On May 4, 2023, the Court entered an order granting Jordan & Zito's First Interim Application For Compensation. The fees awarded: $47615.00, and expenses awarded: $1808.48 for a total of $49,423.48.  AS I PREVIOUSLY STATED TO YOU, IT DOES NOT MATTER WHAT THE COURTS AWARDED, IT MATTERS WHAT THE

CONTRACT STATES.  NOTHING YOU HAVE STATED EXPLAINS HOW THE FIRST INVOICE HAS A PREVIOUS BALANCE THAT IS CARRIED THROUGHOUT YOUR INVOICING.

Our firm applied the $24,573.48 retainer to the first award leaving a balance of $24,850.00.  WHICH INVOICE IS THIS - WHERE IS THIS REFLECTED?

The $24,850.00 is in addition to the amount sought in the Second Interim Application.  AGAIN, YOU HAVE FAILED TO ANSWER MY QUESTION AS TO WHY THE INVOICES HAVE VARIOUS PREVIOUS BALANCES.

The Fee Application before the Court is the Second Interim Application . AND THERE ARE MANY QUESTIONS.  IN SUMMARY:

YOUR LAST INVOICE STATES THE BALANCE DUE AS:     $80,706.30

THE FIRST INVOICE STATES A PREVIOUS BALANCE OF: $23,030.00  WHICH IS NOT POSSIBLE AS NO INVOICE REFLECTS A PAYMENT FROM OUR RETAINER

SUBTRACTING THE PREVIOUS BALANCE LEAVES;        $57,676.30   THAT IS OUR STARTING POINT IN EVALUATING YOUR INVOICES

WE HAVE ALREADY PAID YOU:                               $31,738.00

NET TO BE EVALUATED:                                          $25,941.30

QUESTIONS ON THE REMAINING AMOUNT

1.  I HAVE GONE THROUGH EVERY INVOICE LINE BY LINE.   YOU SUMMARY CALCULATES ~197 TOTAL HOURS

YET THE DESCRIPTIONS TOTAL ~175 HOURS.  THERE IS OVER 20 HOURS DISCREPANCY BETWEEN WHAT YOU DESCRIBE AND WHAT YOU CHARGE

2.  THERE ARE OVER 15 HOURS OF PREPARING AND PLANNING AFTER THE WORK HAS BEEN COMPLETE.

3.  FOR THE BOILER PLATE WORK OF CREATING THE PLAN, 2.0 HOURS TO PREPARE YOUR OWN MOTIONS TO GET PAID, THE EXTREMELY HIGH AMOUNT OF TIME ON REVISIONS, ETC, ETC.   A FAIR NUMBER IS OVER 57 HOURS.  WE CAN ACCEPT HALF OF THAT TIME.

4.  INVOICE 1083 THE BULK OF IT RELATES TO GREENLAKE RENEGOTIATION BECAUSE YOU ADVISED THEM "WE HAD MORE THAN ENOUGH MONEY TO CLOSE"  WE DO NOT ACCEPT FEES RELATED TO THE RENEGOTIATIONS.

5.  WE HAVE NOT BEEN PROVIDED ANY EXPENSE RECEIPTS

6.  WE FEEL AN ACCURATE REFLECTION IS ~60 HOURS TOTAL.

HAPPY TO FURTHER DISCUSS.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Thursday, January 4, 2024 5:35 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Silver, Gretchen (USTP) <gretchen.silver@usdoj.gov>
**Subject:** Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for
Compensation

Greg,

I have been reviewing the documents you sent over, which are quite confusing.  My first
questions are:

How is it the first invoice you present in the motion has a Previous Balance of
$48,388.48 for work performed less than 6 days after we signed your Letter of
Agreement?

The subsequent invoices all have various amounts due under Previous Balance?  Please
advise.

It also appears you created these invoices on either 4.12.23 and 12.18.23, but none of
them reflect the $30,000 retainer plus the additional fees we paid upon signing the
agreement?  Please advise.

Scott Krone
Coda Management Group
600 Waukegan Road
Suite 129
Northbrook, IL. 60062

847.272.7775 ex 1
skrone@codamg.com

www.codamg.com

FaceBook Coda Management Group

Development | Sustainability | Management | Author

Confidentiality Notice:
This email and its attachments (if any) may contain confidential information of the sender which is legally privileged. The information is intended only for the use by the direct addressees of the original sender of this email. If you are not an intended recipient of the original sender (or responsible for delivering the message to such person), you are hereby notified that any review, disclosure, copying, distribution or the taking of any action in reliance of the contents of and attachments to this email is strictly prohibited. We do not waive attorney-client or work product privilege by the transmission of this email. If you have received this email in error, please immediately notify the sender and permanently delete any copies of this email (digital or paper) in your possession.

On Tue, Jan 2, 2024 at 4:42 PM Gregory Jordan <gjordan@jz-llc.com> wrote:

> Scott,
>
> I am not going to argue with you. The application was attached to the email that I resent today.
>
> Gregory J. Jordan
>
> Licensed in Illinois and Indiana
>
> Jordan & Zito LLC
> 350 North LaSalle Street, Suite 1100
> Chicago Illinois 60654
> (312) 854-7181 (Office)
> (312) 543-7354 (Cellular)
> gjordan@jz-llc.com
>
> **Notice from Jordan & Zito LLC **
>
> To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature

unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Scott Krone <skrone@codamg.com>
**Sent:** Tuesday, January 2, 2024 4:07 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Silver, Gretchen (USTP) <gretchen.silver@usdoj.gov>
**Subject:** Re: Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

Greg,

On Dec 18, you requested documentation from Levin Ginsburg.  At that time, I asked you for your invoices.

