# EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT

## NORTHERN  DISTRICT OF  ILLINOIS

### EASTERN DIVISION

In Re. Platform II Lawndale LLC

§
§
§
§

Case No.  22-07668

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2023

Petition Date: 07/11/2022

Months Pending: 16

Industry Classification: | 4 | 2 | 2 | 5 |

Reporting Method:　　　　　　Accrual Basis ○　　　　Cash Basis ◉

Debtor's Full-Time Employees (current):　　　　　　　0

Debtor's Full-Time Employees (as of date of order for relief):　　　　0

## Supporting  Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Scott Krone

Signature of Responsible Party

Scott Krone

Printed Name of Responsible Party

11/10/2023

Date

600 Waukegan Road, Ste. 129, Northbrook IL

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

Debtor's Name Platform II Lawndale LLC        Case No. 22-07668

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $157,442 | |
| b. Total receipts (net of transfers between accounts) | $34,787 | $1,087,712 |
| c. Total disbursements (net of transfers between accounts) | $113,000 | $807,856 |
| d. Cash balance end of month (a+b-c) | $79,229 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $69,575 |
| f. Total disbursements for quarterly fee calculation (c+e) | $113,000 | $877,431 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory (Book ⚪ Market ⚪ Other ⚫ (attach explanation)) | $0 | |
| d. Total current assets | $40,317 | |
| e. Total assets | $10,140,317 | |
| f. Postpetition payables (excluding taxes) | $311 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $311 | |
| k. Prepetition secured debt | $10,281,810 | |
| l. Prepetition priority debt | $390,340 | |
| m. Prepetition unsecured debt | $1,567,003 | |
| n. Total liabilities (debt) (j+k+l+m) | $12,239,465 | |
| o. Ending equity/net worth (e-n) | $-2,099,148 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $34,787 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $34,787 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $58,274 | |
| f. Other expenses | $54,726 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-78,213 | $-344,055 |

UST Form 11-MOR (12/01/2021)        2

Debtor's Name Platform II Lawndale LLC                                              Case No. 22-07668

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $49,423 | $0 | $24,573 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Jordan & Zito LLC | Lead Counsel | $0 | $49,423 | $0 | $24,573 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Platform II Lawndale LLC            Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Platform II Lawndale LLC                                      Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $39,917 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Neal Gerber & Eisneberg | Special Counsel | $0 | $39,917 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                                      5

Debtor's Name Platform II Lawndale LLC                                    Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | | |
|------|--|--|--|--|--|--|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Platform II Lawndale LLC          Case No. 22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $21,428 | $149,998 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ⦿ No ○ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ⦿ |
| i. | Do you have:    Worker's compensation insurance? | Yes ○ No ⦿ |
| |      If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ (if no, see Instructions) |
| |    Casualty/property insurance? | Yes ⦿ No ○ |
| |      If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| |    General liability insurance? | Yes ⦿ No ○ |
| |      If yes, are your premiums current? | Yes ⦿ No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ No ○ |

Debtor's Name Platform II Lawndale LLC                                   Case No. 22-07668

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Scott Krone                                          Scott Krone
_____                         _____
Signature of Responsible Party                          Printed Name of Responsible Party

Manager                                                 11/10/2023
_____                         _____
Title                                                   Date

Debtor's Name  Platform II Lawndale LLC                                    Case No.  22-07668



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Case 22-07668  Doc 1462  Filed 02/08/23  Entered 02/08/23 00:53:56  Desc Main
Document  Page 12 of 12

Debtor's Name  Platform II Lawndale LLC

Case No.  22-07668



PageThree



PageFour



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

Statement For:
September 30, 2023
Statement Ending:
October 31, 2023
Page:
1 of 5

