# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 22-07668
)
Platform II Lawndale LLC, ) Chapter: 11
)
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER TO MODIFY THE STAY AND TO CONTINUE MOTION TO DISMISS**

This matter having been heard concerning the consummation of the confirmed plan of reorganization filed by Platform II Lawndale LLC ("Platform"), the Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) and Approve Shortened Notice Thereof ("Motion to Dismiss") filed by GreenLake Real Estate Fund, LLC ("GreenLake") and GreenLake's oral motion seeking relief from the automatic stay, given the circumstances due and adequate notice of all matters has been provided, the Court having jurisdiction over the parties and the subject matter of the matters before it, having heard the statements of counsel and having considered those statements, deems itself fully advised:

It is ordered that the automatic stay provided under 11 U.S.C. § 362 is modified to allow GreenLake to seek and obtain the appointment or reappointment of a receiver in the lawsuit filed as GreenLake Real Estate Fund LLC v. Platform II Lawndale LLC, et. al, in the Circuit Court of Cook County Illinois, Chancery Division/Mortgage Foreclosure Department as Case No. 2020 CH 02969; The stay in Rule 4001(a)(3) does not apply to this order.

It is further ordered that Platform shall file with the Court its monthly operating reports for the months ending November 30, 2023 and December 31, 2023 on or before January 23, 2024;
It is further ordered that Platform shall file with the Court its monthly operating report for the month ending January 31, 2024 on or before February 12, 2024;

It is further ordered that Platform shall file with the Court an itemized accounting of the source of funds received, whether through rents, investor funds, or any other source, for each month during which Platform received investor funds intended to fund its plan of reorganization. Platform shall file the accounting of funds with the Court on or before February 1, 2024;

It is further ordered that the Court shall consider the Platform shall file with the Court an aging by unit showing all accounts receivable owing to Platform as of February 10, 2024; and

The matter is continued to February 14, 2024 at 1:00 p.m. for entry of a final order on GreenLake's Motion to Dismiss and the hearing/ruling on any open fee applications.

Enter:

Dated: January 23, 2024

United States Bankruptcy Judge

**Prepared by:**

Gregory J. Jordan (ARDC# 6205510)
Mark Zito (ARDC# 6276231)
Jordan & Zito LLC
350 North LaSalle St., Suite 1100
Chicago IL 60603
(312) 854-7181
gjordan@jz-llc.com
mzito@jz-llc.com