# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018



48689 TWS380WB123023091540 01 000000000 47 004

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249

**Last Statement:** November 30, 2023
**Statement Ending:** December 29, 2023
**Page:** 1 of 3



## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## ENTREPRENEUR CHECKING                     Account Number:     XXXXXX8563

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/23** | **$161,856.30** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (9) | $5,629.23 |
| **Ending Balance as of 12/29/23** | **$156,175.07** |
| Analysis or Maintenance Fees for Period | $52.00 |
| Number of Days in Statement Period | 29 |

### Checks

**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 14 | 99 | $503.00 | Dec 18 | 101 | $200.00 | Dec 13 | 103 | $150.00 |
| Dec 14 | 100 | $274.00 | Dec 14 | 102 | $150.00 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 01 | WITHDRAWAL | -$198.82 |
| Dec 11 | CASH MGMT TRSFR DR | -$3,250.00 |
| | REF 3451600L FUNDS TRANSFER TO DEP XXXXXX0987 FROM PAYROLL | |
| Dec 13 | CHECK  103 | -$150.00 |
| Dec 14 | CHECK  99 | -$503.00 |
| Dec 14 | CHECK  100 | -$274.00 |
| Dec 14 | CHECK  102 | -$150.00 |
| Dec 14 | PREAUTHORIZED DEBIT | -$331.45 |
| | COMCAST CABLE 231214 | |
| Dec 18 | CHECK  101 | -$200.00 |
| Dec 18 | PREAUTHORIZED DEBIT | -$571.96 |
| | STORAGE PROPERTY SALE 231218 | |
| Dec 18 | MAINTENANCE FEE | -$52.00 |
| | ANALYSIS ACTIVITY  FOR 11/23 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX8563 |
|---|---|
| Statement Date: | 12/29/2023 |
| Page : | 2 of 3 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 30 | $161,856.30 | Dec 11 | $158,407.48 | Dec 14 | $156,999.03 | Dec 18 | $156,175.07 |
| Dec 01 | $161,657.48 | Dec 13 | $158,257.48 | | | | |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $146.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX8563 |
| **Statement Date:** | 12/29/2023 |
| **Page :** | 3 of 3 |

## Check Images for Account XXXXXX8563

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD, STE. 129
NORTHBROOK, IL 60062                    VV099

PAY TO THE ORDER OF  Amy Jenkins            $ 503.00
Five hundred three and 00/100          Dollars
WINTRUST BANK, N.A.
Memo  Courtney Reimbursement
Date 11/30/2023

| 12/14/2023 | # 99 | $503.00 |
|---|---|---|



PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD, STE. 129
NORTHBROOK, IL 60062                    VV102

12 8860
419080

PAY TO THE ORDER OF  Chicago Metro Fire       $ 150.00
One hundred fifty and 00/100           Dollars
WINTRUST BANK, N.A.
Memo
Date 12/12/2023

| 12/14/2023 | # 102 | $150.00 |
|---|---|---|

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD, STE. 129
NORTHBROOK, IL 60062                    VV100

PAY TO THE ORDER OF  Muncipal Backflow        $ 274.00
Two hundred seventy-four and 00/100    Dollars
WINTRUST BANK, N.A.
Memo
Date 12/12/2023

| 12/14/2023 | # 100 | $274.00 |
|---|---|---|

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD, STE. 129
NORTHBROOK, IL 60062                    VV103

PAY TO THE ORDER OF  RM Landscaping          $ 150.00
One hundred fifty and 00/100           Dollars
WINTRUST BANK, N.A.
Memo
Date 12/12/2023

| 12/13/2023 | # 103 | $150.00 |
|---|---|---|

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD, STE. 129
NORTHBROOK, IL 60062                    VV101

PAY TO THE ORDER OF  Smithereen            $ 200.00
Two hundred and 00/100                Dollars
WINTRUST BANK, N.A.
Memo
Date 12/12/2023

| 12/18/2023 | # 101 | $200.00 |
|---|---|---|

