

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

33507 TWS380WB123023091540 01 000000000 44 004

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



| | |
|---|---|
| Last Statement: | November 30, 2023 |
| Statement Ending: | December 31, 2023 |
| Page: | 1 of 3 |

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## ENTREPRENEUR CHECKING                                    Account Number:  XXXXXX6492

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/23** | **$109,968.79** |
| + Deposits and Credits (35) | $31,219.04 |
| - Withdrawals and Debits (3) | $1,123.60 |
| **Ending Balance as of 12/31/23** | **$140,064.23** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 04 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 509180 231204 8472727775 | -$2.00 |
| Dec 06 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST CR CD CHBK 5436845559812267ON E STOP SLF<br>STRGE C HIC  CR CD CHBK120 6232023326014892 | -$96.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST MERCH FEES 231211 543684555981226 | -$1,025.60 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 01 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231201 | $163.25 |
| Dec 01 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 123 | $1,797.10 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,019.00 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,142.00 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,338.30 |

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX6492 |
| Statement Date: | 12/31/2023 |
| Page : | 2 of 3 |

33507 0098037 0002-0003 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 05 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 523 | $725.00 |
| Dec 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 623 | $1,147.00 |
| Dec 07 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 723 | $755.00 |
| Dec 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 823 | $1,061.28 |
| Dec 11 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231211 | $162.00 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $725.00 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $880.80 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $1,069.00 |
| Dec 12 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 223 | $1,341.00 |
| Dec 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 323 | $1,237.60 |
| Dec 14 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 423 | $619.00 |
| Dec 15 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 523 | $1,027.00 |
| Dec 18 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231218 | $46.00 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $334.06 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $1,057.80 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $1,633.00 |
| Dec 19 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 923 | $899.00 |
| Dec 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 023 | $793.00 |
| Dec 21 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 123 | $330.00 |
| Dec 22 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231222 | $220.80 |



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6492 |
| **Statement Date:** | 12/31/2023 |
| **Page :** | 3 of 3 |

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 22 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 223 | $1,631.25 |
| Dec 26 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231226 | $162.80 |
| Dec 26 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 623 | $523.00 |
| Dec 26 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 623 | $751.00 |
| Dec 26 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 623 | $864.00 |
| Dec 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 723 | $1,212.00 |
| Dec 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 723 | $1,486.00 |
| Dec 28 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231228 | $389.00 |
| Dec 28 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 823 | $1,189.00 |
| Dec 29 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 923 | $1,488.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 30 | $109,968.79 | Dec 08 | $119,018.72 | Dec 15 | $125,054.52 | Dec 22 | $131,999.43 |
| Dec 01 | $111,929.14 | Dec 11 | $120,829.92 | Dec 18 | $128,125.38 | Dec 26 | $134,300.23 |
| Dec 04 | $115,426.44 | Dec 12 | $122,170.92 | Dec 19 | $129,024.38 | Dec 27 | $136,998.23 |
| Dec 05 | $116,151.44 | Dec 13 | $123,408.52 | Dec 20 | $129,817.38 | Dec 28 | $138,576.23 |
| Dec 06 | $117,202.44 | Dec 14 | $124,027.52 | Dec 21 | $130,147.38 | Dec 29 | $140,064.23 |
| Dec 07 | $117,957.44 | | | | | | |

33507 0098038 0003-0003 00000000000000000

