## UNITED STATES BANKRUPTCY COURT

Northern   DISTRICT OF   Illinois

Eastern Division

In Re. Platform II Lawndale

§
§
§
§

Debtor(s)

Case No.  22-07668

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2023

Petition Date: 07/11/2022

Months Pending: 17

Industry Classification: | 4 | 2 | 2 | 5 |

Reporting Method:          Accrual Basis ◯          Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/Scott Krone

Signature of Responsible Party

02/12/2024

Date

Scott Krone

Printed Name of Responsible Party

600 Waukegan Road Ste 129 Northbrook, IL  60062

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Platform II Lawndale                                    Case No.  22-07668

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $79,229 | |
| b.   Total receipts (net of transfers between accounts) | $34,335 | $1,010,082 |
| c.   Total disbursements (net of transfers between accounts) | $14,100 | $821,956 |
| d.   Cash balance end of month (a+b+c) | $99,464 | *284,387 made by Third Party |
| e.   Disbursements made by third party for the benefit of the estate | $0 | for Plan   $347,875 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $14,100 | $1,169,831 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory   (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d   Total current assets | $99,464 | |
| e.   Total assets | $10,267,420 | |
| f.   Postpetition payables (excluding taxes) | $311 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $311 | |
| k.   Prepetition secured debt | $10,281,810 | |
| l.   Prepetition priority debt | $390,340 | |
| m.   Prepetition unsecured debt | $1,567,003 | |
| n.   Total liabilities (debt) (j+k+l+m) | $12,239,464 | |
| o.   Ending equity/net worth (e-n) | $-1,972,044 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $34,335 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $34,335 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $14,100 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $20,235 | $0 |

Debtor's Name  Platform II Lawndale                                    Case No.  22-07668

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* |  | $0 | $0 | $0 | $31,738 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
| i | Jordan & Zito | Lead Counsel | TBD | TBD | $0 | $31,738 |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name Platform II Lawndale                                    Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)                                    4

Debtor's Name Platform II Lawndale                                              Case No. 22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $39,917 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Neal Gerber & Eisenberg | Special Counsel | $0 | $39,917 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                              5

Debtor's Name Platform II Lawndale                                      Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Platform II Lawndale                                    Case No.  22-07668

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                                    7

Debtor's Name Platform II Lawndale                                    Case No. 22-07668

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $20,977 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ●

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ●

c.   Were any payments made to or on behalf of insiders?   Yes ○   No ●

d.   Are you current on postpetition tax return filings?   Yes ●   No ○

e.   Are you current on postpetition estimated tax payments?   Yes ●   No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ●   No ○

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ●   No ○

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ●

i.   Do you have:          Worker's compensation insurance?   Yes ○   No ●

              If yes, are your premiums current?   Yes ○   No ○   N/A ●   (if no, see Instructions)

          Casualty/property insurance?   Yes ●   No ○

              If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

          General liability insurance?   Yes ●   No ○

              If yes, are your premiums current?   Yes ●   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ●   No ○

k.   Has a disclosure statement been filed with the court?   Yes ●   No ○

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name  Platform II Lawndale                                                    Case No.  22-07668

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Scott Krone                                          Scott Krone
Signature of Responsible Party                          Printed Name of Responsible Party

Manager                                                 02/12/2024
Title                                                   Date

Debtor's Name  Platform II Lawndale                                    Case No.  22-07668


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name  Platform II Lawndale                                    Case No.  22-07668



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Platform II Lawndale                                    Case No.  22-07668



PageThree



PageFour

# WINTRUST BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018



35372 TWS380WB120123085441 01 000000000 46 004
PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



**Customer Service**

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| ENTREPRENEUR CHECKING | Account Number: | XXXXXX8563 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/23** | **$2,100.30** |
| + Deposits and Credits (5) | $172,552.03 |
| - Withdrawals and Debits (12) | $12,736.03 |
| **Ending Balance as of 11/30/23** | **$161,856.30** |
| Analysis or Maintenance Fees for Period | $60.00 |
| Number of Days in Statement Period | 30 |

