# UNITED STATES BANKRUPTCY COURT

Northern  DISTRICT OF  Illinois

Eastern Division

In Re. Platform II - Lawndale, LLC

§
§
§
§

_____
Debtor(s)

Case No.  22-07668 _____

☐ Jointly Administered

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2023

Petition Date: 07/11/2022

Months Pending: 18

Industry Classification: | 4 | 2 | 2 | 5 |

Reporting Method:        Accrual Basis ○        Cash Basis ⦿

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ _____
Signature of Responsible Party

02/13/2024
_____
Date

Scott Krone
_____
Printed Name of Responsible Party

600 Waukegan Road Ste 129 Northbrook, IL  60062
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

Debtor's Name  Platform II - Lawndale, LLC

Case No.  22-07668

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $143,464 | |
| b.   Total receipts (net of transfers between accounts) | $31,219 | $1,051,280* |
| c.   Total disbursements (net of transfers between accounts) | $6,753 | $777,649 |
| d.   Cash balance end of month (a+b-c) | $167,930 | *+$295,329.21 of Third Party Equity for the Plan |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $347,875 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $6,753 | $1,125,524 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 | |
| d    Total current assets | $167,930 | |
| e.   Total assets | $10,335,886 | |
| f.   Postpetition payables (excluding taxes) | $311 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $311 | |
| k.   Prepetition secured debt | $10,281,810 | |
| l.   Prepetition priority debt | $390,340 | |
| m.   Prepetition unsecured debt | $1,567,003 | |
| n.   Total liabilities (debt) (j+k+l+m) | $12,239,464 | |
| o.   Ending equity/net worth (e-n) | $-1,903,578 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $31,219 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $31,219 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $6,753 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $24,466 | $-255,350 |

Debtor's Name  Platform II - Lawndale, LLC          Case No.  22-07668

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $31,738 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | Jordan & Zito | Lead Counsel | TBD | TBD | $0 | $31,738 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Platform II - Lawndale, LLC                                    Case No.  22-07668

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name Platform II - Lawndale, LLC                                    Case No.  22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $0 | $39,917 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Neal Gerber & Eisenbach | Special Counsel | $0 | $39,917 | $0 | $0 |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Platform II - Lawndale, LLC                    Case No.  22-07668

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Platform II - Lawndale, LLC                    Case No.  22-07668

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Platform II - Lawndale, LLC                                     Case No.  22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $20,977 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b. Were any payments made outside the ordinary course of business     Yes ○   No ◉
   without court approval?  (if yes, see Instructions)

c. Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d. Are you current on postpetition tax return filings?     Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit?     Yes ◉   No ○
   (if yes, see Instructions)

h. Were all payments made to or on behalf of professionals approved by     Yes ○   No ○   N/A ○
   the court?

i. Do you have:        Worker's compensation insurance?     Yes ○   No ◉

                       If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

                       Casualty/property insurance?     Yes ◉   No ○

                       If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

                       General liability insurance?     Yes ◉   No ○

                       If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ◉   No ○

k. Has a disclosure statement been filed with the court?     Yes ◉   No ○

l. Are you current with quarterly U.S. Trustee fees as     Yes ◉   No ○
   set forth under 28 U.S.C. § 1930?

Debtor's Name Platform II - Lawndale, LLC                                    Case No.  22-07668

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/                                                          Scott Krone
_____              _____
Signature of Responsible Party                      Printed Name of Responsible Party

Manager                                                     02/13/2024
_____              _____
Title                                                              Date

Debtor's Name Platform II - Lawndale, LLC                         Case No.  22-07668



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Platform II - Lawndale, LLC        Case No.  22-07668



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Platform II - Lawndale, LLC                                    Case No. 22-07668



PageThree



PageFour

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018



48689 TWS380WB123023091540 01 000000000 47 004
PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



| | |
|---|---|
| Last Statement: | November 30, 2023 |
| Statement Ending: | December 29, 2023 |
| Page: | 1 of 3 |

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## ENTREPRENEUR CHECKING                    Account Number:    XXXXXX8563

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/23** | **$161,856.30** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (9) | $5,629.23 |
| **Ending Balance as of 12/29/23** | **$156,175.07** |
| Analysis or Maintenance Fees for Period | $52.00 |
| Number of Days in Statement Period | 29 |

