## UNITED STATES BANKRUPTCY COURT

Northern  DISTRICT OF  Illinois

Eastern Division

In Re. Platform II - Lawndale, LLC

§
§
§
§

Case No.  22-07668

Debtor(s)

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2024

Petition Date: 07/11/2022

Months Pending: 19

Industry Classification: | 4 | 2 | 2 | 5 |

Reporting Method:          Accrual Basis ◯          Cash Basis ⦿

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐   Statement of operations (profit or loss statement)
☐   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/

Signature of Responsible Party

Scott Krone

Printed Name of Responsible Party

02/13/2024

Date

600 Waukegan Road Ste 129 Northbrook, IL  60062

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Platform II - Lawndale, LLC          Case No.  22-07668

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $167,930 | |
| b. Total receipts (net of transfers between accounts) | $34,988 | $1,086,268* |
| c. Total disbursements (net of transfers between accounts) | $26,087 | $803,736 |
| d. Cash balance end of month (a+b-c) | $176,831 | *+$ 295,329.21 Third Party Equity for Plan |
| e. Disbursements made by third party for the benefit of the estate | $0 | $347,875 |
| f. Total disbursements for quarterly fee calculation (c+e) | $26,087 | $1,151,611 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○  Market ○  Other ◉  (attach explanation)) | $0 |
| d Total current assets | $176,831 |
| e. Total assets | $10,344,787 |
| f. Postpetition payables (excluding taxes) | $311 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $311 |
| k. Prepetition secured debt | $10,281,810 |
| l. Prepetition priority debt | $390,340 |
| m. Prepetition unsecured debt | $1,567,003 |
| n. Total liabilities (debt) (j+k+l+m) | $12,239,464 |
| o. Ending equity/net worth (e-n) | $-1,894,677 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $34,988 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $34,988 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $26,087 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $8,901 | $-246,449 |

Debtor's Name  Platform II - Lawndale, LLC                          Case No.  22-07668

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $31,738 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Jordan & Zito | Lead Counsel | TBD | TBD | $0 | $31,738 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                              3

Debtor's Name Platform II - Lawndale, LLC                                    Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name Platform II - Lawndale, LLC                                 Case No. 22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $39,917 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Neal Gerber & Eisenbach | Special Counsel | $0 | $39,917 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                           5

Debtor's Name Platform II - Lawndale, LLC                    Case No.  22-07668

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Platform II - Lawndale, LLC                                     Case No. 22-07668

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Platform II - Lawndale, LLC                                    Case No.  22-07668

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | | | |

**Part 6:  Postpetition Taxes**

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $20,977 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ●  No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ○ | |
| i. | Do you have:       Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name  Platform II - Lawndale, LLC                                              Case No.  22-07668

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⃝  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⃝  No ⃝  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/

Signature of Responsible Party

Manager

Title

Scott Krone

Printed Name of Responsible Party

02/13/2024

Date

Debtor's Name Platform II - Lawndale, LLC Case No. 22-07668



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Platform II - Lawndale, LLC                                    Case No.  22-07668



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Platform II - Lawndale, LLC                                    Case No.  22-07668



PageThree



PageFour



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

35542 TWS380WB020124090431 01 000000000 46 004

PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



**Customer Service**

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

Last Statement:        December 29, 2023
Statement Ending:        January 31, 2024
Page:        1 of 3

---

## ENTREPRENEUR CHECKING                     Account Number:        XXXXXX8563

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 12/30/23** | **$156,175.07** |
| + Deposits and Credits (1) | $321.00 |
| - Withdrawals and Debits (13) | $17,219.93 |
| **Ending Balance as of 01/31/24** | **$139,276.14** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 33 |

---

## Checks

**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| Jan 26 | 104 | $658.59 | Jan 31 | 106 | $1,186.03 | Jan 29 | 148 * | $2,199.59 |
| Jan 31 | 105 | $26.97 | | | | | | |

