**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re Platform II Lawndale LLC** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Debtor,** | ) | **Case No. 22-07668** |
| | ) | |
| | ) | **Hon. Deborah L. Thorne** |
| | ) | |

**PLATFORM II LAWNDALE LLC**

**Equity Contributions Received to Fund Its Plan of Reorganization**

PLATFORM II LAWNDALE

**Equity Contributions for the Plan**

|  | Original | Commited | Received | Date | Account |
|---|---|---|---|---|---|
| Northern Trust | $ 100,000.00 | $ 38,656.75 | $ 33,667.00 | 12.22.22 | NSCB **8563 |
| Provident Trust | $ 200,000.00 | $ 77,313.50 | $ 77,313.50 | 11.30.23 | NSCB **8563 |
| Cama SDIRA | $ 50,000.00 | $ 2,495.88 | $ 2,494.88 | 1.18.23 | NSCB **8563 |
| Yellow Hat | $ 200,000.00 | $ 77,313.50 | $ 77,313.50 | 9.15.22 & 11.3.23 | NSCB **8563 |
| Mercury Capital IRA | $ 100,000.00 | $ 34,989.75 | $ 28,000.00 | 1.4.23 | NSCB **8563 |
| Banach | $ 65,000.00 | $ 21,883.56 | $ 21,883.56 | 1.17.23 & 11.9.23 | NSCB **8563 |
| Kabatchnick Enterprise | $ 10,000.00 | $ 3,865.68 |  |  |  |
| CT Infinity | $ 80,000.00 | $ 4,491.77 | $ 4,490.77 | 3.20.23 | NSCB **8563 |
| NuView | $ 50,000.00 | $ 16,833.00 |  |  |  |
| Gillespie | $ 50,000.00 | $ 11,494.88 | $ 9,000.00 | 1.9.23 | NSCB **8563 |
| Folkman Living Trust | $ 100,000.00 | $ 38,656.75 | $ - |  |  |
| Quest Trust | $ 10,000.00 | $ 3,865.68 | $ - |  |  |
| Davis | $ 75,000.00 | $ 28,992.56 | $ 7,500.00 | 1.27.23 | NSCB **8563 |
| Quest Trust | $ 10,000.00 | $ 3,865.68 | $ - |  |  |
| Eleven Vales | $ 100,000.00 | $ 38,656.75 | $ 33,666.00 | 1.17.23 & 11.10.23 | NSCB **8563 |
|  | $ 1,200,000.00 | $ 403,375.69 | **$ 295,329.21** |  |  |