# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re Platform II Lawndale LLC** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Debtor,** | ) | **Case No. 22-07668** |
| | ) | |
| | ) | **Hon. Deborah L. Thorne** |
| | ) | |

## PLATFORM II LAWNDALE LLC

**Outstanding Accounts Receivable as of February 23, 2024**

**AGING**  
ONE STOP SELF STORAGE CHICAGO  
1750 N Lawndale Ave., Chicago, IL 60647

Case 22-07668    Doc 206    Filed 02/13/24    Entered 02/13/24 16:15:54    Desc Main
Document    Page 2 of 2

REPORT FOR:  
**FEB 13, 2024**

| UNIT | TENANT NAME | 0-30 | 31-60 | 61-90 | 91-120 | 120+ | TOTAL | MOVE OUT |
|---|---|---|---|---|---|---|---|---|
| 1009 | Robinson, Fred | $110.00 | $215.00 | $0.00 | $0.00 | $0.00 | $325.00 | |
| 1017 | Franklin, Truniekia | $70.00 | $0.00 | $0.00 | $0.00 | $0.00 | $70.00 | |
| 1021 | Rodriguez, Ofelia | $58.00 | $0.00 | $0.00 | $0.00 | $0.00 | $58.00 | |
| 1041 | Paris, David | $161.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.00 | |
| 1042 | Nunez, Madeline | $226.80 | $226.80 | $226.80 | $211.20 | $2,890.40 | $3,782.00 | |
| 1044 | Franklin, Truniekia | $88.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.00 | |
| 1047 | Knight, Yolanda | $38.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.00 | |
| 1056 | Diaz, Zirimar | $207.00 | $0.00 | $0.00 | $0.00 | $0.00 | $207.00 | |
| 1068 | Sweeney, Michael | $160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $160.00 | |
| 1095 | Hughes, Dillon | $160.00 | $55.00 | $0.00 | $0.00 | $0.00 | $215.00 | |
| 1096 | velez, Vanessa | $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 | |
| 1115 | Alvarez, Jose | $166.00 | $121.00 | $0.00 | $0.00 | $0.00 | $287.00 | |
| 1120 | Duncan, Tamara | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | |
| 1132 | Watkins, Dwayne | $55.00 | $55.00 | $160.00 | $0.00 | $0.00 | $270.00 | |
| 1523 | Rainey, Greg | $95.00 | $0.00 | $0.00 | $0.00 | $0.00 | $95.00 | |
| 1581 | Mckelvin, Chris/Harvey | $121.00 | $0.00 | $0.00 | $0.00 | $0.00 | $121.00 | |
| 1604 | Rosario, Wilfredo | $30.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | |
| 1614 | Landa, Arelys | $141.00 | $141.00 | $0.00 | $0.00 | $0.00 | $282.00 | |
| 1616 | Lott, Brandon | $0.00 | $0.00 | $0.00 | $0.00 | ($22.00) | ($22.00) | 08/31/2023 |
| 1622 | Hagan, Kelsey | $161.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.00 | |
| 1635 | Christikawa, Mimi | $77.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77.00 | |
| 2045 | Thomas, Michelle | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | |
| 2056 | Robinson, Ashley | $160.00 | $0.00 | $0.00 | $0.00 | $0.00 | $160.00 | |
| 2093 | Rogel, Filimon | $61.00 | $61.00 | $166.00 | $0.00 | $0.00 | $288.00 | |
| 2120 | Brankin, Brenden | $81.00 | $156.00 | $111.00 | $0.00 | $0.00 | $348.00 | |
| 2144 | Wilson, Ariel | $0.00 | $0.00 | $0.00 | $0.00 | $50.25 | $50.25 | 03/30/2023 |
| 2153 | Reyes, Juan | $77.00 | $77.00 | $77.00 | $72.00 | $72.00 | $375.00 | |
| 3041 | Kraus, Bryan | $412.00 | $412.00 | $412.00 | $382.00 | $2,674.00 | $4,292.00 | |
| 3046 | Urena jimenez, Omar | $71.00 | $0.00 | $0.00 | $0.00 | $0.00 | $71.00 | |
| | TOTALS | $3,206.80 | $1,519.80 | $1,152.80 | $665.20 | $5,664.65 | $12,209.25 | |