UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 22-07668
PLATFORM II LAWNDALE LLC )
)
) Chapter: 11
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

**ORDER GRANTING MOTION FOR RULE TO SHOW CAUSE
AND TO APPROVE SHORTENED NOTICE THEREOF**

This matter coming to be heard on the Motion of GreenLake Real Estate Fund, LLC ("GreenLake") for a rule to show cause against Platform II Lawndale LLC (the "Debtor") and to approve shortened notice thereof, due notice having been given and the Court being duly advised, it is HEREBY ORDERED THAT:

A. The Debtor is ordered to appear in person, by and through a corporate representative, before this Court on March 13, 2024 at 11:00 a.m., 219 S. Dearborn St., Courtroom 682, Chicago, IL 60604, to show cause why it should not be held in contempt for violation of this Court's February 14, 2024 order, specifically related to the funds that were not turned over to the Receiver under this court's February 14, 2024 Order.

B. GreenLake's request for shortened notice is approved.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 06, 2024

**Prepared by:**

Adam C. Toosley, IL Bar: 6276856
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
atoosley@sgrlaw.com