N/A Mail - Platform II Lawndale LLC

Case 22-07668 Doc 220-1 Filed 03/13/24 Entered 03/13/24 10:40:51 Desc Exhibit
Exhibit 1 Email Morgan to Toosley Page 1 of 1



Keevan Morgan <kmorgan@morganandbleylimited.com>

## Platform II Lawndale LLC

**Keevan Morgan** <kmorgan@morganandbleylimited.com>  Tue, Mar 12, 2024 at 2:56 PM
To: atoosley@sgrlaw.com

Adam:

I am going to appear tomorrow on behalf of what for the sake of convenience, I will call Plan Investors. It appears that these are what the Plan describes as "(A)(2) The investors who have contributed new monies to fund the Plan shall hold the Debtor's membership interests as reflected in Exhibit F."

Before I appear and file any papers, I wanted to give you the opportunity to explain to me in whatever way you wish why it is that your client, GreenLake, believes that the funds contributed by Plan Investors are funds to which the Receiver is entitled, as opposed to the Plan Investors being entitled to them.

My retention was just completed or I would have reached out to you sooner. I want to make sure that I am not missing something in my analysis, which at this point informs me that the funds belong to my clients, not the Receiver.

Due to the Court hearing tomorrow, I will be filing something by the end of the old-style business day, if you wish to add anything to my review of the matter.

Thanks.

Keevan Morgan