

Keevan Morgan <kmorgan@morganandbleylimited.com>

## Platform II Lawndale LLC

**Toosley, Adam** <atoosley@sgrlaw.com>
To: Keevan Morgan <kmorgan@morganandbleylimited.com>

Tue, Mar 12, 2024 at 3:06 PM

Keevan,

When the issue was brought up before Judge Thorne, she said that she wanted all of the funds turned over to the Receiver and then the issue decided as to where the funds should go in the state court case after additional investigation was performed.

We are entitled to an accounting here and we were robbed of that opportunity when the court order was violated.

Adam

**Adam C. Toosley**
*Partner*

p | 312-360-6018
f | 312-360-6520
e | atoosley@sgrlaw.com
311 South Wacker Drive | Suite 3000 | Chicago, IL 60606
www.sgrlaw.com  |  My Bio



**From:** Keevan Morgan <kmorgan@morganandbleylimited.com>
**Sent:** Tuesday, March 12, 2024 1:57 PM
**To:** Toosley, Adam <atoosley@sgrlaw.com>
**Subject:** Platform II Lawndale LLC

You don't often get email from kmorgan@morganandbleylimited.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]