# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-09260 |
| RANDHURST CROSSING, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS BANKRUPTCY CASE

Upon the Motion (the "Motion") of the Debtor (the "Debtor") in the above-captioned chapter 11 case seeking entry of an order dismissing the bankruptcy case; proper notice having been given under the circumstances and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that:

1) This bankruptcy proceeding is dismissed;

2) Upon dismissal of this case, the Debtor shall turn over the rents and receipts collected after May 20, 2014 from the real property located at the Northwest corner of Rand Road, Route 83 and Kensington, Mt. Prospect, Cook County, Illinois to the court-appointed receiver, in accordance with the order entered on August 18, 2015 by the Circuit Court of Cook County, Illinois in case number 13 CH 14977.

Enter:

Donald R. Cassling
United States Bankruptcy Judge

Dated: 9-8-15

**Prepared by:**
Shelly A. DeRousse
FREEBORN & PETERS LLP
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606-6677
Telephone: 312.360.6000
Facsimile: 312.360.6995

Rev: 20130104_bko