UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                        )          BK No.:    22-07668
Platform II Lawndale LLC                       )
                                               )
                                               )          Chapter:  11
                                               )
                                               )          Honorable Deborah L. Thorne
                                               )
                                               )          1
                    Debtor(s)                  )

**Order Requiring Accounting**

This matter comes to be heard on the continued Motion of GreenLake Real Estate Fund, LLC (GreenLake) for Rule to Show Cause as to why Platform II Lawndale LLC (Debtor) should not be held in contempt as a result of the violation of this Court's Orders dated February 14, 2024,   ordering all funds held in any of the Debtor's accounts to be turned over to the State Court Receiver (Dkt. # 211). The court previously granted the Motion for Rule to Show Cause on March 6, 2024 (Dkt. # 217). The Plan Investors, including the Debtor's Principal Scott Krone filed a Motion to reconsider the Order of February 14,2024 and this court denied the Motion (Dkt. #234).

The court finds that the Debtor failed to turnover all funds held in any of Debtor's bank accounts as required by the February 14, 2024 Order. Counsel for the Debtor having stated at this court's hearing on May 15, 2024 that funds were transferred from the Debtor's accounts prior to the appoint of the State Receiver. Therefore, the court is without sufficient knowledge as to the exact amount removed and to whom or where it was transferred.

IT IS THEREFORE ORDERED AS FOLLOWS:

1.   Debtor must provide an accounting to GreenLake of all funds held in any Debtor account from the period of January 31,2024 though February 29, 2024 (Accounting Period) on or before May 29, 2024 and such accounting with supporting documents, including the source of funds and bank statements, and shall be filed on the docket on or before May 29, 2024.  The accounting should state to whom or to what account funds were transferred during the Accounting Period.

2.   Failure to abide by the terms of this Order may result in a finding of contempt.

3.   A further status for compliance will be held on June 5, 2024 at 1:15 p.m.

Enter:   _Deborah L. Thorne_

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 15, 2024