# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No: 22-07668 |
| PLATFORM II LAWNDALE LLC, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtor. | ) | |

## NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FROM A JUDGMENT OR ORDER FROM THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

NOTICE is hereby given that Platform II Lawndale, LLC, in the above-named case, hereby appeals to the United States District Court from the Order Holding Platform II Lawndale LLC in Contempt and Barring Refiling for 180 Days entered on the docket on July 10, 2024 (Document Number 240) by the Honorable Deborah L. Thorne, Judge of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

**Part 1: Identify the appellant(s):**

1. Name(s) of appellant(s): PLATFORM II LAWNDALE LLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

  Plaintiff
  Defendant
  Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

**XX**  **Debtor**
  Creditor
  Trustee
  Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order Holding Platform II Lawndale LLC in Contempt and Barring Refiling for 180 Days (Dkt. 240) (Entered: 07/10/2024) and

2. State the date on which the judgment, order, or decree was entered: July 10, 2024.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

**Attorney for party, Platform II Lawndale LLC**
Kevin A. Sterling
Laura Newcomer Cohen
THE STERLING LAW OFFICE LLC
112 S. Sangamon, Suite 101
Chicago, Illinois 60607
Ph: (312) 670-9744
kevin@thesterlinglaw.com
laura@thesterlinglaw.com

**Attorney for party, Greenlake Real Estate Fund**
Adam Toosley
Smith, Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
Phone: (312) 360-6000
Facsimile: (312) 360-6520
atoosley@sgrlaw.com

**Party: Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Attorney for party, CubeSmart Asset Management LLC**
Dan Wen
Horwood Marcus & Berk Chartered
500 West Madison Street
Suite 3700
Chicago IL 6066
dwen@hmblaw.com

**Attorney for party, Marble Leadership Partner Inc. 401k Plan**
Konstantine T. Sparagis
Law Offices of Konstantine Sparagis P C
900 W. Jackson Blvd.
Ste. 4E
Chicago, IL 60607-3745
gsparagi@yahoo.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

X      Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

                                        Respectfully submitted,

                                        PLATFORM II LAWNDALE LLC

Dated: July 24, 2024                    By: /s/ Kevin A. Sterling
                                            Kevin A. Sterling (ARDC No. 6216907)
                                            Laura Newcomer Cohen (ARDC No. 6302639)
                                            THE STERLING LAW OFFICE LLC
                                            112 S. Sangamon, Suite 101
                                            Chicago, Illinois 60607
                                            Ph: (312) 670-9744
                                            kevin@thesterlinglaw.com
                                            laura@thesterlinglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: /s/ Kevin A. Sterling
      Kevin A. Sterling