UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | ) | Case No. 22-07668 |
| --- | --- | --- |
| | ) | |
| PLATFORM II LAWNDALE LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Deborah L. Thorne |

## APPELLEE'S COUNTER DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Appellee, GreenLake Real Estate Fund LLC ("*GreenLake*"), by and through its undersigned counsel, pursuant to Federal Rule of Bankruptcy 8009(a)(2), hereby states its Counter Designation of Additional Items to be Included in the Record in response to the appeal filed by Appellant, Platform II Lawndale LLC (the "*Debtor*"):

Documents from the Court Docket:

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 08/25/2022 | 29 | Proposed Order - Second Interim Order Concerning Use of Cash Collateral and Providing Adequate Protection Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral). (Jordan, Gregory) (Entered: 08/25/2022) |
| 08/25/2022 | 30 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 09/01/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 08/25/2022. (Smith, Lester) (Entered: 08/25/2022) |
| 08/30/2022 | 31 | Chapter 11 Monthly Operating Report for the Month Ending 07/31/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Bank Account Statement) (Jordan, Gregory) (Entered: 08/30/2022) |
| 09/01/2022 | 33 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 09/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/01/2022. (Smith, Lester) (Entered: 09/01/2022) |
| 09/06/2022 | 34 | Amended Statement of Financial Affairs for Non-Individual Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Jordan, Gregory) (Entered: 09/06/2022) |

| | | |
|---|---|---|
| 09/06/2022 | 35 | Amended Schedules D,E / F,G,with Declaration Fee Amount $32 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Jordan, Gregory) (Entered: 09/06/2022) |
| 09/26/2022 | 37 | Chapter 11 Monthly Operating Report for the Month Ending 08/31/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit Bank Statement) (Jordan, Gregory) (Entered: 09/26/2022) |
| 09/29/2022 | 38 | Proposed Order - Authorizing the Use of Cash Collateral during October 2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral, 15 Motion to Use Cash Collateral). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 09/29/2022) |
| 09/29/2022 | 39 | Third Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 9/29/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne. Signed on 9/29/2022. (Collins-Mong, Tara) (Entered: 09/29/2022) |
| 09/29/2022 | 40 | Fourth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16). Hearing scheduled for 10/27/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Baer. Signed on 9/29/2022. (Hamilton, Annette) (Entered: 09/29/2022) |
| 09/29/2022 | 41 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 10/27/2022 at 09:30 AM at Appear Using Zoom for Government - Judge Thorne.. Signed on 09/29/2022. (Smith, Lester) (Entered: 09/29/2022) |
| 10/26/2022 | 42 | Proposed Order - Fifth Interim Order for Use of Cash Collataral Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral, 41 Hearing Motion Continued). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 10/26/2022) |
| 10/26/2022 | 43 | Proposed Order - Fifth Interim Cash Collateral Order with Budget including US Trustee Fee Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral, 41 Hearing Motion Continued). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 10/26/2022) |
| 10/27/2022 | 44 | Chapter 11 Monthly Operating Report for the Month Ending 09/30/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Bank Statement) (Jordan, Gregory) (Entered: 10/27/2022) |

| | | |
|---|---|---|
| 10/27/2022 | 45 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 12/01/2022 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 10/27/2022. (Smith, Lester) (Entered: 10/27/2022) |
| 11/30/2022 | 47 | Proposed Order - Use of Cash Collateral Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 15 Motion to Use Cash Collateral). (Jordan, Gregory) (Entered: 11/30/2022) |
| 12/01/2022 | 48 | Sixth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral and for Other Relief (Related Doc # 16). Continued Hearing scheduled for 12/22/2022 at 09:30 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 12/1/2022. (Chavez, Baldo) (Entered: 12/01/2022) |
| 12/01/2022 | 49 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 12/22/2022 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 12/01/2022. (Smith, Lester) (Entered: 12/02/2022) |
| 12/22/2022 | 52 | Proposed Order - for the Use of Cash Collateral during January 2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral). (Attachments: # 1 Exhibit A |
| 12/22/2022 | 53 | - Budget) (Jordan, Gregory) (Entered: 12/22/2022) |
| 12/22/2022 | 54 | Seventh Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Continued Hearing scheduled for 1/26/2023 at 09:30 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 12/22/2022. (Chavez, Baldo) (Entered: 12/22/2022) |
| 01/26/2023 | 59 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 01/26/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 12/22/2022. (McGee, Kimberly) (Entered: 12/22/2022) |
| 02/06/2023 | 60 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 02/23/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 01/26/2023. (Smith, Lester) (Entered: 01/26/2023) |