I just received documents, and will review them. At this time, I have not approved any invoices, or reconciled what you have already been paid.

On Tue, Jan 2, 2024, 3:40 PM Gregory Jordan <gjordan@jz-llc.com> wrote:

Scott,

I delivered the attached application to you with the December 18, 2023 email below.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Gregory Jordan
**Sent:** Monday, December 18, 2023 5:19 PM
**To:** Scott Krone <skrone@codamg.com>; Jeffrey Galkin <jgalkin@lgattorneys.com>
**Subject:** Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

I have attached our firm's fee application.

Jeff: Send me your time and I will prepare your fee application.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax

issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** USBC_ILNB@ilnb.uscourts.gov <USBC_ILNB@ilnb.uscourts.gov>
**Sent:** Monday, December 18, 2023 5:10 PM
**To:** CourtMail@ilnb.uscourts.gov
**Subject:** Ch-11 DLT 22-07668 Platform II Lawndale LLC Application for Compensation

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Gregory J Jordan entered on 12/18/2023 at 5:10 PM CST and filed on 12/18/2023

**Case Name:**        Platform II Lawndale LLC
**Case Number:**    22-07668
**Document Number:** 169

**Docket Text:**
Notice of Motion and Second Application for Compensation with Coversheet for Gregory J Jordan, Debtor's Attorney, Fee: $49,850.00, Expenses: $389.78. Filed by Gregory J Jordan. Hearing scheduled for 1/3/2024 at 10:45 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit

D # (5) Exhibit E # (6) Exhibit F # (7) Proposed Order) (Jordan, Gregory)

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-0]
[8cb482b11b43e2c84bbce7a70998733b35c048a00b0edbc6b23c24d66bb04c964
322322aa99a3f611880fd3f9ae2e78c88f2ffafd0776763df324000992c0f4b]]

**Document description:**Exhibit A

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-1]
[a66ddc53567187242d743a9700041555ae2b906291230b10dc586c9015a85f4ff
164d5837ed5fc0b06e169e9fab0800529ffc72dad6536ee0086fd050f55539c]]

**Document description:**Exhibit B

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-2] [a4ca1afc84b90d5ee925428d91d5487c4244ac49185f3c68c39604faf052b22b0
49b7fa4fa33949f9f0ebc0bf9bffb47201cd690c49c03d62591766064addcb4]]

**Document description:**Exhibit C

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-3] [0da2ec113d0bdf8a479dbe5012b439354eb28e491e75f9f00732d1e19e0f7ec23
34f8012e77b42b8bd4690d90a9f5a9a134bec8a4e3a850580043fabd3b2b9bc]]

**Document description:**Exhibit D

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-4]
[78cf7c73b9518a758e2608383add961351263db94c2827cd0019aea79f4c24e68
47cc226e3043738f90bf0f3d45955e91937e95f539e8819daff699f798a84ac]]

**Document description:**Exhibit E

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
-5] [1ac3adf8bef057603d625cde834131659d99a6dcce8fba4abe15ed57438441c11
973a121ab222bf0b57946d987de9f0ce883954797d93d505eefc33522a9e213]]

**Document description:**Exhibit F

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036

-6] [75ab10f4af53e5645e41673f0acf6423da739fbcfa419fbabc43d4f67c235763f
ca99ff389f5d4d26cd26f0a1c6a1fce53768804ef7e75de7e38c416adcb6056]]
**Document description:**Proposed Order
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=12/18/2023]
[FileNumber=81768036
 -7]
 [6c856f2501ddd69db1374e2423383ebfe10261c9d676a02c02d1b9d002a234156
 276cfba6ad870070a86a812a459a0b416cd55ee0229233b5bc438a2e53b7afc]]

**22-07668 Notice will be electronically mailed to:**

Gregory J Jordan on behalf of Debtor 1 Platform II Lawndale LLC
gjordan@jz-llc.com

Clayton G Kuhn on behalf of Creditor Greenlake Real Estate Fund, LLC
ckuhn@sandbergphoenix.com, rhileman@sandbergphoenix.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Konstantine T. Sparagis on behalf of Interested Party Marble Leadership Partner, Inc. 401k Plan
gsparagi@yahoo.com,
Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com

Adam Toosley on behalf of Creditor Greenlake Real Estate Fund, LLC
atoosley@sgrlaw.com

Dan Wen on behalf of Creditor CubeSmart Asset Management, LLC
dwen@hmblaw.com, ecfnotices@hmblaw.com

Mark R Zito on behalf of Debtor 1 Platform II Lawndale LLC
mzito@jz-llc.com

**22-07668 Notice will not be electronically mailed to:**

CommercialLendingX.com
,

Landworks Landscaping LLC
,

Levin & Ginsburg Ltd.
,

David Martin
,

Margarito Sanchez

,

Schindler Elevator Corporation

,