24821 TWS380WB110123093536 01 000000000 43 006

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

| ENTREPRENEUR CHECKING | Account Number: | XXXXXX6492 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/23** | **$155,156.92** |
| + Deposits and Credits (38) | $34,563.85 |
| - Withdrawals and Debits (8) | $112,591.94 |
| **Ending Balance as of 10/31/23** | **$77,128.33** |
| Analysis or Maintenance Fees for Period | $0.50 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 02 | CASH MGMT TRSFR DR<br>REF 2751513L FUNDS TRANSFER TO DEP XXXXXX8563 FROM | -$40,000.00 |
| Oct 03 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 506304 231003 8472727775 | -$24.95 |
| Oct 03 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 509180 231003 8472727775 | -$26.70 |
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2771831L FUNDS TRANSFER TO DEP XXXXXX8563 FROM | -$25,000.00 |
| Oct 10 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST MERCH FEES 231010 543684555981226 | -$888.29 |
| Oct 16 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST CR CD CHBK 5436845559812267ON E STOP SLF<br>STRGE C HIC  101623 | -$152.00 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/23 | -$0.50 |
| Oct 31 | CASH MGMT TRSFR DR<br>REF 3041407L FUNDS TRANSFER TO DEP XXXXXX8563 FROM | -$2,500.00 |
| Oct 31 | CASH MGMT TRSFR DR<br>REF 3041500L FUNDS TRANSFER TO DEP XXXXXX0948 FROM | -$44,000.00 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. Review last month's statement to make sure any differences were corrected.
2. Check addtions and subtractions in your checkbook.
3. Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.
4. Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.
5. Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**WINTRUST**
BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

24821 0077874 0002-0005 000000000000000000

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| Oct 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100223 | $1,307.90 |
| Oct 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100223 | $1,431.70 |
| Oct 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100223 | $1,487.90 |
| Oct 03 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100323 | $945.66 |
| Oct 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100423 | $1,292.00 |
| Oct 05 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100523 | $681.05 |
| Oct 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  100623 | $667.60 |
| Oct 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101023 | $370.80 |
| Oct 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101023 | $831.68 |
| Oct 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101023 | $1,136.66 |
| Oct 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101023 | $1,172.25 |
| Oct 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101123 | $933.25 |
| Oct 12 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101223 | $866.64 |
| Oct 13 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231013 | $68.70 |
| Oct 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101323 | $1,722.85 |
| Oct 16 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231016 | $43.00 |
| Oct 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101623 | $606.00 |
| Oct 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101623 | $755.29 |
| Oct 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101623 | $1,008.00 |
| Oct 17 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  101723 | $813.95 |



# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

24821 0077875 0003-0005 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC 101823 | $1,031.92 |
| Oct 19 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC 101923 | $508.00 |
| Oct 20 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231020 | $73.00 |
| Oct 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC 102023 | $1,939.50 |
| Oct 23 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 323 | $168.25 |
| Oct 23 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 323 | $1,209.00 |
| Oct 23 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 323 | $1,795.25 |
| Oct 24 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 423 | $768.05 |
| Oct 25 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231025 | $173.00 |
| Oct 25 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 523 | $632.75 |
| Oct 26 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 623 | $1,801.00 |
| Oct 27 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231027 | $461.50 |
| Oct 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 102 723 | $1,024.25 |
| Oct 30 | DEPOSIT | $129.75 |
| Oct 30 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 103 023 | $1,122.00 |
| Oct 30 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 103 023 | $1,294.00 |
| Oct 30 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 103 023 | $2,107.75 |
| Oct 31 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 103 123 | $182.00 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $155,156.92 | Oct 04 | $96,570.43 | Oct 10 | $100,542.18 | Oct 13 | $104,133.62 |
| Oct 02 | $119,384.42 | Oct 05 | $97,251.48 | Oct 11 | $101,475.43 | Oct 16 | $106,393.91 |
| Oct 03 | $120,278.43 | Oct 06 | $97,919.08 | Oct 12 | $102,342.07 | Oct 17 | $107,207.36 |

# WINTRUST BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6492 |
| Statement Date: | 10/31/2023 |
| Page : | 4 of 5 |

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 18 | $108,239.28 | Oct 23 | $113,932.28 | Oct 26 | $117,307.08 | Oct 30 | $123,446.33 |
| Oct 19 | $108,747.28 | Oct 24 | $114,700.33 | Oct 27 | $118,792.83 | Oct 31 | $77,128.33 |
| Oct 20 | $110,759.78 | Oct 25 | $115,506.08 | | | | |

24821 0077876 0004-0005 0000000000000000



24821 0077877 0005-0005 00000000000000000000

# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6492
**Statement Date:** 10/31/2023
**Page :** 5 of 5