## Checks

**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| Nov 06 | 92 | $1,585.00 | Nov 15 | 97 | $544.00 | Nov 06 | 147 * | $3,400.00 |
| Nov 09 | 96 * | $1,671.00 | Nov 24 | 98 | $160.00 | | | |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 06 | CHECK  92 | -$1,585.00 |
| Nov 06 | CHECK  147 | -$3,400.00 |
| Nov 08 | CASH MGMT TRSFR DR | -$356.21 |
| | REF 3121508L FUNDS TRANSFER TO DEP XXXXXX0987 FROM RING CENTRAL | |
| Nov 09 | CHECK  96 | -$1,671.00 |
| Nov 15 | CHECK  97 | -$544.00 |
| Nov 17 | PREAUTHORIZED DEBIT | -$556.48 |
| | TENANT PROPERTY TENANT PRO 231117 | |
| Nov 17 | MAINTENANCE FEE | -$60.00 |
| | ANALYSIS ACTIVITY  FOR 10/23 | |
| Nov 24 | CHECK  98 | -$160.00 |
| Nov 24 | PREAUTHORIZED DEBIT | -$253.17 |
| | PEOPLES GAS PAYMENT 231122 | |
| Nov 24 | PREAUTHORIZED DEBIT | -$320.53 |
| | COMCAST CABLE 231124 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX8563 |
|---|---|---|
| | Statement Date: | 11/30/2023 |
| | Page : | 2 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 24 | PREAUTHORIZED DEBIT | -$801.25 |
| | COMED PAYMENT BILLPAY 231124 | |
| Nov 28 | PREAUTHORIZED DEBIT | -$58.32 |
| | CITY OF CHICAGO 7204785 231124 87A | |
| Nov 30 | CASH MGMT TRSFR DR | -$3,030.07 |
| | REF 3341638L FUNDS TRANSFER TO DEP XXXXXX0987 FROM PAYROLL | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 03 | WIRE TRANSFER IN | $67,334.00 |
| | INCOMING WIRE - CH ACCT#3805608563 YELLOW HAT CAPITAL LLC | |
| | 1750 NORTH LA WNDALE CHIGAGO, IL REAL ESTATE | |
| Nov 09 | WIRE TRANSFER IN | $10,941.78 |
| | INCOMING WIRE - CH ACCT#3805608563 RICHARD BANACH BAN ACH | |
| | PLATFORM II LA WNDALE OW000038202 78382 | |
| Nov 10 | WIRE TRANSFER IN | $16,833.00 |
| | INCOMING WIRE - CH ACCT#3805608563 ELEVEN VALES INVES TING, | |
| | LLC BANK OF AMERICA, N.A. FINA L CAPITAL CALL 463 | |
| Nov 20 | DEPOSIT | $129.75 |
| Nov 30 | WIRE TRANSFER IN | $77,313.50 |
| | INCOMING WIRE - CH ACCT#3805608563 PROVIDENT TRUST GR OUP, | |
| | LLC PLATFORM II-LAWNDALE LLC(5/ 17) FBOKATHY TAN E | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $2,100.30 | Nov 08 | $64,093.09 | Nov 15 | $89,652.87 | Nov 24 | $87,631.19 |
| Nov 03 | $69,434.30 | Nov 09 | $73,363.87 | Nov 17 | $89,036.39 | Nov 28 | $87,572.87 |
| Nov 06 | $64,449.30 | Nov 10 | $90,196.87 | Nov 20 | $89,166.14 | Nov 30 | $161,856.30 |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $146.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:            XXXXXX8563
Statement Date:            11/30/2023
Page :                     3 of 3