### Checks
**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| Dec 14 | 99 | $503.00 | Dec 18 | 101 | $200.00 | Dec 13 | 103 | $150.00 |
| Dec 14 | 100 | $274.00 | Dec 14 | 102 | $150.00 | | | |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 01 | WITHDRAWAL | -$198.82 |
| Dec 11 | CASH MGMT TRSFR DR | -$3,250.00 |
| | REF 3451600L FUNDS TRANSFER TO DEP XXXXXX0987 FROM PAYROLL | |
| Dec 13 | CHECK  103 | -$150.00 |
| Dec 14 | CHECK  99 | -$503.00 |
| Dec 14 | CHECK  100 | -$274.00 |
| Dec 14 | CHECK  102 | -$150.00 |
| Dec 14 | PREAUTHORIZED DEBIT | -$331.45 |
| | COMCAST CABLE 231214 | |
| Dec 18 | CHECK  101 | -$200.00 |
| Dec 18 | PREAUTHORIZED DEBIT | -$571.96 |
| | STORAGE PROPERTY SALE 231218 | |
| Dec 18 | MAINTENANCE FEE | -$52.00 |
| | ANALYSIS ACTIVITY  FOR 11/23 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| | | |
|---|---|---|
| 2. **Enter** the Bank Balance shown on this statement | | |
| **Add** deposits made by you, but not shown on this statement. | | |
| | | |
| | | |
| | | |
| | | |
| **Subtotal** | | |
| | | |
| 3. **List** total of checks outstanding | | |
| **Subtract** check total from above Subtotal | | |
| | | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



# WINTRUST BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX8563 |
| **Statement Date:** | 12/29/2023 |
| **Page :** | 2 of 3 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 30 | $161,856.30 | Dec 11 | $158,407.48 | Dec 14 | $156,999.03 | Dec 18 | $156,175.07 |
| Dec 01 | $161,657.48 | Dec 13 | $158,257.48 | | | | |

## Overdraft\Return Item Fees

| Fee Type | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $146.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX8563



| 12/14/2023 | # 99 | $503.00 |
|---|---|---|



| 12/14/2023 | # 102 | $150.00 |
|---|---|---|

| 12/14/2023 | # 100 | $274.00 |
|---|---|---|

| 12/13/2023 | # 103 | $150.00 |
|---|---|---|



| 12/18/2023 | # 101 | $200.00 |
|---|---|---|



**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018



33507 TWS380WB123023091540 01 000000000 44 004
PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249

Last Statement: November 30, 2023
Statement Ending: December 31, 2023
Page: 1 of 3



### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## ENTREPRENEUR CHECKING                    Account Number:    XXXXXX6492

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/23** | **$109,968.79** |
| + Deposits and Credits (35) | $31,219.04 |
| - Withdrawals and Debits (3) | $1,123.60 |
| **Ending Balance as of 12/31/23** | **$140,064.23** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 31 |

---

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 04 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 509180 231204 8472727775 | -$2.00 |
| Dec 06 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST CR CD CHBK 5436845559812267ON E STOP SLF<br>STRGE C HIC  CR CD CHBK120 6232023326014892 | -$96.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST MERCH FEES 231211 543684555981226 | -$1,025.60 |

---

### Credits

| Date | Description | Additions |
|---|---|---|
| Dec 01 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231201 | $163.25 |
| Dec 01 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 123 | $1,797.10 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,019.00 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,142.00 |
| Dec 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 423 | $1,338.30 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