---

## Debits

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Jan 02 | CROSS-BANK TRSF | -$2,124.24 |
| | TO NORTHBROOK BANK XXXXXXX1883 870   XFR#44EE8D13 | |
| Jan 10 | CROSS-BANK TRSF | -$1,625.00 |
| | TO NORTHBROOK BANK XXXXXXX1883 870   XFR#512E204D | |
| Jan 12 | PREAUTHORIZED DEBIT | -$212.80 |
| | FLOOD BROS DISPO 7192741 240112 | |
| Jan 12 | PREAUTHORIZED DEBIT | -$2,424.82 |
| | COMED PAYMENT BILLPAY 240112 | |
| Jan 16 | PREAUTHORIZED DEBIT | -$528.01 |
| | STORAGE PROPERTY SALE 240116 | |
| Jan 16 | PREAUTHORIZED DEBIT | -$600.00 |
| | CITY OF CHICAGO 349072 240115 67D | |
| Jan 26 | CHECK  104 | -$658.59 |
| Jan 29 | CHECK  148 | -$2,199.59 |
| Jan 29 | PREAUTHORIZED DEBIT | -$336.93 |
| | COMCAST CABLE 240129 | |
| Jan 31 | CHECK  105 | -$26.97 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add**  deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX8563 |
| **Statement Date:** | 01/31/2024 |
| **Page :** | 2 of 3 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 31 | CHECK 106 | -$1,186.03 |
| Jan 31 | CROSS-BANK TRSF | -$3,717.23 |
| | TO NORTHBROOK BANK XXXXXXX1883 870   XFR#62EC4995 | |
| Jan 31 | PREAUTHORIZED DEBIT | -$1,579.72 |
| | Red Nova Labs, I VSP*Red No 240131 8677540 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 30 | DEPOSIT | $321.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 29 | $156,175.07 | Jan 12 | $149,788.21 | Jan 26 | $148,001.61 | Jan 30 | $145,786.09 |
| Jan 02 | $154,050.83 | Jan 16 | $148,660.20 | Jan 29 | $145,465.09 | Jan 31 | $139,276.14 |
| Jan 10 | $152,425.83 | | | | | | |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX8563



01/30/2024                                          $321.00



01/31/2024           # 106                          $1,186.03



01/26/2024           # 104                          $658.59

01/29/2024           # 148                          $2,199.59



01/31/2024           # 105                          $26.97



**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018

Last Statement:       December 31, 2023
Statement Ending:     January 31, 2024
Page:                 1 of 5



24766 TWS380WB020124090431 01 000000000 43 006
PLATFORM II LAWNDALE LLC
600 WAUKEGAN RD SUITE 129
NORTHBROOK IL 60062-1249



## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

| ENTREPRENEUR CHECKING | Account Number:    XXXXXX6492 |
|---|---|

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/24** | **$140,064.23** |
| + Deposits and Credits (40) | $34,667.33 |
| - Withdrawals and Debits (8) | $8,866.72 |
| **Ending Balance as of 01/31/24** | **$165,864.84** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 03 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 506304 240103 8472727775 | -$24.95 |
| Jan 03 | PREAUTHORIZED DEBIT<br>ACH MONTHLY INVO 509180 240103 8472727775 | -$26.95 |
| Jan 10 | PREAUTHORIZED DEBIT<br>TSYS/TRANSFIRST MERCH FEES 240110 543684555981226 | -$937.32 |
| Jan 18 | PREAUTHORIZED DEBIT<br>SPAREFOOT, INC. PAYMENT 240118 1794849 | -$648.00 |
| Jan 18 | PREAUTHORIZED DEBIT<br>SPAREFOOT, INC. PAYMENT 240118 1794849 | -$1,144.80 |
| Jan 18 | PREAUTHORIZED DEBIT<br>SPAREFOOT, INC. PAYMENT 240118 1794849 | -$1,559.50 |
| Jan 18 | PREAUTHORIZED DEBIT<br>SPAREFOOT, INC. PAYMENT 240118 1794849 | -$1,863.00 |
| Jan 18 | PREAUTHORIZED DEBIT<br>SPAREFOOT, INC. PAYMENT 240118 1794849 | -$2,662.20 |

### Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 224 | $288.00 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** | |
|  |  |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX6492 |
|---|---|---|
| | Statement Date: | 01/31/2024 |
| | Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 224 | $1,175.00 |
| Jan 02 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 224 | $1,300.00 |
| Jan 03 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 324 | $500.00 |
| Jan 03 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 324 | $1,295.30 |
| Jan 04 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 424 | $1,139.20 |
| Jan 05 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 524 | $1,451.00 |
| Jan 08 | DEPOSIT | $563.20 |
| Jan 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 824 | $732.00 |
| Jan 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 824 | $907.00 |
| Jan 08 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 824 | $1,245.90 |
| Jan 09 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 010 924 | $816.00 |
| Jan 10 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 024 | $761.00 |
| Jan 11 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 124 | $564.00 |
| Jan 12 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 240112 | $99.00 |
| Jan 12 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 224 | $1,531.00 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ACH SETTLEMENT SERVICE 240116 | $129.00 |
| Jan 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 624 | $896.80 |
| Jan 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 624 | $908.95 |
| Jan 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 624 | $1,062.23 |
| Jan 16 | PREAUTHORIZED CREDIT<br>TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE<br>C HIC  CR CD DEP 011 624 | $1,069.00 |

24766 0076744 0002-0005 00000000000000000





**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6492 |
| **Statement Date:** | 01/31/2024 |
| **Page :** | 3 of 5 |

24766 0076745 0003-0005 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 17 | PREAUTHORIZED CREDIT | $764.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 011 724 | |
| Jan 18 | DEPOSIT | $453.32 |
| Jan 18 | PREAUTHORIZED CREDIT | $882.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 011 824 | |
| Jan 19 | PREAUTHORIZED CREDIT | $1,170.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 011 924 | |
| Jan 22 | PREAUTHORIZED CREDIT | $78.00 |
| | ACH SETTLEMENT SERVICE 240122 | |
| Jan 22 | PREAUTHORIZED CREDIT | $563.32 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 224 | |
| Jan 22 | PREAUTHORIZED CREDIT | $1,235.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 224 | |
| Jan 22 | PREAUTHORIZED CREDIT | $1,370.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 224 | |
| Jan 23 | PREAUTHORIZED CREDIT | $689.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 324 | |
| Jan 24 | PREAUTHORIZED CREDIT | $197.00 |
| | ACH SETTLEMENT SERVICE 240124 | |
| Jan 24 | PREAUTHORIZED CREDIT | $912.61 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 424 | |
| Jan 25 | PREAUTHORIZED CREDIT | $107.00 |
| | ACH SETTLEMENT SERVICE 240125 | |
| Jan 25 | PREAUTHORIZED CREDIT | $1,027.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 524 | |
| Jan 26 | PREAUTHORIZED CREDIT | $389.00 |
| | ACH SETTLEMENT SERVICE 240126 | |
| Jan 26 | PREAUTHORIZED CREDIT | $1,646.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 624 | |
| Jan 29 | PREAUTHORIZED CREDIT | $969.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 924 | |
| Jan 29 | PREAUTHORIZED CREDIT | $1,205.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 924 | |
| Jan 29 | PREAUTHORIZED CREDIT | $1,322.00 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 012 924 | |
| Jan 30 | PREAUTHORIZED CREDIT | $1,254.50 |
| | TSYS/TRANSFIRST CR CD DEP 5436845559812267ON E STOP SLF STRGE | |
| | C HIC  CR CD DEP 013 024 | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $140,064.23 | Jan 02 | $142,827.23 | Jan 03 | $144,570.63 | Jan 04 | $145,709.83 |

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number: XXXXXX6492
Statement Date: 01/31/2024
Page : 4 of 5

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jan 05 | $147,160.83 | Jan 12 | $153,442.61 | Jan 19 | $152,900.41 | Jan 25 | $159,079.34 |
| Jan 08 | $150,608.93 | Jan 16 | $157,508.59 | Jan 22 | $156,146.73 | Jan 26 | $161,114.34 |
| Jan 09 | $151,424.93 | Jan 17 | $158,272.59 | Jan 23 | $156,835.73 | Jan 29 | $164,610.34 |
| Jan 10 | $151,248.61 | Jan 18 | $151,730.41 | Jan 24 | $157,945.34 | Jan 30 | $165,864.84 |
| Jan 11 | $151,812.61 | | | | | | |

24766 0076746 0004-0005 00000000000000000



# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6492
**Statement Date:** 01/31/2024
**Page :** 5 of 5

## Check Images for Account XXXXXX6492





| 01/08/2024 | $563.20 | 01/18/2024 | $453.32 |