| | | |
|---|---|---|
| 02/06/2023 | 61 | Amended Chapter 11 Monthly Operating Report for the Month Ending 07/31/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Wintrust Bank Statement # 2 Exhibit B - PNC Bank Statement) (Jordan, Gregory) (Entered: 02/06/2023) |
| 02/06/2023 | 62 | Amended Chapter 11 Monthly Operating Report for the Month Ending 09/30/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Wintrust Bank Statement # 2 Exhibit B - PNC Bank Statement) (Jordan, Gregory) (Entered: 02/06/2023) |
| 02/06/2023 | 63 | Chapter 11 Monthly Operating Report for the Month Ending 10/31/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Wintrust 1 Bank Statement # 2 Exhibit B - Wintrust 2 Bank Statement # 3 Exhibit C- PNC Bank Statement) (Jordan, Gregory) (Entered: 02/06/2023) |
| 02/07/2023 | 64 | Chapter 11 Monthly Operating Report for the Month Ending 11/30/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit Wintrust 1 Bank Statement # 2 Exhibit Wintrust 2 Bank Statement) (Jordan, Gregory) (Entered: 02/06/2023) |
| 02/22/2023 | 65 | Chapter 11 Monthly Operating Report for the Month Ending 12/31/2022 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Wintrust 1 Bank Statement # 2 Exhibit B - Wintrust 2 Bank Statement) (Jordan, Gregory) (Entered: 02/07/2023) |
| 02/23/2023 | 66 | Chapter 11 Monthly Operating Report for the Month Ending 01/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Wintrust Bank Statement 1 # 2 Exhibit B - Wintrust Bank Statement 2) (Jordan, Gregory) (Entered: 02/22/2023) |
| 02/23/2023 | 70 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 03/30/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 02/23/2023. (Smith, Lester) (Entered: 02/23/2023) |
| 03/07/2023 | 67 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 03/30/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 02/23/2023. (Smith, Lester) (Entered: 03/09/2023) |
| 03/09/2023 | 69 | Proposed Order - Use of Cash Collateral in March 2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 03/07/2023) |

4

| | | |
|---|---|---|
| 03/29/2023 | 74 | Ninth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16). Hearing scheduled for 3/30/2023 at 09:30 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 3/9/2023. (Chavez, Baldo) (Entered: 03/09/2023) |
| 03/29/2023 | 75 | Chapter 11 Monthly Operating Report for the Month Ending 02/28/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Acct 8563 # 2 Exhibit B - 6492) (Jordan, Gregory) (Entered: 03/29/2023) |
| 03/30/2023 | 77 | Proposed Order - Use of Cash Collateral in April 2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 16 Motion to Use Cash Collateral, Motion for Adequate Protection). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 03/29/2023) |
| 04/27/2023 | 87 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 04/27/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 03/30/2023. (Smith, Lester) (Entered: 03/30/2023) |
| 05/04/2023 | 88 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 05/04/2023 at 09:00 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 04/27/2023. (Smith, Lester) (Entered: 04/27/2023) |
| 05/11/2023 | 91 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 05/11/2023 at 09:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 05/04/2023. (McGee, Kimberly) (Entered: 05/04/2023) |
| 05/11/2023 | 92 | Proposed Order - Eleventh Interim Order Concerning the Use of Cash Collateral Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 11 Motion to Use Cash Collateral). (Attachments: # 1 Exhibit A - Budget for May 11 to May 31, 2023) (Jordan, Gregory) (Entered: 05/11/2023) |
| 05/11/2023 | 95 | Proposed Order - Eleventh Interim Order for Use of Cash Collateral |
| 05/25/2023 | 93 | - Corrected Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 16 Motion to Use Cash Collateral, Motion for Adequate Protection). (Attachments: # 1 Exhibit A - Budget for May 11 to May 31, 2023) (Jordan, Gregory) (Entered: 05/11/2023) |
| 05/25/2023 | 94 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 06/01/2023 at 11:15 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 05/11/2023. (Smith, Lester) (Entered: 05/25/2023) |

| | | |
|---|---|---|
| 05/25/2023 | 96 | Proposed Order - Order Authorizing the Use of Cash Collateral in June 2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 16 Motion to Use Cash Collateral, Motion for Adequate Protection). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 05/25/2023) |
| 06/01/2023 | 97 | Proposed Order - Twelfth Order Authorizing the Use of Cash Collateral Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 16 Motion to Use Cash Collateral, Motion for Adequate Protection). (Attachments: # 1 Exhibit A - Budget) (Jordan, Gregory) (Entered: 05/25/2023) |
| 06/01/2023 | 98 | Eleventh Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 6/1/2023 at 11:15 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 5/25/2023. (Mendoza, Laura) (Entered: 05/25/2023) |
| 06/28/2023 | 100 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 06/28/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 06/01/2023. (McGee, Kimberly) (Entered: 06/01/2023) |
| 06/28/2023 | 101 | Agreed Twelfth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). |
| 07/13/2023 | 102 | Hearing scheduled for 6/28/2023 at 10:45 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 6/1/2023. (Chavez, Baldo) (Entered: 06/02/2023) |
| 07/13/2023 | 103 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 07/26/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 06/28/2023. (Winston, Shurray) (Entered: 06/28/2023) |
| 07/17/2023 | 104 | Thirteenth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 7/26/2023 at 10:45 AM at Appear In Courtroom 682, 219 |
| 07/20/2023 | 105 | S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 6/28/2023. (Chavez, Baldo) (Entered: 06/29/2023) |