## Check Images for Account XXXXXX6492



10/30/2023     $129.75





# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

35468 TWS380WB110123093536 01 000000000 46 004

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



| | |
|---|---|
| Date of Statement: | September 29, 2023 |
| Statement Ending: | October 31, 2023 |
| Page: | 1 of 3 |

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## ENTREPRENEUR CHECKING     Account Number:    XXXXXX8563

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/30/23** | **$2,284.88** |
| + Deposits and Credits (4) | $67,723.00 |
| - Withdrawals and Debits (14) | $67,907.58 |
| **Ending Balance as of 10/31/23** | **$2,100.30** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 32 |

---

## Checks           * Indicates a break in check sequence

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| Oct 17 | 93 | $3,158.59 | Oct 18 | 94 | $250.00 | Oct 17 | 95 | $160.00 |

---

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 02 | WIRE TRANSFER OUT<br>WIRE OUT EMAIL CHA ACCT#3805608563 RED OAK FINANCIAL LLC | -$33,500.00 |
| Oct 03 | CASH MGMT TRSFR DR<br>REF 2761716L FUNDS TRANSFER TO DEP XXXXXX0987 FROM PAYROLL | -$4,724.48 |
| Oct 05 | PREAUTHORIZED DEBIT<br>Cook County PropertyTx 231005 CCTPTX009346031 | -$20,977.46 |
| Oct 16 | PREAUTHORIZED DEBIT<br>OPENTECH ALLIANC SALE 231016 | -$81.00 |
| Oct 16 | PREAUTHORIZED DEBIT<br>OPENTECH ALLIANC SALE 231016 | -$145.00 |
| Oct 16 | PREAUTHORIZED DEBIT<br>FLOOD BROS DISPO 7092953 231016 | -$252.70 |
| Oct 16 | PREAUTHORIZED DEBIT<br>PEOPLES GAS PAYMENT 231013 | -$433.81 |
| Oct 16 | PREAUTHORIZED DEBIT<br>TENANT PROPERTY TENANT PRO 231016 | -$582.00 |
| Oct 16 | PREAUTHORIZED DEBIT<br>COMCAST CABLE 231016 | -$614.51 |
| Oct 17 | CHECK  93 | -$3,158.59 |
| Oct 17 | CHECK  95 | -$160.00 |



35468 0115409 0001-0003 00000000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

35468 0115410 0000-0003 TWS380WB110123093536 01  L  46

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 18 | CHECK 94 | -$250.00 |
| Oct 31 | CASH MGMT TRSFR DR | -$2,779.68 |
| | REF 3041408L FUNDS TRANSFER TO DEP XXXXXX0987 FROM PAYROLL | |
| Oct 31 | PREAUTHORIZED DEBIT | -$248.35 |
| | QUARTERLY FEE PAYMENT 231031 0000 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 02 | CASH MGMT TRSFR CR | $40,000.00 |
| | REF 2751513L FUNDS TRANSFER FRM DEP XXXXXX6492 FROM | |
| Oct 04 | CASH MGMT TRSFR CR | $25,000.00 |
| | REF 2771831L FUNDS TRANSFER FRM DEP XXXXXX6492 FROM | |
| Oct 13 | DEPOSIT | $223.00 |
| Oct 31 | CASH MGMT TRSFR CR | $2,500.00 |
| | REF 3041407L FUNDS TRANSFER FRM DEP XXXXXX6492 FROM | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 29 | $2,284.88 | Oct 04 | $29,060.40 | Oct 16 | $6,196.92 | Oct 18 | $2,628.33 |
| Oct 02 | $8,784.88 | Oct 05 | $8,082.94 | Oct 17 | $2,878.33 | Oct 31 | $2,100.30 |
| Oct 03 | $4,060.40 | Oct 13 | $8,305.94 | | | | |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $146.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX8563 |
| Statement Date: | 10/31/2023 |
| Page : | 3 of 3 |

## Check Images for Account XXXXXX8563



10/13/2023 — $223.00



10/18/2023   # 94   $250.00



10/17/2023   # 93   $3,158.59



10/17/2023   # 95   $160.00

35468 0115412 0003-0003 000000000000000000000