## Check Images for Account XXXXXX8563



| 11/20/2023 | | $129.75 |
|---|---|---|



| 11/15/2023 | # 97 | $544.00 |
|---|---|---|



| 11/06/2023 | # 92 | $1,585.00 |
|---|---|---|



| 11/24/2023 | # 98 | $160.00 |
|---|---|---|

| 11/09/2023 | # 96 | $1,671.00 |
|---|---|---|

| 11/06/2023 | # 147 | $3,400.00 |
|---|---|---|





**BANK**

9801 W. Higgins, Box 32, Rosemont, IL 60018



24723 TWS380WB120123085441 01 000000000 43 004
PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249

Last Statement:          October 31, 2023
Statement Ending:        November 30, 2023
Page:                    1 of 3



## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| ENTREPRENEUR CHECKING | Account Number: XXXXXX6492 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/23** | **$77,128.33** |
| + Deposits and Credits (35) | $34,204.85 |
| - Withdrawals and Debits (4) | $1,364.39 |
| **Ending Balance as of 11/30/23** | **$109,968.79** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 02 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 509180 231102 8472727775 | -$1.75 |
| Nov 06 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST CR CD CHBK 5436845559812267ON E STOP SLF<br>STRGE C HIC  CR CD CHBK110 6232023296029106 | -$137.60 |
| Nov 06 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST CR CD CHBK 5436845559812267ON E STOP SLF<br>STRGE C HIC  CR CD CHBK110 6232023296029107 | -$195.60 |
| Nov 10 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST MERCH FEES 231110 543684555981226 | -$1,029.44 |

## Credits



| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 123 | $1,100.75 |
| Nov 02 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231102 | $43.00 |
| Nov 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 223 | $1,527.35 |
| Nov 03 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 323 | $816.41 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:      XXXXXX6492
Statement Date:      11/30/2023
Page :               2 of 3

24723 0076093 0002-0003 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 623 | $416.29 |
| Nov 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 623 | $1,774.15 |
| Nov 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 623 | $1,964.70 |
| Nov 07 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 723 | $561.75 |
| Nov 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 823 | $1,056.15 |
| Nov 09 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 110 923 | $1,013.75 |
| Nov 10 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231110 | $59.25 |
| Nov 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 023 | $441.00 |
| Nov 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 323 | $171.20 |
| Nov 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 323 | $676.25 |
| Nov 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 323 | $1,039.25 |
| Nov 14 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 423 | $691.94 |
| Nov 15 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 523 | $3,341.05 |
| Nov 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 623 | $1,263.17 |
| Nov 17 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 111 723 | $979.70 |
| Nov 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 023 | $926.99 |
| Nov 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 023 | $947.55 |
| Nov 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 023 | $1,532.00 |
| Nov 21 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 123 | $432.75 |
| Nov 22 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231122 | $344.60 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

24723 0076094 0003-0003 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 22 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 223 | $722.00 |
| Nov 24 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 423 | $719.00 |
| Nov 27 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231127 | $130.00 |
| Nov 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 723 | $1,067.00 |
| Nov 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 723 | $1,160.00 |
| Nov 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 723 | $1,330.00 |
| Nov 27 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 723 | $1,390.60 |
| Nov 28 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231128 | $361.25 |
| Nov 28 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 823 | $721.00 |
| Nov 29 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 112 923 | $1,558.00 |
| Nov 30 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 113 023 | $1,925.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 31 | $77,128.33 | Nov 08 | $86,053.93 | Nov 16 | $93,721.35 | Nov 24 | $100,325.94 |
| Nov 01 | $78,229.08 | Nov 09 | $87,067.68 | Nov 17 | $94,701.05 | Nov 27 | $105,403.54 |
| Nov 02 | $79,797.68 | Nov 10 | $86,538.49 | Nov 20 | $98,107.59 | Nov 28 | $106,485.79 |
| Nov 03 | $80,614.09 | Nov 13 | $88,425.19 | Nov 21 | $98,540.34 | Nov 29 | $108,043.79 |
| Nov 06 | $84,436.03 | Nov 14 | $89,117.13 | Nov 22 | $99,606.94 | Nov 30 | $109,968.79 |
| Nov 07 | $84,997.78 | Nov 15 | $92,458.18 | | | | |