33507 0098037 0002-0003 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 05 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 523 | $725.00 |
| Dec 06 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 623 | $1,147.00 |
| Dec 07 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 723 | $755.00 |
| Dec 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 120 823 | $1,061.28 |
| Dec 11 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231211 | $162.00 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $725.00 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $880.80 |
| Dec 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 123 | $1,069.00 |
| Dec 12 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 223 | $1,341.00 |
| Dec 13 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 323 | $1,237.60 |
| Dec 14 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 423 | $619.00 |
| Dec 15 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 523 | $1,027.00 |
| Dec 18 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231218 | $46.00 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $334.06 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $1,057.80 |
| Dec 18 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 823 | $1,633.00 |
| Dec 19 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 121 923 | $899.00 |
| Dec 20 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 023 | $793.00 |
| Dec 21 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 122 123 | $330.00 |
| Dec 22 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 231222 | $220.80 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Dec 22 | PREAUTHORIZED CREDIT | $1,631.25 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 223 | |
| Dec 26 | PREAUTHORIZED CREDIT | $162.80 |
| | ACH SETTLEMENT SERVICE 231226 | |
| Dec 26 | PREAUTHORIZED CREDIT | $523.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 623 | |
| Dec 26 | PREAUTHORIZED CREDIT | $751.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 623 | |
| Dec 26 | PREAUTHORIZED CREDIT | $864.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 623 | |
| Dec 27 | PREAUTHORIZED CREDIT | $1,212.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 723 | |
| Dec 27 | PREAUTHORIZED CREDIT | $1,486.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 723 | |
| Dec 28 | PREAUTHORIZED CREDIT | $389.00 |
| | ACH SETTLEMENT SERVICE 231228 | |
| Dec 28 | PREAUTHORIZED CREDIT | $1,189.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 823 | |
| Dec 29 | PREAUTHORIZED CREDIT | $1,488.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 122 923 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Nov 30 | $109,968.79 | Dec 08 | $119,018.72 | Dec 15 | $125,054.52 | Dec 22 | $131,999.43 |
| Dec 01 | $111,929.14 | Dec 11 | $120,829.92 | Dec 18 | $128,125.38 | Dec 26 | $134,300.23 |
| Dec 04 | $115,426.44 | Dec 12 | $122,170.92 | Dec 19 | $129,024.38 | Dec 27 | $136,998.23 |
| Dec 05 | $116,151.44 | Dec 13 | $123,408.52 | Dec 20 | $129,817.38 | Dec 28 | $138,576.23 |
| Dec 06 | $117,202.44 | Dec 14 | $124,027.52 | Dec 21 | $130,147.38 | Dec 29 | $140,064.23 |
| Dec 07 | $117,957.44 | | | | | | |



PLATFORM II LAWNDALE

**Equity Contributions for the Plan**

| | Original | Commited | Received | Date | Account |
|---|---|---|---|---|---|
| Northern Trust | $ 100,000.00 | $ 38,656.75 | $ 33,667.00 | 12.22.22 | NSCB **8563 |
| Provident Trust | $ 200,000.00 | $ 77,313.50 | $ 77,313.50 | 11.30.23 | NSCB **8563 |
| Cama SDIRA | $ 50,000.00 | $ 2,495.88 | $ 2,494.88 | 1.18.23 | NSCB **8563 |
| Yellow Hat | $ 200,000.00 | $ 77,313.50 | $ 77,313.50 | 9.15.22 & 11.3.23 | NSCB **8563 |
| Mercury Capital IRA | $ 100,000.00 | $ 34,989.75 | $ 28,000.00 | 1.4.23 | NSCB **8563 |
| Banach | $ 65,000.00 | $ 21,883.56 | $ 21,883.56 | 1.17.23 & 11.9.23 | NSCB **8563 |
| Kabatchnick Enterprise | $ 10,000.00 | $ 3,865.68 | | | |
| CT Infinity | $ 80,000.00 | $ 4,491.77 | $ 4,490.77 | 3.20.23 | NSCB **8563 |
| NuView | $ 50,000.00 | $ 16,833.00 | | | |
| Gillespie | $ 50,000.00 | $ 11,494.88 | $ 9,000.00 | 1.9.23 | NSCB **8563 |
| Folkman Living Trust | $ 100,000.00 | $ 38,656.75 | $ - | | |
| Quest Trust | $ 10,000.00 | $ 3,865.68 | $ - | | |
| Davis | $ 75,000.00 | $ 28,992.56 | $ 7,500.00 | 1.27.23 | NSCB **8563 |
| Quest Trust | $ 10,000.00 | $ 3,865.68 | $ - | | |
| Eleven Vales | $ 100,000.00 | $ 38,656.75 | $ 33,666.00 | 1.17.23 & 11.10.23 | NSCB **8563 |
| | $ 1,200,000.00 | $ 403,375.69 | **$ 295,329.21** | | |