| Date | Doc # | Description |
|---|---|---|
| 07/20/2023 | 106 | Chapter 11 Monthly Operating Report for the Month Ending 03/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Main Document # 2 Exhibit B - PNC Bank Account Ending 8563) (Jordan, Gregory) (Entered: 07/13/2023) |
| 07/26/2023 | 107 | Chapter 11 Monthly Operating Report for the Month Ending 03/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - PNC Bank Account Ending 8563 # 2 Exhibit B - PNC Bank Account Ending 6492) (Jordan, Gregory) (Entered: 07/13/2023) |
| 07/26/2023 | 108 | Chapter 11 Monthly Operating Report for the Month Ending 04/30/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - PNC Account 8563 # 2 Exhibit B - PNC Account 6492) (Jordan, Gregory) (Entered: 07/17/2023) |
| 08/30/2023 | 109 | Chapter 11 Monthly Operating Report for the Month Ending 05/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit PNC Account 8563 # 2 Exhibit PNC Account 6492) (Jordan, Gregory) (Entered: 07/20/2023) |
| 08/30/2023 | 110 | Chapter 11 Monthly Operating Report for the Month Ending 06/30/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit PNC Account Ending 8563 # 2 Exhibit PNC Account Ending 6492) (Jordan, Gregory) (Entered: 07/20/2023) |
| 09/13/2023 | 111 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 08/30/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 07/26/2023. (O'Neal, Michelle) (Entered: 07/26/2023) |
| 09/15/2023 | 113 | Fourteenth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 8/30/2023 at 10:45 AM at Appear In Courtroom 682, 219 |
| 09/15/2023 | 114 | S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. |
| 09/15/2023 | 115 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 09/27/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 08/30/2023. (McGee, Kimberly) |

| | | |
|---|---|---|
| 09/18/2023 | 116 | Fifteenth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 9/27/2023 at 10:45 AM at Appear In Courtroom 682, 219 |
| 09/22/2023 | 118 | S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 8/30/2023. (Johnson, Carly) (Entered: 08/31/2023) |
| 09/26/2023 | 119 | Chapter 11 Monthly Operating Report for the Month Ending 07/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Jordan, Gregory) (Entered: 09/13/2023) |
| 09/26/2023 | 120 | Amended Disclosure Statement Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Jordan, Gregory) (Entered: 09/15/2023) |
| 09/27/2023 | 122 | Amended Chapter 11 Plan of Reorganization 25% percent to be paid to Unsecured Creditors. Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Jordan, Gregory) (Entered: 09/15/2023) |
| 09/29/2023 | 123 | Amended Disclosure Statement Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Jordan, Gregory) (Entered: 09/15/2023) |
| 10/04/2023 | 127 | Chapter 11 Monthly Operating Report for the Month Ending 08/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Bank Account Ending in 6492 # 2 Exhibit B - Bank Account Ending in 8563) (Jordan, Gregory) (Entered: 09/18/2023) |
| 10/04/2023 | 128 | Objection to (related document(s): 16 Motion to Use Cash Collateral, Motion for Adequate Protection) Filed by Adam Toosley on behalf of Greenlake Real Estate Fund, LLC (Toosley, Adam) (Entered: 09/22/2023) |
| 10/18/2023 | 136 | Amended Chapter 11 Monthly Operating Report for the Month Ending 07/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Account Ending 6492 #2 Exhibit B - Account Ending 8563) (Jordan, Gregory) (Entered: 09/26/2023) |
| 10/25/2023 | 151 | Amended Chapter 11 Monthly Operating Report for the Month Ending 08/31/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Account Ending 6492 # 2 Exhibit B - Account Ending 8563) (Jordan, Gregory) (Entered: 09/26/2023) |
| 10/25/2023 | 152 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 10/04/2023 at 02:30 PM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 09/27/2023. (McGee, Kimberly) (Entered: 09/27/2023) |

| Date | Doc # | Description |
|---|---|---|
| 10/26/2023 | 153 | Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 10/4/2023 at 02:30 PM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 9/29/2023. (Chavez, Baldo) (Entered: 09/29/2023) |
| 10/26/2023 | 154 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 10/25/2023 at 11:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 10/04/2023. (Smith, Lester) (Entered: 10/04/2023) |
| 10/27/2023 | 155 | Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 10/25/2023 at 11:30 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 10/4/2023. (Chavez, Baldo) (Entered: 10/05/2023) |
| 11/01/2023 | 156 | Chapter 11 Monthly Operating Report for the Month Ending 09/30/2023 Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC. (Attachments: # 1 Exhibit A - Account Ending 8563 # 2 Exhibit B - Account Ending 6492) (Jordan, Gregory) (Entered: 10/18/2023) |
| 11/29/2023 | 162 | (E)D.O.T.F. -Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 11/01/2023 at 11:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 10/25/2023. (McGee, Kimberly) (Entered: 10/25/2023) |
| 12/13/2023 | 164 | (E)D.O.T.F. -Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 11/01/2023 at 11:30 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 10/25/2023. (McGee, Kimberly) (Entered: 10/25/2023) |
| 12/20/2023 | 173 | Order Approving Amended Disclosure Statement and Confirming Amended Plan (RE: 114 Chapter 11 Plan/Amended Plan, 115 Disclosure/Amended Disclosure Statement). Signed on 10/26/2023 (Chavez, Baldo) (Entered: 10/27/2023) |
| 12/20/2023 | 175 | Sixteenth Interim Order Granting in Part, Continuing Motion To Use Cash Collateral (Related Doc # 16), Granting in Part, Continuing Motion For Adequate Protection (Related Doc # 16). Hearing scheduled for 11/29/2023 at 10:45 AM at Appear In Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom- Judge Thorne. Signed on 10/26/2023. (Chavez, Baldo) (Entered: 10/27/2023) |

| | | |
|---|---|---|
| 12/20/2023 | 176 | Notice of Anticipated Effective Date of Amended Plan of Reorganization of Platform II Lawndale LLC and Certificate of Service Filed by Gregory J Jordan on behalf of Platform II Lawndale LLC (RE: 114 Chapter 11 Plan/Amended Plan, 153 Order Approving Disclosure Statement and Confirming Plan). (Jordan, Gregory) (Entered: 10/27/2023) |
| 12/20/2023 | 177 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 11/29/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 11/01/2023. (Keith-Anderson, Cynthia) (Entered: 11/01/2023) |
| 12/29/2023 | 178 | (E)Hearing Continued (RE: 16 Cash Collateral (Use); Adequate Protection). hearing scheduled for 12/13/2023 at 10:45 AM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne.. Signed on 11/29/2023. (Keith-Anderson, Cynthia) (Entered: 11/29/2023) |
| 01/09/2024 | 186 | (E)Hearing Continued (RE: 172 Dismiss for Other Reasons; Convert Case 11 to 7; Shorten). hearing scheduled for 01/18/2024 at 01:00 PM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne. (Smith, Lester) (Entered: 01/09/2024) |
| 01/18/2024 | 192 | (E)Hearing Continued (RE: 172 Dismiss for Other Reasons; Convert Case 11 to 7; Shorten). hearing scheduled for 02/14/2024 at 01:00 PM at Appear in Courtroom 682, 219 S. Dearborn St, Chicago, IL 60604, or Using Zoom - Judge Thorne. (McGee, Kimberly) (Entered: 01/18/2024) |
| 02/14/2024 | 208 | (E)Hearing Concluded (Re: 194 Notice of Motion and Motion for Rule to Show Cause Filed by Adam Toosley on behalf of Greenlake Real Estate Fund, LLC.). (Smith, Lester) (Entered: 02/14/2024) |

**GREENLAKE REAL ESTATE FUND LLC**

Dated:  August 13, 2024

By:   /s/ Adam C. Toosley
         One of Its Attorneys

Adam C. Toosley
Smith, Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Phone:  (312) 360-6000
Facsimile: (312) 360-6520
atoosley@sgrlaw.com

## CERTIFICATE OF SERVICE

I, Adam C. Toosley, certify that I served a copy of this Counter Designation of Additional Items to be Included in the Record, on each entity shown on the attached list at the address shown and by the method indicated on the list on August 13, 2024, on or before 5:00 p.m.

/s/ Adam C. Toosley

Smith, Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Phone:  (312) 360-6000
Facsimile: (312) 360-6520
atoosley@sgrlaw.com

COUNSEL FOR GREENLAKE REAL ESTATE FUND

## SERVICE LIST
### Electronic Service List

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Dan Wen
Horwood Marcus & Berk Chartered
dwen@hmblaw.com

Keevan D. Morgan on behalf of Interested Party Mercury Capital Management
kmorgan@morganandbleylimited.com

Konstantine T. Sparagis on behalf of Interested Party Marble Leadership Partner, Inc. 401k Plan
gsparagi@yahoo.com,
Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com

Kevin A Sterling on behalf of Debtor 1 Platform II Lawndale LLC
kevin@thesterlinglaw.com